**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
ANDREW BARTON, ESQ. (#12692)
ALYSSA PIRAINO, ESQ. (#14601)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIAH MAAS, as Special Administrator
for the Estate of Tiffany Slatsky, MARTIN
SLATSKY, as parent and legal guardian of
CADE SLATSKY, a minor.
          Plaintiffs.

vs.

CHRISTOPHER CANDITO, an individual,
ANDREW CLAPPER, an individual,
NICHOLAS ROBISON, an individual,
ANDREW STOCKER, an individual,
STEVEN HONSOWETZ, an individual,
CITY OF NORTH LAS VEGAS, a
municipality; NORTH LAS VEGAS FIRE
DEPARTMENT, a City of North Las Vegas
agency; GNLV, LLC dba GOLDEN
NUGGET HOTEL & CASINO, a Domestic
Limited-Liability Company; DOMAIN
PROPERTY OWNER LLC; a Foreign
Limited-Liability Company; OAKTREE
CAPITAL MANAGEMENT L.P.; a
Foreign Limited Partnership; DOE
DEFENDANTS I through XX, and ROE
CORPORATIONS I through X, inclusive,
          Defendants.

CASE NO. 2:22-cv-568-DJA

**STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING
PURSUANT TO FRCP 6(B)(1)(A) AND LR IA
6-1**

Plaintiffs Mariah Maas, Martin Slatsky, and Cade Slatsky, ("Plaintiffs") by and through

their attorneys of record, Andre M. Lagomarsino, Esq of Lagomarsino Law, Lloyd W. Baker, Esq.,

Andrew Barton, Esq., Alyssa Piraino, Esq. of Baker Law Offices, and Defendants City of North

Las Vegas ("CNLV") and North Las Vegas Fire Department ("NLVFD") by and through their

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864    Facsimile (702) 383-0065

attorneys of record, Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of Lewis Brisbois Bisgaard & Smith hereby stipulate to an extension of time to file a responsive pleading to Defendants CNLV and NLVFD Motion to Dismiss (ECF #21). This is the parties first request to extend the responsive pleading deadline.

Plaintiffs filed their complaint and demand for jury trial in the Clark County Nevada District Court on February 7, 2022.

Defendant Nicholas Robison then filed his petition for removal from District Court Clark County Nevada (ECF #1) on April 4, 2022.

Defendants CNLV and NLVFD filed their Notice of Consent to the removal (ECF #16) on May 15, 2022 and subsequently filed a Motion to Dismiss (ECF #21) on May 20, 2022.

Plaintiffs filed a Notice of Appearance (ECF #22) noticing the appearance of Andre M. Lagomarsino, Esq. of Lagomarsino Law on their behalf on May 23, 2022.

Currently, the deadline for a responsive filing to ECF #21 is June 3, 2022. The parties have agreed to extend this deadline by 14 days as 1) Plaintiffs' counsel Andre M. Lagomarsino's office is currently under construction, and 2) Plaintiffs' counsel Andre M. Lagomarsino, Esq. is called out of town for multiple business days.

The parties have met and conferred and agree that neither side will suffer prejudice from this Stipulation for Extension of Time.

…

…

…

…

…

…

…

…

…

…

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

Therefore, Plaintiffs and Defendants CNLV and NLVFD respectfully request that Plaintiffs' deadline to respond to the Motion to Dismiss (ECF #21) be extended from June 3, 2022 to on or before June 17, 2022

**IT IS SO STIPULATED**

DATED this 1st day of June, 2022.

**LAGOMARSINO LAW**

By: */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
ANDREW BARTON, ESQ. (#12692)
ALYSSA PIRAINO, ESQ. (#14601)
500 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH**

By: */s/ Robert W. Freeman, Jr.*
ROBERT W. FREEMAN, JR., ESQ. (#3062)
E. MATTHEW FREEMAN, ESQ. (#14198)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants City of North Las Vegas
and North Las Vegas Fire Department*

**IT IS SO ORDERED.**

By: _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 7, 2022

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065