ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*City of North Las Vegas and*
*the North Las Vegas Fire Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual, ANDREW CLAPPER, an individual, NICHOLAS ROBISON, an individual, ANDREW STOCKER, an individual, STEVEN HONSOWETZ, an individual, CITY OF NORTH LAS VEGAS, a municipality; NORTH LAS VEGAS FIRE DEPARTMENT, a City of North Las Vegas agency; GNLV, LLC dba GOLDEN NUGGET HOTEL & CASINO, a Domestic Limited-Liability Company; DOMAIN PROPERTY OWNER LLC; a Foreign Limited-Liability Company; OAKTREE CAPITAL MANAGEMENT L.P.; a Foreign Limited Partnership; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-568-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

4855-7253-3029.1

**STIPULATION AND ORDER TO EXTEND THE DEADLINE**
**TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**
**FIRST REQUEST**

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendants City of North Las Vegas and North Las Vegas Fire Departments' Reply in Support of Motion to Dismiss (ECF 21) in the above-captioned case fourteen (14) days, up to and including Thursday, July 7, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Attorney for Defendant is currently preparing for trial in *Christopher Clark v. State Farm Mutual Automobile Insurance Company*, case number A-19-804435-C.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion to Dismiss (ECF 21) fourteen (14) days from the current deadline of June 23, 2022 up to and including July 7, 2022.

Dated this 20th day of June, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 20th day of June, 2022.

LAGOMARSINO LAW

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No.: 6711
CORY M. FORD, ESQ.
Nevada Bar No.: 15042
ALYSSA PIRAINO, ESQ.
Nevada Bar No.: 14601
3005 West Horizon Ridge Pkwy, Suite 241
Las Vegas, NV 89052

BAKER LAW OFFICES
LLOYD W. BAKER, ESQ.
Nevada Bar No.: 6893
ANDREW BARTON, ESQ.
Nevada Bar No. 12692
ALYSSA PIRAINO, ESQ.
Nevada Bar No. 14601
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4855-7253-3029.1

3