Raymond R. Gates (SBN: 5320)
**LAURIA TOKUNAGA GATES & LINN, LLP**
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Telephone: 916.492.2000
Facsimile: 916.492.2500
*Southern Nevada Office:*
601 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.387.8633
Facsimile: 916.492.2500
Email: rgates@ltglaw.net

Attorney for Defendant
ANDREW CLAPPER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as Parent and Legal Guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER CANDITO, an Individual; ANDREW CLAPPER, an Individual; NICHOLAS ROBISON, an Individual; ANDREW STOCKER, an Individual; STEVEN HONSOWETZ, an Individual; CITY OF NORTH LAS VEGAS, Municipality; NORTH LAS VEGAS FIRE DEPARTMENT, a City of North Las Vegas Agency; GNLV, LLC dba GOLDEN NUGGET HOTEL & CASINO, a Domestic Limited-Liability Company; DOMAIN PROPERTY OWNER, LLC, a Foreign Limited-Liability Company; OAKTREE CAPITAL MANAGEMENT L.P., a Foreign Limited-Liability Partnership; DOE DEFENDANTS I through XX; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00568-DJA<br><br>**REVISED STIPULATION AND ORDER TO DISMISS CROSS CLAIMANT ANDREW CLAPPER'S CROSS CLAIMS AGAINST THE CITY OF NORTH LAS VEGAS FOR INDEMNITY AND CONTRIBUTION**<br><br>*Assigned to Honorable Daniel J. Albregts for all Purposes.* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED UPON by and between Cross Claimant Andrew Clapper and Cross Defendant The City of North Las Vegas, by and through their respective attorneys of record, that Cross Defendant The City of North Las Vegas be dismissed from Cross Claimant Andrew Clapper's Cross Claims without prejudice.

The parties further agree that each party will bear their own respective attorneys' fees and costs.

Dated: December 20, 2022         **LAURIA TOKUNAGA GATES & LINN, LLP**

By:   */s/ Raymond R. Gates*
       Raymond R. Gates, Esq. (SBN: 5320)
       Attorney for Defendant Andrew Clapper
*Reply to:*   ***1755 Creekside Oaks Drive, Suite 240***
       ***Sacramento, California 95833***
       ***916.492.2000***
       Southern Nevada Office:
       601 South Seventh Street
       Las Vegas, Nevada 89101

Dated: December 20, 2022         **LEWIS BRISBOIS BISGAARD & SMITH**

By:   */s/ Robert W. Freeman*
       Robert W. Freeman, Jr., Esq. (SBN: 3062)
       E. Matthew Freeman, Esq. (SBN: 14198)
       ***For Defendants City of North Las Vegas;***
       ***North Las Vegas Fire Department***
       6385 S. Rainbow Boulevard, Suite 600
       Las Vegas, Nevada 89118

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS ORDERED that Cross Defendant The City of North Las Vegas be dismissed without prejudice from Cross Claimant Andrew Clapper's Cross Claims, and that each party is to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 21, 2022

_____
**HONORABLE DANIEL J. ALBREGTS**

Submitted By:

**LAURIA TOKUNAGA GATES & LINN, LLP**

By: */s/ Raymond R. Gates*
Raymond R. Gates, Esq. (SBN: 5320)
Attorney for Defendant Andrew Clapper
Southern Nevada Office
601 South Seventh Street
Las Vegas, Nevada 89101

# Cheyenne Allmaras

| | |
|---|---|
| **From:** | Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com> |
| **Sent:** | Thursday, December 15, 2022 12:35 PM |
| **To:** | Cheyenne Allmaras |
| **Cc:** | Freeman, Robert; Freeman, Matt; Raymond R. Gates; Joseph Helfrick |
| **Subject:** | RE: Maas, et al., v. Candito, et al. // USDC Court Case No.: 22-cv-00568-DJA -  Clapper's Dismissal of Cross-Claim |

Hello Cheyenne.  This is approved. Please e-sign for Rob.

Thank you!

**Kristen Freeman**
Las Vegas Rainbow
702.693.4363

---

**From:** Cheyenne Allmaras <callmaras@ltglaw.net>
**Sent:** Tuesday, December 13, 2022 8:58 AM
**To:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>
**Cc:** Freeman, Robert <Robert.Freeman@lewisbrisbois.com>; Freeman, Matt <Matt.Freeman@lewisbrisbois.com>; Raymond R. Gates <rgates@ltglaw.net>; Joseph Helfrick <jhelfrick@ltglaw.net>
**Subject:** [EXT] RE: Maas, et al., v. Candito, et al. // USDC Court Case No.: 22-cv-00568-DJA - Clapper's Dismissal of Cross-Claim

Good Morning,

I am following up on the below revised stipulation. Please advise. Thank you.

Sincerely,



**Cheyenne C. Allmaras**
Paralegal for Raymond R. Gates, Esq.
Lauria Tokunaga Gates & Linn, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Telephone: (916) 492-2000
Facsimile: (916) 492-2500
Email: callmaras@ltglaw.net

Northern Nevada:  800 East College Parkway, Carson City, Nevada 89706
          Telephone:  (775) 772-8016; Facsimile: (916) 492-2500
Southern Nevada:  601 South Seventh Street, Las Vegas, Nevada 89101
          Telephone:  (702) 387-8633; Facsimile: (702) 387-8635

**CONFIDENTIALITY STATEMENT**: THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.