# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mariah Maas, as Special Administrator for the Estate of Tiffany Slatsky; et al., | Case No. 2:22-cv-00568-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Christopher Candito, et al., | |
| Defendants. | |

This matter is before the Court on the Court's review of the docket. Court mail addressed to Defendant Christopher Candito has been returned undeliverable, providing that Candito has been paroled. (ECF Nos. 55, 58, 63). To date, Candito has not updated his address with the Court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Recently, however, Candito signed a stipulation by all parties authorizing electronic service. (ECF No. 62). In that stipulation, Candito's address is listed as 5309 North Campbell Rd., Las Vegas, NV 89149. The Court will direct the Clerk's office to update Candito's address on the docket to this address as a one-time courtesy. Candito must comply with Local Rule IA 3-1 as the case proceeds.

**IT IS THEREFORE ORDERED** that the Clerk's office is kindly directed to update Candito's address on the docket to 5309 North Campbell Rd., Las Vegas, NV 89149.

**IT IS FURTHER ORDERED** that the Clerk's office is kindly directed to mail Candito—at the North Campbell Rd. address—a copy of this order (ECF No. 65) and the Court's order denying the City of North Las Vegas' and the North Las Vegas Fire Department's motion to dismiss (ECF No. 64).

**IT IS FURTHER ORDERED** that Candito shall promptly comply with Local Rule IA 3-1 in the event his contact information changes.

DATED: January 27, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE