**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
ANDREW BARTON, ESQ. (#12692)
ALYSSA PIRAINO, ESQ. (#14601)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Lloyd@855bakerlaw.com
Drew@855bakerlaw.com
Alyssa@855bakerlaw.com

**NETTLES MORRIS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 434-8282
christian@NettlesMorris.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; STEVEN HONSOWETZ, an individual; CITY OF NORTH LAS VEGAS, a municipality; NORTH LAS VEGAS FIRE DEPARTMENT, a City of North Las Vegas agency; GNLV, LLC dba GOLDEN NUGGET HOTEL & CASINO, a Domestic Limited-Liability Company; DOMAIN PROPERTY OWNER LLC; a | CASE NO.:   2:22-cv-568-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT GNLV, LLC (erroneously named as GNLV, LLC DBA GOLDEN NUGGET HOTEL & CASINO)** |

Page 1 of 2

Foreign Limited-Liability Company; OAKTREE CAPITAL MANAGEMENT L.P.; a Foreign Limited Partnership; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,

Defendants.

AND ALL RELATED CLAIMS.

Plaintiffs and Defendant GNLV, LLC (erroneously named as GNLV, LLC DBA GOLDEN NUGGET HOTEL & CASINO), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action, with prejudice, *as to GNLV, LLC (erroneously named as GNLV, LLC DBA GOLDEN NUGGET HOTEL & CASINO) only*, with each party to bear its/their own attorneys' fees and costs. The above captioned matter will remain active and ongoing as to all other remaining Defendants.

DATED this 16th day of February, 2023.

**LAGOMARSINO LAW**

*/s/Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiffs*

DATED this 16th day of February, 2023.

**LITCHFIELD CAVO LLP**

*/s/Marisa A. Pocci*
MARISA A. POCCI, ESQ. (#10720)
3993 Howard Hughes Parkway #100
Las Vegas, NV 89169
*Attorneys for Defendant GNLV, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED  2/17/2023

By: _____
**UNITED STATES MAGISTRATE JUDGE**