**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.. | CASE NO.:   2:22-cv-568-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY** |

AND ALL RELATED CLAIMS.

IT IS HEREBY STIPULATED AND AGREED between the parties, in accordance with LR 26-3, that discovery, and all associated deadlines, be stayed pending private, formal mediation. This Stipulation is supported by good cause and is not for the purpose of delay.

## I. DISCOVERY COMPLETED TO DATE

- Plaintiffs served their initial disclosures on July 20, 2022.
- Defendants Nicholas Robison, GNLV LLC, and Domain Property Owner LLC, served their initial disclosures on July 20, 2022.
- Defendants City of North Las Vegas and The North Las Vegas Fire Department served their initial disclosures on July 22, 2022.
- Defendants Andrew Clapper and Steven Honsowetz served their initial disclosures on August 19, 2022.
- Defendant Andrew Stocker served his initial disclosures on August 23, 2022.
- Plaintiffs served their first supplemental disclosure on September 20, 2022.
- Defendant Domain Property Owner, LLC served their amended initial disclosures and first supplemental disclosure on September 28, 2022.
- Plaintiffs served their second supplemental disclosure on September 28, 2022.
- Defendant Steven Honsowetz served his first supplemental disclosure on September 30, 2022.
- Defendant Nicholas Robison served his first supplemental disclosure on October 14, 2022.
- Defendant GNLV LLC served their amended initial disclosures and first supplemental disclosure on October 14, 2022.
- Defendant CNLV served their first supplemental disclosure on November 18, 2022.
- Defendant Stocker served his first supplemental disclosure on December 8, 2022.
- Plaintiffs served their third supplemental disclosure on January 6, 2023, their fourth supplemental disclosure on January 19, 2023, their fifth supplemental disclosure on February 6, 2023, their sixth supplemental disclosure on March 3, 2023, and their seventh supplemental disclosure on March 13, 2023.
- Defendants CNLV and CNLVFD served their second, third, and fourth supplemental disclosure on April 4, 2023.

- Plaintiffs served their eighth supplemental disclosure on April 6, 2023.
- Defendants CNLV & CNLFVD served their fifth supplemental disclosure on May 19, 2023.
- Plaintiffs served their ninth supplemental disclosure on June 15, 2023.
- Defendants CNVL and CNLVFD served their sixth supplemental disclosure on June 22, 2023 and their seventh supplemental disclosure on July 24, 2023.
- Defendants CNLV and CNLVFD served their nineth supplemental disclosure on September 11, 2023.
- Plaintiffs' served their tenth supplemental disclosure on November 17, 2023.
- CNLV and CNLVFD served their tenth supplemental disclosure on October 29, 2023.
- Defendants CNLV and CNLVFD served its eleventh supplemental disclosure on December 14, 2023 and their twelfth supplemental disclosure on December 15, 2023.
- Plaintffs served their eleventh supplemental disclosure on February 21, 2024.
- Defendant CNLV served its thirteenth supplemental disclosure on February 27, 2024.
- Plaintiffs served their twelfth supplemental disclosure on April 1, 2024.
- On April 3, 2024 Defendant CNLV served their fourteenth supplemental disclosure.
- On August 31, 2022, Plaintiffs served their first set of Interrogatories and Request for Production of Documents to all Defendants.
- On September 7, 2022, Plaintiffs Noticed the Depositions of Defendants Clapper, Honsowetz, Stocker, and Robison.
- On September 8, 2022, Plaintiffs served the Henderson Police Department with a Subpoena *Duces Tecum*. The documents were received on September 19, 2022, and supplemented to all parties.
- On September 9, 2022, Plaintiffs served the Clark County Coroner / Medical Examiner with a Subpoena *Duces Tecum*. The documents were received on September 14, 2022, and supplemented to all parties.
- On September 9, 2022, Plaintiffs served the Las Vegas Nevada DEA's Office with a Subpoena *Duces Tecum*. The Las Vegas DEA Office asked for a thirty (30) day extension on September 15, 2022, and a two (2) week extension on October 20, 2022. No documents were produced in response to the Subpoena *Duces Tecum.*
- On September 29, 2022, Domain Property Owner LLC served their responses to Plaintiffs' first set of discovery requests.

