ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*City of North Las Vegas and*
*the North Las Vegas Fire Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual, ANDREW CLAPPER, an individual, NICHOLAS ROBISON, an individual, ANDREW STOCKER, an individual, CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-568-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty-two (62) days, up to and including Monday, April 28, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties seek additional time to file dispositive motions for several reasons, none of

152052890.1

1  which are for an improper purpose or for the purpose of delay. Counsel for CNLV Defendants is
2  currently preparing for multiple, multi-day long Rule 30(b)(6) depositions in the matter entitled,
3  *Hollingsworth v. CNLV, et al.,* Case No. 2:21-cv-2230-CDS-NJK. In addition, Lead Counsel for
4  CNLV Defendants is attending to family obligations involving medical issues over the next few
5  months that will continue to require him to be out of the jurisdiction for extended periods of time.
6  The obligation is unavoidable. Additionally, lead counsel has oral argument set in *Padilla v. City*
7  *of North Las Vegas*, Case No. 23-3265 in the Ninth Circuit Court of Appeals on April 10, 2025.

8  Plaintiffs' counsel will be attending the United States District Court – District of Nevada
9  annual conference in Reno, Nevada from May 6, 2025 through May 8, 2025. Additionally,
10 Plaintiffs' counsel will be attending a legal conference in Ojai, California from February 27, 2025
11 through March 2, 2025, as well as preparing for a Ninth Circuit Appellate Court argument in the
12 case of *Pattison v. Benson, et al.,* Case No. 23-15870 on March 6, 2025.

13 WHEREFORE, the parties respectfully request that this Court extend the time for the
14 parties to file their dispositive motions by ninety (91) days from the current deadline of February
15 25, 2025 up to and including May 27, 2025.

16 **IT IS SO STIPULATED AND AGREED.**

17 Dated this 3rd day of February, 2025.          Dated this 3rd day of February, 2025.

18 LEWIS BRISBOIS BISGAARD & SMITH LLP           LAGOMARSINO LAW

19 */s/ Robert W. Freeman*                        */s/ Andre M. Lagomarsino*
20 ROBERT W. FREEMAN, ESQ.                        ANDRE M. LAGOMARSINO, ESQ.
   Nevada Bar No. 3062                            Nevada Bar No.: 6711
21 E. MATTHEW FREEMAN, ESQ.                       CORY M. FORD, ESQ.
   Nevada Bar No. 14198                           Nevada Bar No.: 15042
22 6385 S. Rainbow Blvd., Suite 600               3005 West Horizon Ridge Pkwy, Suite 241
23 Las Vegas, Nevada 89118                        Las Vegas, NV 89052
   *Attorney for Defendants*
24 *City of North Las Vegas and*                  BAKER LAW OFFICES
   *the North Las Vegas Fire Department*          LLOYD W. BAKER, ESQ.
25                                                Nevada Bar No.: 6893
26                                                ANDREW BARTON, ESQ.
                                                  Nevada Bar No. 12692
27                                                500 S. Eighth Street
                                                  Las Vegas, Nevada 89101
28

152052890.1                                      2

|   |   |
|---|---|
| | CHRISTIAN M. MORRIS, ESQ. |
| | Nevada Bar No.: 11218 |
| | NETTLES MORRIS |
| | 1389 Galleria Drive, Suite 200 |
| | Henderson, Nevada 89014 |
| | *Attorneys for Plaintiffs* |

DATED this 3rd day of February, 2025.                     DATED this 3rd day of February, 2025.

**LAW OFFICE OF DANIEL MARKS**                         **LAURIA TOKUNAGA GATES & LINN, LLP**

*/s/ Adam Levine*                                                          */s/ Raymond Gates*
DANIEL MARKS, ESQ.                                            RAYMOND GATES
Nevada Bar No. 2003                                                 Nevada Bar No. 5320
ADAM LEVINE, ESQ.                                                1755 Creekside Oaks Drive, Suite 240
Nevada Bar No. 4673                                                 Sacramento, CA 95833
610 South Ninth Street                                               *Attorneys for Defendant Andrew Clapper*
Las Vegas, Nevada 89101
*Attorneys for Defendant Andrew Stocker*

DATED this 3rd day of February, 2025.                     DATED this 3rd day of February, 2025.

**BARRON & PRUITT LLP**                                         **CHRISTOPHER CANDITO**

*/s/ Joseph R. Meservy*                                                */s/ Christopher Candito*
WILLIAM H. PRUITT, ESQ.                                       CHRISTOPHER CANDITO
Nevada Bar No. 6783                                                 5309 North Campbell Road
JOSEPH R. MESERVY, ESQ.                                     Las Vegas, Nevada 89149
Nevada Bar No. 14088                                                *Pro Se*
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant Nicholas Robison*

**ORDER**

IT IS SO ORDERED.

DATED: 2/4/2025

_____
UNITED STATES MAGISTRATE JUDGE

152052890.1                                                                                   3