**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*Nicholas Robison*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>                    Plaintiffs,<br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; STEVEN HONSOWETZ, an individual; CITY OF NORTH LAS VEGAS, a municipality; NORTH LAS VEGAS FIRE DEPARTMENT, a City of North Las Vegas agency; GNLV, LLC *dba* GOLDEN NUGGET HOTEL & CASINO, a domestic limited-liability company; DOMAIN PROPERTY OWNER LLC, a foreign limited-liability company; OAKTREE CAPITAL MANAGEMENT L.P., a foreign limited partnership; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No:     2:22-CV-00568-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NICHOLAS ROBISON ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, MARIAH MASS, MARTIN SLATSKY and CADE SLATSKY, by and through their attorney of record, Taylor N. Jorgensen, Esq. of Lagomarsino Law, and Defendant NICHOLAS ROBISON, by and through his attorney Joseph R, Meservy, Esq. of the law firm Barron & Pruitt, LLP, that Plaintiffs' claims against

///

///

///

Defendant Robison only may be dismissed, in their entirety, with prejudice, each party to bear its own costs and fees.

| | |
|---|---|
| DATED this 30th of January, 2025 | DATED this 30th of January, 2025 |
| BARRON & PRUITT, LLP | LAGOMARSINO LAW |
| /s/ Joseph R. Meservy<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 14088<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant Robison* | /s/ Andre M. Lagomarsino<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>TAYLOR N. JORGENSEN, ESQ.<br>Nevada Bar No. 16259<br>3005 West Horizon Ridge Parkway<br>Suite 241<br>Henderson, Nevada 89052<br><br>BAKER LAW OFFICES<br>LLOYD W. BAKER, ESQ.<br>Nevada Bar No.: 6893<br>ANDREW BARTON, ESQ.<br>Nevada Bar No. 12692<br>500 S. Eighth Street<br>Las Vegas, Nevada 89101<br><br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No.: 11218<br>NETTLES MORRIS<br>1389 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiffs* |
| Dated this 30th day of January, 2025. | DATED this 21st day of February, 2025. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LAW OFFICE OF DANIEL MARKS |
| /s/ Robert W. Freeman<br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN, ESQ.<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendants<br>City of North Las Vegas and<br>the North Las Vegas Fire Department* | /s/ Adam Marks Levine<br>DANIEL MARKS, ESQ.<br>Nevada Bar No. 2003<br>ADAM MARKS LEVINE, ESQ.<br>Nevada Bar No. 4673<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Andrew Stocker* |

DATED this 24th day of February, 2025.

LAURIA TOKUNAGA GATES & LINN, LLP

/s/ *Raymond Gates*
RAYMOND GATES
Nevada Bar No. 5320
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
*Attorneys for Defendant Andrew Clapper*

DATED this 31st day of January, 2025.

CHRISTOPHER CANDITO

/s/*Christopher Candito*
CHRISTOPHER CANDITO
5309 North Campbell Road
Las Vegas, Nevada 89149
*Pro Se*

IT IS SO ORDERED.

DATED this 26 day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE