1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants*
7  *City of North Las Vegas and*
   *the North Las Vegas Fire Department*
8

9              **UNITED STATES DISTRICT COURT**

10        **DISTRICT OF NEVADA, SOUTHERN DIVISION**

11                          **\*\*\***

12  MARIAH MAAS, as Special Administrator          CASE NO. 2:22-cv-568-GMN-DJA
    for the Estate of Tiffany Slatsky, MARTIN
13  SLATSKY, as parent and legal guardian of        **ORDER TO**
    CADE SLATSKY, a minor,                  **EXTEND THE DEADLINE TO FILE**
14                                          **DISPOSITIVE MOTIONS**
                 Plaintiffs,
15                                          **SECOND REQUEST**
             vs.
16
    CHRISTOPHER CANDITO, an individual,
17  ANDREW CLAPPER, an individual,
    NICHOLAS ROBISON, an individual,
18  ANDREW STOCKER, an individual, CITY
    OF NORTH LAS VEGAS, a municipality;
19  DOE DEFENDANTS I through XX, and ROE
    CORPORATIONS I through X, inclusive,
20
21              Defendants.

22

23        Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of

24  record, hereby stipulate and request that this Court extend the deadline to file dispositive motions

25  in the above-captioned case thirty (30) days, up to and including Friday, June 27, 2025.

26        This Request for an extension of time is not sought for any improper purpose or other

27  purpose of delay.  This request for extension is based upon the following:

28        The parties seek additional time to file dispositive motions for several reasons, none of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

156715350.1

1   which are for an improper purpose or for the purpose of delay.  Counsel for Defendants was in the

2   process of preparing for Trial in the matter entitled, *Calderon v. USAAS* Case No. 2:20-cv-1049-

3   CDS-EJY, which was recently reset.  Counsel for CNLV Defendants is and was also preparing for

4   3 mediations and/or settlement conferences in the matters entitled Alverez-Rodriguez v. Las

5   Vegas Metropolitan Police Department, Case No. 2:24-cv-00230-JAD-NJK, Bowman v. Las

6   Vegas Metropolitan Police Department, Case No. 2:22-cv-01481-ART-NJK, and Tayvion Posey

7   v. Las Vegas Metropolitan Police Department, Case No. 2:23-cv-01936-GMN-MDC.

8           WHEREFORE, the parties respectfully request that this Court extend the time for the

9   parties to file their dispositive motions by thirty (30) days from the current deadline of May 28,

10  2025 up to and including June 27, 2025.

11          **IT IS SO STIPULATED AND AGREED.**

12  Dated this 5th day of May, 2025.                Dated this 5th day of May, 2025.

13  LEWIS BRISBOIS BISGAARD & SMITH LLP        LAGOMARSINO LAW

14  */s/ Robert W. Freeman*                          */s/ Taylor N. Jorgensen*

15  ROBERT W. FREEMAN, ESQ.                    ANDRE M. LAGOMARSINO, ESQ.
    Nevada Bar No. 3062                        Nevada Bar No.: 6711

16  E. MATTHEW FREEMAN, ESQ.                   TAYLOR N. JORGENSEN, ESQ.
    Nevada Bar No. 14198                       Nevada Bar No.: 16259

17  6385 S. Rainbow Blvd., Suite 600           3005 West Horizon Ridge Pkwy, Suite 241
    Las Vegas, Nevada 89118                    Las Vegas, NV 89052

18  *Attorney for Defendants*

19  *City of North Las Vegas and*              BAKER LAW OFFICES
    *the North Las Vegas Fire Department*      LLOYD W. BAKER, ESQ.

20                                             Nevada Bar No.: 6893
                                               ANDREW BARTON, ESQ.
21                                             Nevada Bar No. 12692
                                               500 S. Eighth Street
22                                             Las Vegas, Nevada 89101

23
                                               CHRISTIAN M. MORRIS, ESQ.
24                                             Nevada Bar No.: 11218
                                               NETTLES MORRIS
25                                             1389 Galleria Drive, Suite 200
                                               Henderson, Nevada 89014
26                                             *Attorneys for Plaintiffs*

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

156715350.1                                    2

1

2    DATED this 5<u>th</u> day of May, 2025.          DATED this 5<u>th</u> day of May, 2025.

3    **LAW OFFICE OF DANIEL MARKS**          **LAURIA TOKUNAGA GATES & LINN, LLP**

4
     /s/ *Adam Levine*                        /s/ *Raymond Gates*
5    DANIEL MARKS, ESQ.                       RAYMOND GATES
     Nevada Bar No. 2003                      Nevada Bar No. 5320
6    ADAM LEVINE, ESQ.                        1755 Creekside Oaks Drive, Suite 240
     Nevada Bar No. 4673                      Sacramento, CA 95833
7    610 South Ninth Street                   *Attorneys for Defendant Andrew Clapper*
     Las Vegas, Nevada 89101
8    *Attorneys for Defendant Andrew Stocker*

9                                             DATED this 5<u>th</u> day of May, 2025.

10                                            **CHRISTOPHER CANDITO**

11
                                             /s/ *Christopher Candito*
12                                            CHRISTOPHER CANDITO
                                             5309 North Campbell Road
13                                            Las Vegas, Nevada 89149
                                             *Pro Se*
14

15

16                        **ORDER**

17        IT IS SO ORDERED.

18        Dated this 9th day of May, 2025.

19

20        _____
          DANIEL J. ALBREGTS
21        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

156715350.1                     3