**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.. | CASE NO.:   2:22-cv-568-DJA<br><br>**ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION TO DEFENDANT CITY OF NORTH LAS VEGAS'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Page 1 of 3

AND ALL RELATED CLAIMS.

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Plaintiffs to file their Opposition to Defendant The City of North Las Vegas' Motion for Summary Judgement in the above-captioned case fourteen (14) days, up to and including Friday, August 1, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to existing professional obligations, including multiple briefing deadlines and previously scheduled court appearances and depositions in unrelated matters, counsel for Plaintiffs requires additional time to prepare a thorough and complete opposition to Plaintiff's Motion for Summary Judgment. The parties agree that this extension is necessary to accommodate counsel's scheduling conflicts and ensure adequate time for the preparation of the opposition brief. The requested extension is made in good faith and not for the purpose of delay, and will not prejudice any party or affect other scheduled dates in this matter

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiffs to file their Opposition to Defendant The City of North Las Vegas' Motion for Summary Judgement in the above-captioned case fourteen (14) days, up to and including Friday, August 1, 2025.

…

…

…

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 11th day of July, 2025. | DATED this 11th day of July, 2025. |
| **LAGOMARSINO LAW** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| */s/ Taylor N. Jorgensen, Esq.* | */s/ Robert W. Freman, Jr. Esq.* |
| ANDRE M. LAGOMARSINO, ESQ. (#6711)<br>CORY M. FORD, ESQ. (#15042)<br>TAYLOR N. JORGENSEN, ESQ. (#16259)<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiffs* | ROBERT W. FREEMAN, JR., ESQ. (#3062)<br>MATTHEW E. FREEMAN, ESQ. (#14198)<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants City of North Las Vegas and North Las Vegas Fire Department* |
| DATED this 11th day of July, 2025. | DATED this 11th day of July, 2025. |
| **CHRISTOPHER CANDITO** | **LAW OFFICE OF DANIEL MARKS** |
| */s/ Christopher Candito*<br>CHRISTOPHER CANDITO<br>*Pro Se* | */s/ Adam Marks Levine, Esq.*<br>DANIEL MARKS, ESQ. (#2003)<br>ADAM MARKS LEVINE, ESQ. (#4673)<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Andrew Stocker* |

DATED this 11th day of July, 2025.

**LAURIA TOKUNAGA GATES & LINN, LLP**

*/s/ Raymond Gates, Esq.*
RAYMOND GATES (#5320)
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
*Attorneys for Defendant Andrew Clapper*

**IT IS SO ORDERED.**

Dated this __11__ day of July, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT