```
1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   office@danielmarks.net
3  ADAM LEVINE, ESQ.
   Nevada State Bar No. 004673
4  alevine@danielmarks.net
   610 South Ninth Street
5  Las Vegas, Nevada 89101
   (702) 386-0536: FAX (702) 386-6812
6  Attorneys for Defendant Andrew Stocker
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No.:   22-cv-00568-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANDREW STOCKER ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, MARIAH MAAS, MARTIN SLATSKY and CADE SLATSKY, by and through their attorney of record, Taylor N. Jorgensen, Esq. of Lagomarsino Law, and Defendant ANDREW STOCKER, by and through his attorney of record Adam Levine, Esq. of the Law Office of Daniel Marks, that Plaintiffs' claims against Defendant

1

Stocker Only may be dismissed, in their entirety, with prejudice, each party to bear its own costs and fees.

DATED this 23rd day of July 2025.

LAW OFFICE OF DANIEL MARKS

/s/Adam Levine, Esq.
DANIEL MARKS, ESQ.
Nevada Bar State No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Andrew Stocker*

DATED this 23rd day of July 2025.

LAGOMARSINO LAW

/s/Taylor N. Jorgensen, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**ORDER**

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT COURT JUDGE

2

**Joi Harper**

| | |
|---|---|
| **From:** | Taylor Jorgensen <Taylor@lagomarsinolaw.com> |
| **Sent:** | Wednesday, July 9, 2025 8:39 AM |
| **To:** | Joi Harper |
| **Subject:** | Re: Maas, et al. v. Candito, et al., // U.S.D.C. Case No.: 2:22-cv-568-DJA |

Hi Joi -

My only note is that Mariah Maas's name is spelled incorrectly in the fist sentence of the body of the stip. Other than that, you may affix my signature.

Sincerely,

Taylor Jorgensen, Esq.
**LAGOMARSINO LAW**
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: 702-383-2864
Facsimile: 702-383-0065
E-mail: taylor@lagomarsinolaw.com
Website: www.lagomarsinolaw.com

---

**From:** Joi Harper <JHarper@danielmarks.net>
**Sent:** Tuesday, July 8, 2025 2:21 PM
**To:** Freeman, Robert <robert.freeman@lewisbrisbois.com>; Freeman, Matt <matt.freeman@lewisbrisbois.com>; 'canditochristopher@yahoo.com' <canditochristopher@yahoo.com>; Raymond R. Gates <rgates@ltglaw.net>
**Cc:** Adam Levine <ALevine@danielmarks.net>; Raymond R. Gates <rgates@ltglaw.net>; Meghan Wehsels <mwehsels@ltglaw.net>; Taylor Jorgensen <Taylor@lagomarsinolaw.com>; Moira Lopez <Moira@lagomarsinolaw.com>
**Subject:** Maas, et al. v. Candito, et al., // U.S.D.C. Case No.: 2:22-cv-568-DJA

Good afternoon,

    Please see the attached Stipulation for Dismissal of Defendant Andrew Stocker With Prejudice Only. Please advise if I have your permission to affix your electronic signatures.

Thank you,

Joi E. Harper, Paralegal
LAW OFFICE OF DANIEL MARKS
610 S. Ninth Street

1

Las Vegas, Nevada 89101
Jharper@danielmarks.net