**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants..<br><br>AND ALL RELATED CLAIMS. | CASE NO.:   2:22-cv-568-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITION TO DEFENDANT CITY OF NORTH LAS VEGAS'S MOTION FOR SUMMARY JUDGEMENT**<br><br>**(SECOND REQUEST)** |

Page 1 of 3

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Plaintiffs to file their Opposition to Defendant The City of North Las Vegas' Motion for Summary Judgement in the above-captioned case twenty-one (21) days, up to and including Friday, August 22, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to existing professional obligations, including multiple briefing deadlines and previously scheduled trial, court appearances and depositions in unrelated matters, counsel for Plaintiffs requires additional time to prepare a thorough and complete opposition to Plaintiff's Motion for Summary Judgment. The parties agree that this extension is necessary to accommodate counsel's scheduling conflicts and ensure adequate time for the preparation of the opposition brief. The requested extension is made in good faith and not for the purpose of delay, and will not prejudice any party or affect other scheduled dates in this matter.

…

…

…

…

…

…

…

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiffs to file their Opposition to Defendant The City of North Las Vegas' Motion for Summary Judgement in the above-captioned case twenty-one (21) days, up to and including Friday, August 22, 2025.

**IT IS SO STIPULATED AND AGREED.**

DATED this 28th day of July, 2025.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiffs*

DATED this 28th day of July, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Robert Freeman*
ROBERT W. FREEMAN, JR., ESQ. (#3062)
MATTHEW E. FREEMAN, ESQ. (#14198)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants City of North Las Vegas and North Las Vegas Fire Department*

DATED this 28th day of July, 2025.

**CHRISTOPHER CANDITO**

*/s/ Christopher Candito*
CHRISTOPHER CANDITO
*Pro Se*

DATED this 28th day of July, 2025.

**LAURIA TOKUNAGA GATES & LINN, LLP**

*/s/ Raymond Gates*
RAYMOND GATES (#5320)
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
*Attorneys for Defendant Andrew Clapper*

**IT IS SO ORDERED.**

DATED: July 28, 2025

By: _____
**UNITED STATES DISTRICT COURT JUDGE**