Raymond R. Gates, Esq. (SBN 170240)
**LAURIA TOKUNAGA GATES & LINN, LLP**
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Telephone: (916) 492-2000
Facsimile: (916) 492-2500
Email: rgates@ltglaw.net
_**Southern Nevada Office:**_
601 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 387-8633
Facsimile: (916) 492-2500

Attorney for Defendant
ANDREW CLAPPER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

### ***

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No: 2:22-cv-568-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANDREW CLAPPER ONLY** |

    **IT IS HEREBY STIPULATED AND** AGREED by and between Plaintiffs MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatksy, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor, and MARTIN SLATSKY, individually, by and through their

attorneys of record, Andrew M. Lagomarsino, Esq., Cory Ford, Esq., and Taylor Jorgensen, Esq. of Lagomarsino Law and Defendant ANDREW CLAPPER, by and through his attorney of record, Raymond R. Gates, Esq. of Lauria Tokunaga Gates & Linn, LLP, that Plaintiffs' claims against Defendant Clapper only may be dismissed, in their entirety, with prejudice, each party to bear its own costs and fees.

DATED this 28th of July, 2025

LAURIA TOKUNAGA GATES & LINN, LLP

  */s/ Raymond R. Gates*
Raymond R. Gates, Esq.
Nevada Bar No. 5320
601 South Seventh Street
Las Vegas, Nevada 89101
*Attorney for Andrew Clapper*


DATED this 28th of July, 2025

LAGOMARSINO LAW

  */s/ Taylor Jorgensen*
Andrew M. Lagomarsino, Esq.
Nevada Bar No. 6711
Cory Ford, Esq.
Nevada Bar No. 15042
Taylor N. Jorgensen, Esq.
Nevada Bar No. 16259
Lagomarsino Law
3005 W. Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
*Attorneys for Plaintiffs*


DATED this 31st of July, 2025

LEWIS BRISBOIS BISGAARD & SMITH

  */s/ Robert Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Matthew E. Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for North Las Vegas Fire Department*

1  DATED this 30th of July, 2025

2  CHRISTOPHER CANDITO

3   */s/ Christopher Candito*_____

   Christopher Candito
4  *Pro Se*

5

6  **IT IS SO ORDERED.**

7  DATED this __31__ day of _____July_____ 2025

8

9  _____

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ANDREW CLAPPER ONLY