**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants..<br><br>AND ALL RELATED CLAIMS. | CASE NO.:  2:22-cv-568-GMN-DJA<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

Page 1 of 2

161486930.1

Come now the Parties, by and through their respective counsel of record, and hereby request that this Court reschedule the settlement conference that is currently scheduled on September 19, 2025. This Request to reschedule of time is not sought for any improper purpose or other purpose of delay. This request to reschedule is based upon the following:

Due to pre-existing professional obligations in another case, which cannot be moved because of currently scheduled court-imposed deadlines, counsel for Plaintiffs is unavailable on September 19, 2025. The requested extension is made in good faith and not for the purpose of delay and will not prejudice any party or affect other scheduled dates in this matter. Should it please the Court, the parties provide the following available dates for potentially rescheduling:

September 22, 23, 29, and 30, 2025        October 1, 2025

WHEREFORE, Plaintiffs respectfully request that this Court reschedule the Settlement Conference that is currently scheduled for September 19, 2025.

| DATED this 14th day of August, 2025. | DATED this 14th day of August, 2025. |
|---|---|
| **LAGOMARSINO LAW** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| */s/ Taylor N. Jorgensen* <br> ANDRE M. LAGOMARSINO, ESQ. (#6711) <br> CORY M. FORD, ESQ. (#15042) <br> TAYLOR N. JORGENSEN, ESQ. (#16259) <br> 3005 W. Horizon Ridge Pkwy., #241 <br> Henderson, Nevada 89052 <br> *Attorneys for Plaintiffs* | */s/ Robert W. Freeman* <br> ROBERT W. FREEMAN, JR., ESQ. (#3062) <br> MATTHEW E. FREEMAN, ESQ. (#14198) <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> *Attorneys for Defendants City of North Las Vegas and North Las Vegas Fire Department* |

DATED this 14th day of August, 2025.

**CHRISTOPHER CANDITO**

*/s/ Christopher Candito*
CHRISTOPHER CANDITO
*Pro Se*

**IT IS SO ORDERED.** Unfortunately, the Court is unavailable on the proposed dates and will therefore reset the conference on the next available date. Accordingly, **IT IS ORDERED** that the Settlement Conference scheduled for September 19, 2025 is **VACATED** and **RESET** for **Thursday, October 23, 2025 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that written settlement statements are due by 4:00 p.m. on Thursday, October 16, 2025.

DATED: 8/18/2025

_____
Daniel J. Albregts
United States Magistrate Judge