**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br>AND ALL RELATED CLAIMS. | CASE NO.:   2:22-cv-568-GMN-DJA<br><br>**APPENDIX OF EXHIBITS TO:**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF NORTH LAS VEGAS' MOTION FOR SUMMARY JUDGEMENT**<br><br>**(ECF NO. 111)**<br><br>**VOL. I** |

Page 1 of 2

*Margin (vertical):* LAGOMARSINO LAW — 3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052 — Telephone (702) 383-2864   Facsimile (702) 383-0065

| EXHIBIT | DOCUMENT | |
|---|---|---|
| 1. | Excerpts of the Deposition Transcript of Christopher Candito | N/A |
| 2. | Candito's Record of Continuing Education of Narcan | CNLV001365 |
| 3. | Continuing Education – Narcan | CNLV001368-CNLV001369 |
| 4. | Excerpts of the Deposition Transcript of Steven Honsowetz | N/A |
| 5. | Excerpts of the Deposition Transcript of Andrew Stocker | N/A |
| 6. | Excerpts of the Deposition Transcript of Andrew Clapper | N/A |
| 7. | Excerpts of the Deposition Transcript of Micha Reyes | N/A |
| 8. | Death Certificate of Tiffany Slatsky | P000025 |
| 9. | Excerpts of the Deposition Transcript of Martin Slatsky | N/A |
| 10. | Calvano Declaration of Warrant/Summons | CNLV010232-CNLV010249 |
| 11. | Exhibit 4 from the Deposition of Steven Honsowetz | N/A |
| 12. | Exhibit 35 from the Deposition of Christopher Candito | N/A |
| 13. | Tracksuit Advertisement Flyer | CNLV000219 |
| 14. | Photo of Station 51 EMS Supply Room Inventory Pad | P005529 |
| 15. | Candito's Training Record | CNLV006908-CNLV006990 |
| 16. | Clark County Coroner Report | P000246-P000251 |
| 17. | Excerpts of the Deposition Transcript of Nicholas Robison | N/A |
| 18. | Honsowetz Investigative Interview | HONSOWETZ0019-HONSOWETZ0024 |

LAGOMARSINO LAW

3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052

Telephone (702) 383-2864    Facsimile (702) 383-0065