# EXHIBIT 2 –

## Candito's Record of Continuing Education of Narcan

| Date | Course | Category | Provider | Course # | Hours |
|---|---|---|---|---|---|
| Jun 20, 2019 | Drowning 2019 | Airway / Breathing / Cardiology | NLVFD | 1016 | 1 hour(s) |
| Jun 28, 2019 | Pharmacology Refresher for Pre-Hospital Provideres | Medical Emergencies | NLVFD | 671 | 2 hour(s) |
| Jul 8, 2019 | July 1, 2019 Protocol Changes | Medical Emergencies | | | 1 hour(s) |
| Jul 15, 2019 | Capnography NLVFD | Airway / Breathing / Cardiology | NLVFD | 1102 | 1 hour(s) |
| Oct 18, 2019 | ACLS Recertification | ACLS | NLVFD | | 8 hour(s) |
| Nov 1, 2019 | Ketamine | Medical Emergencies | NLVFD | SNHD #1266 | 0.5 hour(s) |
| Nov 1, 2019 | SNHD Protocol Updates 9.25.19 | Operational | | | 1 hour(s) |
| Nov 2, 2019 | Paramedic Pulmonology Part I | Airway / Breathing / Cardiology | NLVFD | 1057 | 2 hour(s) |
| Nov 2, 2019 | Paramedic Pulmonology Part II | Airway / Breathing / Cardiology | | | 2 hour(s) |
| Nov 2, 2019 | Soft Tissue Injuries | Trauma | NLVFD | 1043 | 1.5 hour(s) |
| Dec 30, 2019 | Fentanyl 2019 | Elective | | | 0.5 hour(s) |
| Dec 30, 2019 | SPEAR Needle Decompression 2019 | Medical Emergencies | SNHD | 1286 | 1 hour(s) |
| Jan 18, 2020 | Paramedic Pulmonology Part III | Airway / Breathing / Cardiology | | | 2 hour(s) |
| Jan 18, 2020 | SNHD Protocol Update 01.01.2020 | Operational | | | 0.5 hour(s) |
| Jan 18, 2020 | New EMS Bags | Operational | | | 0.5 hour(s) |
| Jan 19, 2020 | Paramedic Neonatology 2020 | OB / PEDS | SNHD | 1299 | 2 hour(s) |
| Jan 26, 2020 | PALS Recertification | PALS | NLVFD | | 8 hour(s) |
| Feb 3, 2020 | Physio Lifepak 15 Cardiac Monitoring | Airway / Breathing / Cardiology | | | 1 hour(s) |

CNLV001365