# EXHIBIT 3 –
## Continuing Education – Narcan

# Pharmacology Refresher For Pre-Hospital Professionals

Fernando Juarez, RN, CEN, NRAEMT
Health Care Coordinator
North Las Vegas Fire Department

PHARMACOLOGY for the PRE-HOSPITAL PROFESSIONAL
Jeffrey S. Guy

4/20/19 - Completed

CNLV001368

CNLV001369



# Pharmacology Terminology

- **Additive**
  - One drug contributes to the action of another, the additive effects are simply the sum of two different treatments, if they were used separately.

  **Morphine has an additive effect on hydroxyzine**
  **(Both Cause CNS Depression)**

- **Antagonistic**
  - A drug antagonist is any drug that binds with a specific chemical receptor within the body, and in doing so, precludes another drug from binding to such a receptor and therefore stops the original drug from having an affect on the body.

  **Naloxone and Morphine**