# EXHIBIT 4 –

# Excerpts of the Deposition Transcript of Steven Honsowetz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special )
Administrator for the Estate )
of Tiffany Slatsky; MARTIN )
SLATSKY, as parent and legal )
guardian of CADE SLATSKY, a ) Case No.
minor, ) 2:22-cv-00568-DJA
)
    Plaintiffs, )
)
       vs. )
)
CHRISTOPHER CANDITO, an )
individual; ANDREW CLAPPER, an )
individual; NICHOLAS ROBISON, )
an individual; ANDREW STOCKER, )
an individual; STEVEN )
HONSOWETZ, an individual; )
CITY OF NORTH LAS VEGAS, a )
municipality; NORTH LAS VEGAS )
FIRE DEPARTMENT, a City of )
North Las Vegas agency; )

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION OF STEVEN HONSOWETZ

Taken on Tuesday, February 7, 2023

At 10:16 a.m.

Held at Lewis Brisbois Bisgaard & Smith, LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118

NV Firm No: 028F
Reported By: Gale Salerno, RMR, RVR-MS, CCR No. 542

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

Page 27

that?

A. Yeah.

Q. So you mentioned that you attended the Fire Academy. Do you recall when you officially became sworn in as a firefighter?

A. Yeah. When we graduated.

Q. Do you know what month and year that was?

A. I don't know the month. It was 2017.

Q. Do you know how or if your training was tracked by the City of North Las Vegas?

A. I don't know.

Q. Did you have to submit any paperwork when you completed training?

A. I didn't.

Q. At any point during your employment with the fire department, did you receive training on how to use and administer Narcan?

A. No.

Q. At any point during your employment with the fire department, did you receive training on how to use and administer Zofran?

A. No.

Q. Do you have to complete ongoing training as a firefighter?

A. Yes.

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

A.   Engine rescue squad.

Q.   So above the captain box there's a box that says ops battalions, bat 5 and 15, and then in parenthesis 6.  What is ops battalions?

A.   For our battalion chiefs, the operations, yeah.

Q.   And is that where Mr. Jeff Hurley, that was his position?

A.   Yes.

Q.   Did you interact with Mr. Hurley during your shift at the fire department?

A.   Yes.

Q.   What was your understanding of what his role was?

A.   He's the boss.

Q.   So did he lead meetings?

A.   Not directly with us.  Usually he dealt with the captain, but he'd have meetings with the captains.

Q.   Did he lead trainings?

A.   No.

Q.   Would Mr. Hurley go out on calls?

A.   Yes.

Q.   And did he always go out on calls or was it an as-needed situation?

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

Page 114

Q.   And then there's another room marked station supply room.  Do you see that?

A.   Yes.

Q.   What's kept in the EMS supply room?

A.   What it says, EMS supplies.

Q.   Does that include drugs?

A.   No.

Q.   Where would those have been kept?

A.   I believe the safe for that is upstairs in one of the offices, but I'm not exactly sure.

Q.   Okay.  And did you have access to the EMS supply room?

A.   Yes.

Q.   What was kept in the station supply room?

A.   Like toilet paper, paper towels, soap.

Q.   The maintenance closet?

A.   Uh-huh.

Q.   And what were the EMS supplies stored in? Were they stored in open containers, closed containers?  How was that room organized?

A.   Open bins.

Q.   Were those bins labeled?

A.   Yes.

Q.   If you took supplies from the EMS supply room, was there some form of inventory sheet that you

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

Page 115

had to fill out?

A.   There's a sheet on the wall.  We would just mark it so you knew what to order at the beginning of the week.

Q.   And what did you mark on the sheet on the wall?  Just that you took the supplies?

A.   Yeah.  Quantity.

Q.   Okay.  Did you have to put your name next to the quantity?

A.   No.

Q.   Did you have to put the reason for taking those supplies next to the quantity?

A.   No.

Q.   To your knowledge, was anybody in charge of inventory for the EMS supply room?

A.   We all were.

Q.   Who was responsible for ordering more supplies?

A.   Whoever is on on a Monday when we did EMS day.

Q.   And what was EMS day?  What did that entail?

A.   Taking inventory of all the units and supply closets and putting in an order.

Q.   Were medical supplies kept anywhere else on

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

Page 151

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [ X ] was [   ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: February 10, 2023

_____
GALE SALERNO, RMR, RVR-MS, CCR #542

All-American Court Reporters (702) 240-4393
www.aacrlv.com