# EXHIBIT 5 –

## Excerpts of the Deposition Transcript of Andrew Stocker

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special         )
Administrator for the Estate    )
of Tiffany Slatsky; MARTIN      )
SLATSKY, as parent and legal    )
guardian of CADE SLATSKY, a     ) Case No.
minor,                          ) 2:22-cv-00568-DJA
                                )
        Plaintiffs,             )
                                )
             vs.                )
                                )
CHRISTOPHER CANDITO, an         )
individual; ANDREW CLAPPER, an  )
individual; NICHOLAS ROBISON,   )
an individual; ANDREW STOCKER,  )
an individual; STEVEN           )
HONSOWETZ, an individual;       )
CITY OF NORTH LAS VEGAS, a      )
municipality; NORTH LAS VEGAS   )
FIRE DEPARTMENT, a City of      )
North Las Vegas agency;         )

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION OF ANDREW STOCKER

Taken on Thursday, February 9, 2023

At 10:00 a.m.

Held at Lewis Brisbois Bisgaard & Smith, LLP

6385 South Rainbow Boulevard, Suite 600

Las Vegas, Nevada  89118

NV Firm No: 028F

Reported By: Gale Salerno, RMR, RVR-MS, CCR No. 542

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

change that chart.

Q.   Who brought that to your attention?

A.   It was a verbal, like just talking to at work, North Las Vegas.

Q.   There was an investigation by the North Las Vegas Fire Department in August 2021, correct, into your conduct?  Do you recall that?

A.   Yes.

Q.   And do you recall a meeting with Chief Calhoun?

A.   That had to do with this.

Q.   This situation?

A.   That's correct.  It wasn't conduct.

Q.   You never discussed any prior misconduct of you other than the track suit party with Chief Calhoun?

A.   I don't recall.

Q.   Did you ever have any disciplinary problems with the North Las Vegas Fire Department prior to this -- prior to the track suit party?

MR. LEVINE:  Form.

BY MR. FORD:

Q.   You can answer.

A.   No.

Q.   Did you ever receive any verbal reprimands?

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

Page 67

(Mr. Robison joined via Zoom.)

BY MR. FORD:

Q.   Is there a specific policy in getting medicine from like the medical supply room?

A.   I'm sure there is.

Q.   Were you ever trained on any of the policies?

A.   Yes.

Q.   Were you trained on the controlled substance policy?

A.   Yes.

Q.   What is your understanding of that policy?

A.   I don't recall that policy.

Q.   Were you familiar with it at the time of the track suit party?

A.   I should have been.

Q.   Were you familiar with it during your tenure as a North Las Vegas Fire Department member?

A.   Yes.

Q.   Is there any like specific training courses specifically in the North Las Vegas Fire Department with respect to administering Narcan or Zofran?

A.   I don't know.

Q.   Did you ever undergo any type of training like that?

Andrew Stocker ~ February 9, 2023
* * * Videotaped Deposition * * *

A.    In paramedic school.

Q.    I know you had to do it in paramedic school to become certified, but did they ever -- when you're certified at the North Las Vegas Fire Department, did they have their own training classes in administering like Narcan or Zofran?

A.    It's possible.  We had trainings every week, every month.  I don't know if that was a topic covered throughout my time there.

Q.    There was ongoing training at the North Las Vegas Fire Department?

A.    That's correct.

Q.    And would the trainings, would they be at each station, would it be like specific training for one station, or would it be collectively all of the members from every station goes to like a training?

A.    It could be both.

Q.    Okay.  It could be both.

Do you recall any of the trainings you had specifically at Station 51 as you sit here today?

A.    No.

Q.    Do you recall there being trainings at Station 51?

A.    Yes.

Q.    Do you recall what types of training?

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

A.   Yes.

Q.   With respect to Narcan, approximately how many times did you have to administer it?

A.   I have no idea.

Q.   A lot?

A.   It would be a guess.

Q.   Okay.  Was it frequent?

A.   It's so hit or miss, I don't know.  You could do it five times one month, and then not touch it for a year.  So it depends.

Q.   How do you obtain it?

A.   What do you mean?

Q.   How do you obtain the Narcan to administer it?

A.   It's in our medical bags.

Q.   It's in your medical bags?  So are there medical bags kept at each station, or do you have like your own?

A.   There's medical bags on every apparatus. And there's a medical closet to restock those medical bags at each station.

Q.   You mentioned a medical closet.  Does everyone who works at the North Las Vegas Fire Department have access to that closet?

A.   Yes.

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

Page 168

Q.   50 percent.

A.   60 percent.

Q.   So there were about 20 people, give or take, from 3:00 a.m. to 4:00 a.m.?

A.   I can't specifically recall, but that sounds like a good number.

Q.   Do you recall who the last person was to leave the room?

A.   Me.

Q.   Okay.  And you left the next day?

A.   That's correct.  Or the morning, yeah, same day.

Q.   You stayed the night by yourself?

A.   I did.

Q.   Okay.  When did the last party guest leave?

A.   5:00 o'clock.

Q.   Okay.  Who was it?

A.   It was probably Candito.

Q.   And did he leave with Tiffany?

A.   Yes.

Q.   And Kayla or their friend, that you don't know the name, she came up and got them to the room?

A.   Yes.

Q.   Did she drink any alcohol?

A.   I'm not aware.

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

Page 174

A.    February 12th.

Q.    Why did you decide to have the party on February 21st, 2020?

A.    President's Day weekend is right there and a lot of guys go out of town.  A lot of firefighters have campers and ATVs and things and barbecue and do these events, and I wanted this party to be as big as possible.  So the 21st, that weekend, ended up being the one where most people could attend.

