# EXHIBIT 6 –

## Excerpts of the Deposition Transcript of Andrew Clapper

Andrew Clapper ~ July 12, 2023
* * * Videotaped Deposition * * *

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special )
Administrator for the Estate )
of Tiffany Slatsky; MARTIN )
SLATSKY, as parent and legal )
guardian of CADE SLATSKY, a ) Case No.
minor, ) 2:22-cv-00568-DJA
)
    Plaintiffs, )
)
      vs. )
)
CHRISTOPHER CANDITO, an )
individual; ANDREW CLAPPER, an )
individual; NICHOLAS ROBISON, )
an individual; ANDREW STOCKER, )
an individual; STEVEN )
HONSOWETZ, an individual; )
CITY OF NORTH LAS VEGAS, a )
municipality; NORTH LAS VEGAS )
FIRE DEPARTMENT, a City of )
North Las Vegas agency; )

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION OF ANDREW CLAPPER

Taken on Wednesday, July 12, 2023

At 10:08 a.m.

Held at Lewis Brisbois Bisgaard & Smith, LLP

6385 South Rainbow Boulevard, Suite 600

Las Vegas, Nevada 89118

NV Firm No. 028F

Reported By: Gale Salerno, RMR, RVR-MS, CCR No. 542

All-American Court Reporters (702) 240-4393
www.aacrlv.com

advanced EMT training, correct?

A.   Yes.

Q.   So what were -- what kind of medical treatment were you able to provide as an advanced EMT?

A.   I could start IVs.  I could administer glucose.

It's been a long time.  I don't remember. You know, CPR.  The obvious things like that.  First aid type things.

Q.   Do you recall ever completing training related to administering Narcan?

A.   I'm sure we were trained at some point.

Q.   As you sit here today, do you recall that training?

A.   No.

Q.   Did you have to complete supplementary training regarding how to start IVs?

A.   Yes.

Q.   Do you recall that training as you sit here today?

A.   Not specifically.

Q.   Would a basic EMT be able to start IVs?

A.   No.

Q.   During the time that you were placed at

Andrew Clapper ~ July 12, 2023
* * * Videotaped Deposition * * *

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [ X ] was [   ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: July 14, 2023

_____
GALE SALERNO, RMR, RVR-MS, CCR #542

All-American Court Reporters (702) 240-4393
www.aacrlv.com