# EXHIBIT 7 –

# Excerpts of the Deposition Transcript of Micha Reyes

Micah Reyes  ~  May 19, 2023
* * * Videotaped Deposition * * *

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special               )
Administrator for the Estate of       )
Tiffany Slatsky, MARTIN SLATSKY,      )
as parent and legal guardian of       )
CADE SLATSKY, a minor,                )
                                      )
        Plaintiffs,                   )
                                      )
     vs.                              ) CASE NO.
                                      ) 2:22-CV-00568-DJA
CHRISTOPHER CANDITO, an               )
individual; ANDREW CLAPPER, an        )
individual; NICHOLAS ROBISON, an      )
individual; ANDREW STOCKER, an        )
individual; STEVEN HONSOWETZ, an      )
individual; CITY OF NORTH LAS         )
VEGAS, a municipality; NORTH LAS      )
VEGAS FIRE DEPARTMENT, a City of      )
North Las Vegas agency; GNLV, LLC     )
dba GOLDEN NUGGET HOTEL & CASINO,     )
a Domestic Limited-Liability          )
Company; DOMAIN PROPERTY OWNER        )
LLC; a Foreign Limited-Liability      )
Company; OAKTREE CAPITAL              )
MANAGEMENT L.P.; a Foreign            )
Limited Partnership; DOE              )
DEFENDANTS I through XX, and ROE      )
CORPORATIONS I through X,             )
inclusive,                           )
                                      )
        Defendants.                   )
_____)
AND ALL RELATED CLAIMS.               )
_____)

VIDEOTAPED DEPOSITION OF MICAH REYES
Taken by Plaintiffs
Taken on Friday, May 19, 2023
At 9:03 a.m.
At Lewis Brisbois Bisgaard & Smith, LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada

REPORTED BY:  CINDY MAGNUSSEN, RDR, CRR, CCR NO. 650
NEVADA FIRM NUMBER 028F

CERTIFIED
COPY

Micah Reyes  ~  May 19, 2023
* * * Videotaped Deposition * * *

Q. And can you explain to me the academy process?

A. It's a three-month process where you go, and it's -- it's like a military boot camp. It's fire. It's fire-oriented.

Q. And did that take place in Las Vegas?

A. Yes.

Q. Do you get sworn in at the end of that?

A. Yes.

Q. Do you recall when you were sworn in?

A. It was 2004.

Q. So I know we discussed continuing education with the Advanced-EMT title. Is there any continuing education associated with being a firefighter generally?

A. Yeah. There is. I mean, we're always -- it's kind of crew-based. We go out with our crew and we train.

Q. And did you receive training on how to spot signs of a drug overdose as part of your employment with the fire department?

A. I'm sure. Most likely.

Q. Did you receive training on how to administer Narcan at any point during your employment with the fire department?

A. Yes.

Q. Do you recall if that was online or in person?

Micah Reyes  ~  May 19, 2023
* * * Videotaped Deposition * * *

A.   I don't recall.

Q.   Do you recall if there was some form of test at the end?

A.   I don't recall.

Q.   Have you had to repeat that training at all?

A.   I don't recall.

Q.   Have you received training on how to administer Zofran at any point during your employment with the fire department?

A.   Zofran is not a drug that I can administer.

Q.   So is it your understanding that only paramedics can administer Zofran?

A.   From what I understand.  Yes.

Q.   Have you had to administer Narcan during your employment with the fire department?

A.   Yes.

Q.   Can you explain to me what that process looks like?

A.   There's a couple routes.  You could go -- it's like a mist through the nose or IV.

Q.   Are there circumstance -- certain circumstances where you would choose one route of administration over the other?

A.   Yeah.  You would go through the nose, just because it's faster, instead of having to find a line if

Micah Reyes ~ May 19, 2023
* * * Videotaped Deposition * * *

Q. Do you recall what they asked you?

A. Not specifically. No.

Q. Did you request an attorney at that point?

A. I told them that -- yeah, I did.

Q. Did you speak with anybody at the fire department about the DEA investigation?

A. No.

Q. Did any of your superiors discuss the DEA investigation with you?

A. No.

Q. Were you interviewed by anyone from the fire department about the party?

A. Not that I can recall.

Q. Were you interviewed by anyone from the City about the party?

A. Not that I can recall.

Q. Other than to the DEA, do you recall giving any statements about the party?

A. No.

Q. Do you recall speaking to any family or friends about Ms. Slatsky's death in the time following it?

A. No.

Q. Did you speak with anyone about Ms. Slatsky's death following her passing?

A. I'm sure I did. But I can't recall any of the

Micah Reyes ~ May 19, 2023
* * * Videotaped Deposition * * *

Page 70

stations within the North Las Vegas Fire Department.  Is the way that medical supplies are stored pretty uniform from station to station?

A.  Yes.

Q.  So how are the supplies that everyone can access, how are those stored?

A.  They are just stored in a -- we call it the EMS room.  Cabinets and shelves and stuff like that.

Q.  Are those supplies labeled?

A.  Yes.

Q.  Is Narcan kept in the EMS room?

A.  Yes.

Q.  What about Zofran?

A.  Yes.

Q.  You testified earlier, though, that you're not able to administer Zofran.  Correct?

A.  Correct.

Q.  Is there a tracking system for the medical supplies and substances kept in the EMS room?

A.  So there's a tracking system.  As far as like anything that's not a controlled substance.  We have an inventory.  Like our room should have X amount of each medication.

Once we use -- once we use those, I guess there's no tracking system on those.  But we will just

Micah Reyes ~ May 19, 2023
* * * Videotaped Deposition * * *

replace them.  Like, when we get low on something, then we will replace them.  But with the narcotics, there's a tracking system.

Q.  So if you were to go to the EMS room and take a unit of Narcan, would you have to write that down anywhere?

A.  Yeah.  You're supposed to write it on, like, a board or something saying for when they do -- when they order more supplies so they know to order.

Q.  Okay.  Do you have to write specifically that you took that --

A.  No.

Q.  -- unit of Narcan?

Do you have to write when the unit was taken?

A.  No.

Q.  Was that the case at the time that Ms. Slatsky passed?

A.  As far as with the medications?

Q.  Yes.

A.  As far as I know, yes.

Q.  To the best of your recollection, has that tracking system changed in the past five years?

A.  Not that I know of.  No.

Q.  Is the EMS supply room locked?

A.  No.

Micah Reyes  ~  May 19, 2023
* * * Videotaped Deposition * * *

CERTIFICATE OF REPORTER

I, Cindy Magnussen, Certified Court Reporter, State of Nevada, do hereby certify:

That I reported the videotaped deposition of Micah Reyes, commencing on Friday, May 19, 2023, at 9:03 a.m.

That prior to being deposed, the witness was duly sworn by me to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript is a complete, true and accurate transcription of my said shorthand notes.  That prior to the conclusion of the proceedings, the reading and signing was requested by the witness or a party.

I further certify that I am not a relative or employee of counsel of any of the parties, nor a relative or employee of the parties involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have set my hand in my office in the County of Clark, State of Nevada, this 5th day of June, 2023.

_____
CINDY MAGNUSSEN, RDR, CRR, CCR No. 650