# EXHIBIT 8 –

# Death Certificate of Tiffany Slatsky

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS
## CERTIFICATE OF DEATH

**CASE FILE NO.** 4131344

**2020004773**
STATE FILE NUMBER

**TYPE OR PRINT IN PERMANENT BLACK INK**

**DECEDENT**

| 1a. DECEASED-NAME (FIRST,MIDDLE,LAST,SUFFIX) Tiffany Lynn SLATSKY | 2. DATE OF DEATH (Mo/Day/Year) February 23, 2020 | 3a. COUNTY OF DEATH Clark |
|---|---|---|

| 3b. CITY, TOWN, OR LOCATION OF DEATH Henderson | 3c. HOSPITAL OR OTHER INSTITUTION -Name(If not either, give street an number) St Rose Dominican Hospital Siena Campus | 3e.If Hosp. or Inst. indicate DOA,OP/Emer. Rm. Inpatient(Specify) Emergency Room / Outpatient | 4. SEX Female |
|---|---|---|---|

| 5. RACE (Specify) White | 6. Hispanic Origin? Specify No - Non-Hispanic | 7a. AGE-Last birthday (Years) 25 | 7b. UNDER 1 YEAR MOS / DAYS | 7c. UNDER 1 DAY HOURS / MINS | 8. DATE OF BIRTH (Mo/Day/Yr) February 28, 1994 |
|---|---|---|---|---|---|

**IF DEATH OCCURRED IN INSTITUTION SEE HANDBOOK REGARDING COMPLETION OF RESIDENCE ITEMS**

| 9a. STATE OF BIRTH (If not US/CA, name country) Nevada | 9b. CITIZEN OF WHAT COUNTRY United States | 10.EDUCATION 12 | 11. MARITAL STATUS (Specify) Married | 12. SURVIVING SPOUSE'S NAME (Last name prior to first marriage) Christopher CANDITO |
|---|---|---|---|---|

| 13. SOCIAL SECURITY NUMBER 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 | 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of REAL ESTATE AGENT | 14b. KIND OF BUSINESS OR INDUSTRY REAL ESTATE | Ever in US Armed Forces? No |
|---|---|---|---|

| 15a. RESIDENCE - STATE Nevada | 15b. COUNTY Clark | 15c. CITY, TOWN OR LOCATION Las Vegas | 15d. STREET AND NUMBER 10033 W Scenic Walk Ave | 15e. INSIDE CITY LIMITS (Specify Yes or No) Yes |
|---|---|---|---|---|

**PARENTS**

| 16. FATHER/PARENT - NAME (First Middle Last Suffix) Martin SLATSKY | 17. MOTHER/PARENT - NAME (First Middle Last Suffix) Tammara DYKSTRA |
|---|---|

| 18a. INFORMANT- NAME (Type or Print) Martin SLATSKY | 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip) 10033 Scenic Walk Ave Las Vegas, Nevada 89149 |
|---|---|

**Cremation**

| 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify) Cremation | 19b. CEMETERY OR CREMATORY - NAME Hites Crematory | 19c. LOCATION City or Town State Henderson Nevada 89011 |
|---|---|---|

| 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such) ERIC LEE SIGNATURE AUTHENTICATED | 20b. FUNERAL DIRECTOR LICENSE NUMBER FD611 | 20c. NAME AND ADDRESS OF FACILITY Hites Funeral Home And Crematory 438 W Sunset Road #A Henderson NV 89015 |
|---|---|---|

**TRADE CALL**

TRADE CALL - NAME AND ADDRESS

**CERTIFIER**

To Be Completed by CERTIFYING PHYSICIAN

| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.(Signature & Title) | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title) CHRISTINA M DI LORETO MD SIGNATURE AUTHENTICATED |
|---|---|

To Be Completed by CORONER'S OFFICE

| 21b. DATE SIGNED (Mo/Day/Yr) | 21c. HOUR OF DEATH | 22b. DATE SIGNED (Mo/Day/Yr) May 05, 2020 | 22c. HOUR OF DEATH 09:53 |
|---|---|---|---|

| 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 22d. PRONOUNCED DEAD (Mo/Day/Yr) February 23, 2020 | 22e. PRONOUNCED DEAD AT (Hour) 09:53 |
|---|---|---|

| 23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print) Christina M Di Loreto MD 1704 Pinto Lane Las Vegas, NV 89106 | 23b. LICENSE NUMBER 17849 |
|---|---|

**REGISTRAR**

| 24a. REGISTRAR (Signature) NANCY BARRY SIGNATURE AUTHENTICATED | 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr) May 06, 2020 | 24c. DEATH DUE TO COMMUNICABLE DISEASE YES ☐ NO ☒ |
|---|---|---|

**CAUSE OF DEATH**

**CONDITIONS IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE STATING THE UNDERLYING CAUSE LAST**

| 25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c).) | Interval between onset and death |
|---|---|
| PART I (a) Multiple Drug Intoxication (MDMA, Morphine, Phentermine, Etizolam, Cocaine, And Zolpidem) | |
| DUE TO, OR AS A CONSEQUENCE OF: | Interval between onset and death |
| (b) | |
| DUE TO, OR AS A CONSEQUENCE OF: | Interval between onset and death |
| (c) | |
| DUE TO, OR AS A CONSEQUENCE OF: | Interval between onset and death |
| (d) | |

| PART II OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not resulting in the underlying cause given in Part 1. | 26. AUTOPSY (Specify Yes or No) Yes | 27. WAS CASE REFERRED TO CORONER (Specify Yes or No) Yes |
|---|---|---|

| 28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify) ACCIDENT | 28b. DATE OF INJURY (Mo/Day/Yr) | 28c. HOUR OF INJURY | 28d. DESCRIBE HOW INJURY OCCURRED Used Illicit Drugs And Medications |
|---|---|---|---|

| 28e. INJURY AT WORK (Specify Yes or No) No | 28f. PLACE OF INJURY- At home, farm, street, factory, office building, etc. (Specify) Unknown | 28g. LOCATION STREET OR R.F.D. No. | CITY OR TOWN | STATE |
|---|---|---|---|---|

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

**SIGNATURE AUTHENTICATED**
Registrar of Vital Statistics
By: Susan Banns

**DATE ISSUED:** 1/19/2022

This Copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702-759-1010 • Tax ID # 88-0151573

P000025

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE