# EXHIBIT 9 –

## Excerpts of the Deposition Transcript of Martin Slatsky

Martin Slatsky ~ June 29, 2023

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special                  )
Administrator for the Estate             )
of Tiffany Slatsky; MARTIN               )
SLATSKY, as parent and legal             )
guardian of CADE SLATSKY, a              )
minor,                                   )
                                         )
        Plaintiffs,                      )
                                         ) Case No.
              vs.                        ) 2:22-cv-00568-DJA
                                         )
CHRISTOPHER CANDITO, an                  )
individual; ANDREW CLAPPER, an           )
individual; NICHOLAS ROBISON,            )
an individual; ANDREW STOCKER,           )
an individual; STEVEN                    )
HONSOWETZ, an individual;                )
CITY OF NORTH LAS VEGAS, a               )
municipality; NORTH LAS VEGAS            )
FIRE DEPARTMENT, a City of               )
North Las Vegas agency;                  )

**CERTIFIED COPY**

DEPOSITION OF MARTIN SLATSKY

Taken on Thursday, June 29, 2023

At 10:05 a.m.

Held at Lewis Brisbois Bisgaard & Smith, LLP

6385 South Rainbow Boulevard, Suite 600

Las Vegas, Nevada  89118

NV Firm No: 028F

Reported By: Gale Salerno, RMR, RVR-MS, CCR No. 542

Martin Slatsky ~ June 29, 2023

but there's going to be things that you've forgotten. Okay?  I understand that.  All right?

A.   Yes.

Q.   I understand from the stuff that I've read, and it's all right here -- and this is not meant to be intimidating to you.  I'm not going to read all of this stuff, but we might use some of these documents to help guide our conversation.

I talked about refreshing your recollection.  Some of these documents might refresh your recollection so I might give them to you to look at.

I know from reading the material in this case that you have now adopted Cade, right?

A.   Yes.

Q.   So let's talk about him for a bit at the beginning.

I have read his -- we were provided with some records of his counseling sessions.  I know that he's been in counseling, at least in part, as a result of the loss of his mother.  And I know that you're his primary caregiver now.  And that's all official.  You've adopted him and it's final, right?

A.   Yes.

Q.   So you find yourself the father of a --

Martin Slatsky ~ June 29, 2023

what is he?

A.   Six.

Q.   Six-year-old boy.  And you and I are similar ages, so that's a big job to be the father of a six-year-old boy.  So I want to talk to you about that.

I've read those records so I know that he is struggling with some -- I guess is it fair to call them emotional issues?

A.   Emotional, anger, frustration.  Yes.

Q.   And some of those cause him to act out. I've heard that word throughout my career in my personal life, too.  But I know that acting out has all different -- it can manifest itself in all different ways.

So what are the -- I know he has anger outbursts.  I've heard that.  What does that look like?

A.   Well, when he talks back to either my wife or myself, he'll yell at us, say something he regrets later, like he hates you or something.  And then later on he'll realize it and he'll come back and apologize.  But sometimes he just -- he has a hard time controlling himself because just a lot of emotions.

Martin Slatsky ~ June 29, 2023

Q.   And he's getting help, right?

A.   Yes.

Q.   And that help is in the form of actual counseling sessions?

A.   Counseling and medication.

Q.   Medications?  So how often does he have counseling?

A.   Once a week.

Q.   And hour sessions?

A.   Yes.

Q.   Do you like the counselor?

A.   Yes.  He's had a few.  And I think right now we might be changing to another one soon.  It's just -- it's just a place we go to.  They do changes.

Q.   Okay.

A.    It's not that we've been asking for changes, but, you know, somebody moves on to a different position, so...

Q.   He's had a challenging life, six years, a lot has been packed into his six years, right?

A.   Yes.

Q.   Obviously the principal thing that has happened to him is the reason we're talking today, he lost his mother and you lost your daughter in this really unfortunate circumstance.

Martin Slatsky ~ June 29, 2023

but I don't know for sure he was.

Q.    Okay.  Did you ask if she was taking drugs?

A.    We've probably asked when we saw him and she kind of got mad at us and, you know, asked why would we even ask that.  Because, again, Tiffany's whole life has always been against drinking, drugs.

I don't know if I mentioned in the police report, she had a girlfriend in high school that smoked pot and she was like completely mad at her all the time that she smoked pot with her parents.

Tiffany was always scared about her skin wrinkling early.  She didn't want to get too much sun.  She didn't want to drink alcohol that much.  She didn't want to do drugs just because she cared so much about the way she would look when she got older.

Q.    So her drug taking, which is kind of undeniable, at least at the end of her life, was just not like her at all as far as you had experienced her for the first 20-something years of her life, right?

A.    Correct.  I've read it.  I still don't believe she did.  It's on the record she did take drugs.  I've never seen it.  And it's hard for me to believe, just how against drugs she was.

Q.    Okay.  So let me ask you this:  Do you have -- have you read, seen or heard anything that

Martin Slatsky ~ June 29, 2023

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [ X ] was [  ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: July 6, 2023

_____
GALE SALERNO, RMR, RVR-MS, CCR #542