# EXHIBIT 11 –

# Exhibit 4 from the Deposition of Steven Honsowetz





HONSOWETZ
DATE: 2/7/23

**Exhibit 4**

All-American Court Reporters

CNLV006801



 **nino.galloway**
Golden Nugget Las Vegas



*Devon Turner*

*Kailee*

*Tina Galloway*

*Nino Galloway*

                              

**43 likes**

nino.galloway Warm up suit party! Happy birfday #stocker! #hbd #lasvegas #northtown

February 21, 2020

 **mcbride_spencer**
Golden Nugget Las Vegas

...

HONSOWETZ 0017



**mcbride_spencer**
Golden Nugget Las Vegas
· · ·



HONSOWETZ 0017



**mcbride_spencer**
Golden Nugget Las Vegas
· · ·

*andrew Stocker*

*Spencer Mcbride*

*chad cooley*



                          

**64 likes**

**mcbride_spencer** If you aren't in a tracksuit, dont bother showing up.

View all 2 comments

**kristymarsha_** You guys look like a new boy band.

February 21, 2020

   **lhonsowetz**                              · · ·

HONSOWETZ 0018

Steven Honsowetz ~ February 7, 2023
* * * Videotaped Deposition * * *

CERTIFICATE OF REPORTER

I, the undersigned, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given to the best of my ability.

Further, that before completion of the proceedings, review of the transcript [ X ] was [   ] was not requested pursuant to NRCP 30(e).

I further certify I am neither financially interested in the action, nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: February 10, 2023

_____
GALE SALERNO, RMR, RVR-MS, CCR #542