# EXHIBIT 12 –

## Exhibit 35 from the Deposition of Christopher Candito





CANDITO
DATE: 1/25/24
Exhibit 35
All-American Court Reporters
exhibitsticker.com

CNLV000184



CNLV000183

70

he's talking about adding additional controlled substances?

A.   Right.   2 grams of coke, 10 pills.

Q.   And then is there a response from the source?

A.   My boy can get any --

Q.   Actually looking at this, is this from the source or is this from another individual?

A.   That is from a different individual.

Q.   Okay.   And that's based upon the fact that there's a name associated with this?

A.   That is correct.

Q.   And this is Robi.   Did you ever learn who Robi is?

A.   We did.   Throughout the source of the investigation we identified that individual as being a prior North Las Vegas fire captain, Nicholas Robison.

Q.   Okay.   And did you ever learn if he was a co-worker with Candito at the time?

A.   He was at the time.

Q.   So this is now a conversation between Candito and Robison?

A.   That's correct.

Q.   And Robison says can't get any K.   Getting 8 ball.   Based on your training and experience is this

CNLV000128

colloquial terms for narcotics?

A.    Yes.

Q.    And then Candito, moving forward, this is now February 17th, so closer to the party?

A.    Yes.

Q.    And he is saying Friday night is going to be insane.  We're partying downtown.  We have enough coke and Molly to kill a pack of elephants?

A.    That's correct.

Q.    And did you learn where this party was going to be held, the one on the 20th?

A.    We did.

Q.    Where was that?

A.    We learned the party was going to be at the Golden Nugget.

Q.    Is that in downtown Las Vegas?

A.    It is.

Q.    And again using the phrase coke and Molly, based on your training and experience that's the controlled substances?

A.    That is correct.

Q.    And then the following day Candito sends another message talking about this party coming up?

A.    He does.

Q.    And what does he say?

72

A.    They talk about they're going to have so much they're going to need an actual drug room at the party itself.

Q.    So verbatim he says, we are honestly going to need a drug room.  Robi and I bought so much God damn coke and Molly, it's insane?

A.    Yes.

Q.    And so did you learn that this conversation was in reference to the upcoming party?

A.    It was as well.

Q.    And then did Candito send a follow-up text message?

A.    Or on second thought fuck anyone who cares about drugs.  I can't read it.

Q.    That's okay.  Fair to say they're casting aspersions on people who look down on people who take drugs?

A.    Yes.

Q.    And moving onto the 18th.  So this is actually going back.  This prior message where he's casting aspersions on people who don't do drugs?

A.    Yes.

Q.    And one about needing a drug room, they're both from February 18th?

A.    Yes.



CNLV000209

February 22nd, but in fact this is UTC, correct?

A.    Yes.

Q.    And so it would have been on the 21st here in Clark County?

A.    Right.

Q.    Okay.  So this is on the 21st so this is actually during the party or close to the time of the party, maybe a little before the party?

A.    Yes.

Q.    And this is from Candito saying something?

A.    Yes.  Hey, man, would you be interested in selling 15 Clonazepam for a hundred dollars.

Q.    Okay.  What is Clonazepam?

A.    It's another pharmaceutical controlled substance.

Q.    It looks like his response is dated the 22nd but because of the UTC, this is also on the 21st before the party?

A.    Right.

Q.    Okay.  And who is this from?

A.    Again this is from Nicholas Robison.  He was Chris Candito's fire captain who was also at the event.

Q.    Okay.  And so they're talking about exchanging drugs shortly before the party beginning?