# EXHIBIT 13 –
## Tracksuit Advertisement Flyer



CNLV000219