# EXHIBIT 14 –

## Photo of Station 51 EMS Supply Room Inventory Pad



## CERTIFICATE OF AUTHENTICITY

I, Estevan M. Horta, Court Videographer, do hereby certify that the photographic media captured of North Las Vegas Fire Department Station 51, located at 2626 E Carey Ave, North Las Vegas, NV 89030, is the unaltered original (master) media or certified copy thereof and is a true, complete and accurate record of the subject matter captured on this twelfth day of June, in the year 2023.

Signed this twelfth day of June, in the year 2023,

Estevan M. Horta
Court Videographer

**Las Vegas Legal Video**
729 South Seventh Street, Las Vegas, Nevada 89101
phone 702.655.5858 | www.lasvegaslegalvideo.com

*This statement is supplied in accordance with Rule 30 of the FEDERAL and NEVADA RULES OF CIVIL PROCEDURE.

P005586



2 Nasal cannula
2 Adult BVM
1 Adult tube holde
1 14fr 1-10fr NG Tube
3 Adult Neb mask
1 #5 king tube
25 Electrode
3 in line CO2
3 CO2 Badgers
1 Auto pulse Band
1 Auto pulse Harnes
3 Mega mover

Pen
Pen
Pen

P005529