- On September 30, 2022, Defendant Steven Honsowetz served his responses to Plaintiffs' first set of discovery requests.

- On October 14, 2022, Defendants GNLV LLC and Nicholas Robison served their responses to Plaintiffs' first set of discovery requests.

- On November 1, 2022, Defendant Andrew Stocker served his responses to Plaintiffs' first set of discovery requests.

- On November 3, 2022, Plaintiffs served their *Request for Entry Upon Land for Inspection and Other Purposes* to inspect Suite 5655 at The Golden Nugget Hotel and Casino.

- On November 4, 2022, Defendants CNLV and The North Las Vegas Fire Department served their first set of Interrogatories, Requests for Admissions, and Requests for Production of Documents to Plaintiffs and Defendants Clapper and Honsowetz.

- On November 4, 2022, Plaintiffs served the Division of Counsel for the DEA with an Amended Subpoena *Duces Tecum*. The documents were received on December 23, 2022, and supplemented to all parties.

- On November 4, 2022, Plaintiffs served the Las Vegas Metropolitan Police Department with a Subpoena *Duces Tecum*.

- On November 10, 2022, Plaintiffs served the Las Vegas Metropolitan Police Department with an Amended Subpoena *Duces Tecum*.

- On November 28, 2022, Defendant Clapper served his responses to Plaintiff's first set of Interrogatories and Request For Production of Documents.

- On December 5, 2022, Defendant Honsowetz served his responses to CNLV's first set of Interrogatories, Requests for Admissions, and Requests for Production of Documents.

- On December 7, 2022, Defendant Honsowetz served his first supplemental responses to CNLV's first set of Requests for Production of Documents.

- On December 22, 2022, Plaintiffs served their First Amended Deposition Notices to Defendants Steven Honsowetz, Andrew Stocker, Nicholas Robison, and Andrew Clapper.

- On January 6, 2023, Plaintiffs served their responses to CNLV's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents.

- On January 23, 2023, Plaintiffs served their Second Amended Deposition Notice to Defendant Andrew Stocker.

- On February 7, 2023, Plaintiffs took the videotaped deposition of Defendant Steven Honsowetz.

- On February 9, 2023, Plaintiffs' served their Second Amended Deposition Notice to Defendant Nicholas Robison.

- On February 9, 2023, Plaintiffs took the videotaped deposition of Defendant Andrew Stocker.

- On February 16, 2023, Plaintiffs served their First Set of Requests for Production of Documents to Defendant CNLVFD.

- On February 16, 2023, Plaintiffs served their Second Set of Requests for Production of Documents to Defendants Candito, Clapper, Honsowetz, Robison, Stocker, and CNLV.

- On February 24, 2023, Plaintiffs served their Deposition Notice to Irina Hansen.

- On March 3, 2023, Plaintiffs served their Third Amended Deposition Notice to Defendant Nicholas Robison.

- On March 13, 2023, Plaintiffs served their Third Set of Requests for Production of Documents to Defendant CNLV.

- On March 14, 2023, Plaintiffs served their Deposition Notice to Defendant Christopher Candito.

- On March 14, 2023, Plaintiffs served their Second Amended Deposition Notice to Defendant Andrew Clapper.

- On March 15, 2023, Plaintiffs' served Micha Reyes with an Subpoena *Duces Tecum*.

- On March 16, 2023, Defendant Honsowetz and Clapper served their responses to Plaintiffs' Second Set of Requests for Production of Documents.

- On March 17, 2023, Defendant Robison served his responses to Plaintiffs' Second Set of Requests for Production of Documents.

- On March 20, 2023, Defendant Stocker served his responses to Plaintiffs' Second Set of Requests for Production of Documents.

- On March 22, 2023, Plaintiffs served the International Association of Fire Fighters Local 1607 with an Subpoena *Duces Tecum*. The documents were received on March 23, 2023, and supplemented to all parties.