Q.    Did you have like a guest list?

A.    No list, no.

Q.    Did you formally invite North Las Vegas Fire Department members?

A.    I posted -- or I had like a stack of invitations, those flyers.  We'll call them a flyer because it's not really an invitation.  And it was just put on like the bulletin board or on the kitchen table so anybody could come.

Q.    You actually arrived with Honsowetz at the Golden Nugget before checking into the hotel, correct?

A.    Yes.

Q.    Why did you decide to go with Honsowetz to the Golden Nugget?

A.    I don't know why.  Could have been

like I said, the last hour of the party.  So people were coming and going.

Q.  Did you ever leave the room during the party?

A.  Yes.

Q.  Where did you go?

A.  Down to the like casino area to pick people up.  I think you needed a key card to get in the elevator, so somebody had to keep going back and forth.

Q.  How many times did you make a trip up and down?

A.  It's hard to say.

Q.  Could you give me an estimate today?

A.  One to thirty times.

Q.  Did you invite Chief Calhoun to the party?

A.  I didn't specifically invite anybody, but he was invited if he wanted to come.

Q.  Do you know if he knew about the party in advance of it?

A.  He should have known, yes.

Q.  Why should he have known?  Why do you say that?

A.  Because there were flyers at every station.

Q.  So you actually brought the flyers to the

Andrew Stocker ~ February 9, 2023
* * * Videotaped Deposition * * *

Page 179

station?

A.   To every station.

Q.   You printed them out?

A.   Yes.

Q.   Okay.  How many flyers did you bring to each station?

A.   A stack.  So maybe an inch.  So whatever an inch of paper is at every station almost.

Q.   How did you make copies of it?

A.   Just at home.  They're like small.  So on one piece of paper I could print four flyers, you know.  So I just cut them up.

Q.   Do you recall anybody getting ready for the party in their track suits in the room?

A.   Possible.

Q.   Did you ever shower in the room?

A.   No.

Q.   Do you know if anybody showered in the room?

A.   I don't.

Q.   Did the room have a shower?

A.   Yes.

Q.   How many rooms did the hotel room have?

A.   It's like a loft, so it's one large room. There's a downstairs bathroom, an upstairs bathroom.

Andrew Stocker ~ February 9, 2023
* * * Videotaped Deposition * * *

Page 182

socializing.  Nobody commented on like I'm getting out of control or anything.  I was able to go downstairs, come back upstairs, find the room.  So I wouldn't say I was -- I don't know.  I'm intoxicated like I wouldn't drive a vehicle, but I wasn't like blackout drunk.

Q.    Was anyone blackout drunk at the party?

A.    Not that I recall.

Q.    Security came to the hotel room at one point in the night?

A.    Yes.

Q.    Do you recall what time?

A.    Sometime in the morning between 2:00 and 4:00, I think.

Q.    And did they give you a warning?

A.    Yes.  Well, yeah.

Q.    And did you talk with the security?

A.    Yes, I did.

Q.    What was the discussion?

A.    Just there was a noise complaint and if we can keep it down.  I told them I was surprised they were there so late because the music was really loud the whole night.

Q.    You thought they should be there earlier?

A.    I thought maybe, yeah.  I mean, there's

Andrew Stocker ～ February 9, 2023
* * * Videotaped Deposition * * *

Page 188

Q.   How many inches would you say the stack of flyers was?

A.   Half an inch to an inch.

Q.   Do you know how many print-offs you made of the flyer?

A.   I'm thinking I printed an inch or a half inch to an inch of eight and a half by eleven.  So that would make four stacks that size.  So divided by eight stations, you know, maybe they were all a half inch.

Q.   But when you go to print it, did you put like I want to do 100 copies or?

A.   Oh, I don't recall.

Q.   You don't recall that?

And you mentioned they were around various stations.  Did you ever tape them on the walls or anything like that?

A.   No, I don't think I taped them on the wall. There were some that were like pinned onto a pin board or like a cork board.

Q.   Like a little bulletin board?

A.   Yeah.  There were some that were just put on the tables.  And then we have like shift calendars for the year, and the date was circled at some stations that said "Stocker's party."

Andrew Stocker ~ February 9, 2023
* * * Videotaped Deposition * * *

Q. So it was actually on a calendar that you guys use?

A. Kind of. It just says A shift, B shift, C shift. It doesn't have any dates on it, but at some stations I would circle the date and write in "Stocker's party."

Q. Were you the only one who passed out the flyers and put them out?

A. To my knowledge, unless somebody grabbed one and brought it home or something.

Q. Did you ever hand them to anybody at the North Las Vegas Fire Department and say, hey, hand it to this group of people or hand it to your friends?

A. No.

MR. FORD: Go to Exhibit 14.

(Exhibit 14 was marked for identification.)

BY MR. FORD:

Q. And this is Bates CNLV002935 through 38.

I'll give you this red pen, Mr. Stocker. I'll represent to you that this is a list of employees produced by the City of North Las Vegas in this case.

I would like you to review each page. It's a list of the names and ranks of these people. And

Andrew Stocker  ~  February 9, 2023
* * * Videotaped Deposition * * *

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [ X ] was [   ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: February 14, 2023

_____
GALE SALERNO, RMR, RVR-MS, CCR #542