- On March 24, 2023, Plaintiffs served their Fourth Amended Deposition Notice to Defendant Nicholas Robison.

- On April 4, 2023, Defendant CNLV served their responses to Plaintiffs Second Set of Requests for Production of Documents.

- On April 12, 2023, Defendant CNLV served their responses to Plaintiff's Third Set of Requests for Production of Documents.

- On April 17, 2023, Plaintiffs served their Notice of Deposition of Micah Reyes.

- On April 27, 2023, Plaintiffs served their First Amended Notice of Deposition of Defendant Candito, their Third Amended Notice of Deposition of Andrew Clapper, and their First Amended Notice of Deposition of Micah Reyes.

- On May 15, 2023, Defendant CNLV served their Notice of Deposition for Plaintiff Mariah Maas and Tamara Slatsky.

- On May 24, 2023, Defendant CNLV served their Notice of Deposition for Plaintiff Martin Slatsky.

- On May 24, 2023, Plaintiffs served their Fifth Amended Notice of Deposition to Defendant Robison.

- On June 15, 2023, Plaintiffs served their Third Set of Request of Production of Documents to Defendants Robison, Clapper, Stocker, and Candito and served their Fourth Set of Requests for Production of Documents to Defendant CNLV.

- On June 30, 2023 Defendant Stocker served his responses to Plaintiffs' Third Set of Requests for Production of Documents.

- On July 14, 2023, Defendants Robison and Clapper served their responses to Plaintiffs' Third Set of Requests for Production of Documents.

- On July 24, 2023, Defendant CNLV served their responses to Plaintiffs' Fourth Set of Requests for Production of Documents.

- On July 24, 2023, Defendant Robison served his First Supplemental Response to Plaintiffs' First Set of Requests for Production of Documents.

- On August 25, 2023, Plaintiffs served their Fifth Set of Requests for Production to Defendant CNLV.

- On September 25, 2023, Defendant Clapper served his Responses to Plaintiff's Fourth Set of Request for Production and Defendant CNLV served their responses to Plaintiffs' Fifth Set of Request for Production.

- On October 13, 2023, Defendant Stocker served his Responses to Plaintiffs' Fourth Set of Requests for Production.

- On November 6, 2023, Defendant CNLV served its notice to take the deposition of Detective Calvano.

- On November 17, 2023, Plaintiffs served their Tenth Supplemental Disclosures.
- On November 29, 2023, Defendant CNLV served its Tenth Supplemental Disclosures.
- On December 5, 2023, Plaintiffs served their Second Amended Notice of Taking The Deposition of Christopher Candito.
- On December 29, 2023, Plaintiffs served their Sixth Set of Request for Production of Documents and their First Set of Requests for Admission to Defendant CNLV.
- On January 29, 2024, Defendant CNLV served their responses to Plaintiffs' Sixth Set of Requests for Production of Documents and First Set of Requests for Admission.
- On March 4, 2024, Plaintiffs served their First Set of Requests for Admission and Second Set of Interrogatories to Defendant Robison. Plaintiffs served their Second Set of Interrogatories to Defendants Robison and Stocker. Plaintiffs also served their Seventh Set of Requests for Production of Documents to CNLV.
- On March 28, 2024 Plaintiffs, Defendant CNLV, Defendant Robison, and Defendant Clapper served their Initial Expert Disclosures.
- On April 2, 2024, Defendant Stocker served his responses to Plaintiffs' Second Set of Interrogations.
- On April 3, 2024, Defendant CNLV served their responses to Plaintiffs' Seventh Set of Requests for Production of Documents
- On April 4, 2024, Defendant Robison served his responses to Plaintiffs' First Set of Requests for Admission and Second Set of Interrogatories.

## II.  DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery (individual or 30(b)(6) designees);

- the depositions of fact witnesses;
- subpoenas *duces tecum* and the depositions of third-party percipient witnesses;
- expert witness depositions;
- additional written discovery which may include written discovery to one another and/or additional subpoenas to third parties; and
- Any additional discovery the parties wish to conduct.

The Parties reserve the right to conduct additional discovery that is permitted by the Federal Rules of Civil Procedure.

## III. LEGAL STANDARD AND REASONING

The Court has the inherent power to control its docket, including the discretion to stay proceedings. *Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936). The determination of whether to stay proceedings is best determined by weighing the competing interests of the parties and the Court. Id. "Among those competing interests are the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." Lockyer v. Mirant Corp., 398 F.3d 1098, 1110 (9th Cir.2005).

Here, there is a general understanding of the potential for settlement, and all parties believe a good faith effort in settlement conference may achieve settlement. All parties would like to avoid incurring the expense of proceeding with the remaining discovery if it can be avoided through settlement. The parties believe a mediation with a neutral third party mediator may be helpful to achieve settlement. This stipulation represents the shared interests of the parties. Additionally, it would be beneficial to the Court and its docket if the parties are able to achieve a settlement during the period of the stay. As such, the parties seek to stay discovery pending the completion of a private mediation.

. . .

. . .

. . .

. . .

. . .

~~Parties have agreed that, should the matter fail to be resolved in a private mediation, all scheduling order deadlines will be extended as follows:~~

| | ~~Current~~ | ~~Proposed~~ |
|---|---|---|
| ~~Discovery cut-off~~ | ~~5/27/24~~ | ~~90 days after an unsuccessful mediation~~ |
| ~~Deadline to amend pleadings and add parties~~ | ~~11/29/23~~ | ~~CLOSED~~ |
| ~~Deadline for initial expert disclosures~~ | ~~3/28/24~~ | ~~CLOSED~~ |
| ~~Deadline for rebuttal expert disclosures~~ | ~~4/29/24~~ | ~~60 days after an unsuccessful mediation~~ |
| ~~Deadline to file dispositive motions~~ | ~~6/26/24~~ | ~~120 days after an unsuccessful mediation~~ |
| ~~Deadline to file pre-trial order~~ | ~~7/26/24~~ | ~~150 days after an unsuccessful mediation~~ |

IT IS HEREBY STIPULATED, by and through the Parties, that this case shall be stayed pending the outcome of private mediation. Upon conclusion of the mediation, if needed the Parties will meet and confer regarding a revised discovery schedule.

DATED this 8th day of April 2024.

**LAGOMARSINO LAW**

/s/ Taylor Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiffs*

DATED this 8th day of April 2024.

**LAW OFFICE OF DANIEL MARKS**

/s/ Adam Levine
DANIEL MARKS, ESQ. (#2003)
ADAM MARKS LEVINE, ESQ. (#4673)
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Andrew Stocker*

DATED this 8th day of April 2024.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Robert Freeman
ROBERT W. FREEMAN, JR., ESQ. (#3062)
MATTHEW E. FREEMAN, ESQ. (#14198)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants City of North Las Vegas and North Las Vegas Fire Department*

DATED this 8th day of April 2024.

**LAURIA TOKUNAGA GATES & LINN, LLP**

/s/ Raymond Gates
RAYMOND GATES (#5320)
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
*Attorneys for Defendant Andrew Clapper*

DATED this 8th day of April 2024.

**BARRON & PRUITT LLP**

/s/ Joseph Meservy
WILLIAM H. PRUITT, ESQ. (#6783)
JOSEPH R. MESERVY, ESQ. (#14088)
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant Nicholas Robison*

DATED this 8th day of April 2024.

**CHRISTOPHER CANDITO**

/s Christopher Candito
CHRISTOPHER CANDITO
*Pro Se*

### ORDER

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 94) is **granted in part and denied in part.** It is denied in part regarding the parties' proposed schedule in the event they do not settle. This schedule is not tethered to any deadlines and is based on the contingency that the parties do not settle. The Court is not inclined to grant this type of prospective relief. The stipulation is granted in all other respects.

**IT IS FURTHER ORDERED** that the parties must file a status report on or before **May 9, 2024** regarding the status of mediation and if any action is needed by the Court.

**IT IS FURTHER ORDERED** that, if the parties do not settle at mediation, they must meet and confer and submit a new stipulated discovery plan within **fourteen days** of the unsuccessful mediation.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2024