# EXHIBIT 15 –
# Candito's Training Record



PO Box 11292　　　Bainbridge Island, WA 98110　　　888.240.4911

## ACTIVITY CERTIFICATE

Presented To

# Christopher  Candito

Activity:　　　　　　　　1.06.2 Burns: Thermal Certificate
Date of Activity:　　　5/30/2008
CECBEMS No.:　　　06-CECB-F3-0448
Credit Hours:　　　　 1.5

*You have participated in a continuing education program that has received CECBEMS approval for continuing education credit.  If you have any comments regarding the quality of this program and/or your satisfaction with it, please write to CECBEMS at: CECBEMS – 5111 Mill Run Road – Dallas, TX 75244 – Phone: 972-387-2862 – Fax: 972-716-2007 – Email: lsibley@cecbems.org.*

Instructor:

5/30/2008

*Date*　　　　　　　　　　　　　　　　　　　　　　　　　*Signature*

**CONFIDENTIAL**　　　　　　　　　　　　　　　CNLV006908



PO Box 11292        Bainbridge Island, WA 98110        888.240.4911

# ACTIVITY CERTIFICATE

Presented To

## Christopher  Candito

Activity:              2.07.3 Extreme Heat Emergencies Certificate
Date of Activity:   6/24/2008
CECBEMS No.:      07-CECB-F3-0633
Credit Hours:        1.5

*You have participated in a continuing education program that has received CECBEMS approval for continuing education credit.  If you have any comments regarding the quality of this program and/or your satisfaction with it, please write to CECBEMS at:*
***CECBEMS – 5111 Mill Run Road – Dallas, TX 75244 – Phone: 972-387-2862 – Fax: 972-716-2007 – Email: lsibley@cecbems.org.***

Instructor:

6/24/2008

*Date*                                                              *Signature*

**CONFIDENTIAL**                                              CNLV006909
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



PO Box 11292       Bainbridge Island, WA 98110       888.240.4911

# ACTIVITY CERTIFICATE

Presented To

## Christopher  Candito

Activity:              4.04.2 Patient Refusal Certificate
Date of Activity:    9/29/2008
CECBEMS No.:      08-247E-F3-4402
Credit Hours:        1.5

*You have participated in a continuing education program that has received CECBEMS approval for continuing education credit.  If you have any comments regarding the quality of this program and/or your satisfaction with it, please write to CECBEMS at:*
*CECBEMS – 5111 Mill Run Road – Dallas, TX 75244 – Phone: 972-387-2862 – Fax: 972-716-2007 – Email: lsibley@cecbems.org.*

Instructor:

9/29/2008
*Date*                                        *Signature*

**CONFIDENTIAL**                                        CNLV006910



# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher Candito

*Has successfully completed a Fire continuing education course entitled:*

## F304 Task Size-up Certificate

*on*

## 5/30/2008

*This course was distributed via Internet by CentreLearn.*



**James N. Eastham, Jr., Sc.D.**
**President and CEO**
**73 E. Forrest Ave. Suite 7**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**



**\*\*CONFIDENTIAL\*\***
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006911



# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher Candito

*Has successfully completed a Fire continuing education course entitled:*

F306 Emergency Scene Safety - Electrical Emergency Safety Certificate

*on*

7/20/2008

*This course was distributed via Internet by CentreLearn.*



**James N. Eastham, Jr., Sc.D.**
**President and CEO**
**73 E. Forrest Ave. Suite 7**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**



**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006912

# Congressional Recognition
## Awarded To

## Christopher N. Candito

IN COMMENDATION OF YOUR GRADUATION FROM THE
CITY OF NORTH LAS VEGAS FIRE DEPARTMENT RECRUIT ACADEMY
AND FOR YOUR SERVICE TO THE STATE OF NEVADA

PRESENTED ON THIS TWENTY SECOND DAY OF MAY, 2008





JON C. PORTER
United States Congressman

**CONFIDENTIAL**

CNLV006913

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS

JAMES P. HOFFA
General President

25 Louisiana Avenue, NW
Washington, DC 20001

C. THOMAS KEEGEL
General Secretary-Treasurer

202.624.6800
www.teamster.org

Friday, April 04, 2008

Christopher Candito
3875 E. Lorraine Ln.
Las Vegas, NV 89120

Dear Christopher,

Please find enclosed your certification card for the 16-Hour Emergency Responder - Operations Level Course. It is required by law that you 'refresh' your Emergency Response 16 - IBT Certification on an annual basis. To maintain your Emergency Response 16 - IBT Certification you must take an annual .

Thank you for participating in the International Brotherhood of Teamsters Worker Training Program. If you would like the schedules for future s, please contact the program office at 202-624-6963.

Sincerely yours,

Chee Chang, Program Manager
IBT Worker Training Program

CC/mmj
enclosure

**International Brotherhood of Teamsters**

| Certification | Date |
|---|---|
| Emergency Response 16 - IBT | 04/02/08 |

**Christopher N. Candito**
IBT ID 30386



# CERTIFICATE OF COMPLETION

## Christoper N. Candito

HAS SUCCESSFULLY COMPLETED 32 HOURS OF TRAINIG IN
HAZARDOUS WASTE OPERATIONS & EMERGENCY RESPONSE
AWARENESS AND OPERATIONS LEVEL
(29 CFR 1910-120)
(29 CFR 1926.65)

THIS FOURTH DAY OF APRIL 2008

NIEHS WORKER TRAINING GRANTS

IBT Safety and Health
Department

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher Candito

*Has successfully completed a Fire continuing education course entitled:*

## F315 Hazard Assessment: A Practical Guide Certificate

*on*

## 5/6/2010

*This course was distributed via Internet by CentreLearn.*



**James N. Eastham, Jr., Sc.D.**
**CEO**
**73 E. Forrest Ave. Suite 140**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**

*Texas Commission on Fire Prevention*
1.0    *Hours Awarded*



**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006916

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



JAMES P. HOFFA
General President

25 Louisiana Avenue, NW
Washington, DC 20001

C. THOMAS KEEGEL
General Secretary-Treasurer

202.624.6800
www.teamster.org

Thursday, February 19, 2009

Christopher Candito
274 Calliope Dr.
Henderson, NV 89074

Dear Christopher,

Please find enclosed your certification card for the 8-Hour Hazardous Waste Refresher Course. It is required by law that you 'refresh' your Basic Hazardous Waste Worker Course Certification on an annual basis. To maintain your Basic Hazardous Waste Worker Course Certification you must take an annual 8-Hour Hazardous Waste Refresher Course course.

Thank you for participating in the International Brotherhood of Teamsters Worker Training Program. If you would like the schedules for future 8-Hour Hazardous Waste Refresher Course courses, please contact the program office at 202-624-6963.

Sincerely yours,

Chee Chang, Program Manager
IBT Worker Training Program

CC/mmj
enclosure

### International Brotherhood of Teamsters

| Certification | Date |
|---|---|
| Emergency Response 16 - IBT | 04/02/08 |
| Haz. Waste Worker (8-Hr) | 01/28/09 |

**Christopher N. Candito**
IBT ID 30386

**CONFIDENTIAL**    CNLV006917
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher  Candito

*Has successfully completed a continuing education course entitled:*

## NLVFD B303 Respiratory Protection Certificate

*on*

## 6/24/2008

*This course was distributed via Internet by CentreLearn.*

**James N. Eastham, Jr., Sc.D.**
**President and CEO**
**73 E. Forrest Ave. Suite 7**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**





**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA                CNLV006918

# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher  Candito

*Has successfully completed a continuing education course entitled:*

## NLVFD B329 Electrical Hazards Certificate

*on*

## 8/19/2008

*This course was distributed via Internet by CentreLearn.*

**James N. Eastham, Jr., Sc.D.**
**President and CEO**
**73 E. Forrest Ave. Suite 7**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**



**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006919



# CERTIFICATE OF COMPLETION

*This certificate attests that*

## Christopher  Candito

*Has successfully completed a continuing education course entitled:*

## NLVFD B307 Lifting and Back Safety Certificate

*on*

## 5/30/2008

*This course was distributed via Internet by CentreLearn.*



**James N. Eastham, Jr., Sc.D.**
**President and CEO**
**73 E. Forrest Ave. Suite 7**
**Shrewsbury, PA 17361**
**Phone: 717-227-4655**



**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006920



NV08-06

# STATE OF NEVADA

DEPARTMENT OF PUBLIC SAFETY

## NEVADA STATE FIRE MARSHAL

*Hereby Certifies*

### Christopher Candito

*as*

### Hazardous Material Operations Level

*For having demonstrated the ability to meet the standards*
*and requirements as established by the*
*Fire Service Standards and Training Committee (NRS 477)*
*And*
*The National Fire Protection Association*
*Standard 472, Chapter 5, 2002 Edition*

*Issued this Nineteenth Day of May, 2008*

James M. Wright
*Nevada State Fire Marshal*

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006921

# North Las Vegas Fire Department

### Presents this

# *Certificate of Completion*

#### to

# Christopher Candito

### Who has successfully completed a course entitled:

## *Annual HazMat Refresher Training*
### meeting OSHA 1910.120 requirements

## *January 2011*

Francisco Sanchez, Captain
Course Instructor

Frank Taylor, Battalion Chief

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006922

# NORTH LAS VEGAS FIRE DEPARTMENT
## CERTIFICATE
## Of Completion
## HazMat IQ Refresher

# Christopher Candito

## Has successfully completed Annual HazMat IQ Training
## Meeting OSHA 1910.120 requirements
## On
## *11/11/2015*

_____
**Francisco Sanchez**
**Luis Olmos**
**Aric Neuharth**
**Scott Nielson**
**NLVFD HazMat IQ Instructors**

_____
**Gary Stover**
**Battalion Chief, Training Division**

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006923

# CERTIFICATE OF COMPLETION

This certificate has been awarded to:

## CHRISTOPHER CANDITO

For completion of the State of Nevada Terrorism Liaison Officer Basic Course

  

Jerry Hafen, Director
Nevada Department of Public Safety

Mike Haley, Sheriff
Washoe County Sheriff's Office

Douglas C. Gillespie, Sheriff
Las Vegas Metropolitan Police Department

Awarded on 6/5/2012 1:10:09 PM

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006924

# CERTIFICATE OF COMPLETION

## This certificate has been awarded to:

## CHRISTOPHER CANDITO

For completion of the State of Nevada Terrorism Liaison Officer Basic Course

  

Jerry Hafen, Director
Nevada Department of Public Safety

Mike Haley, Sheriff
Washoe County Sheriff's Office

Douglas C. Gillespie, Sheriff
Las Vegas Metropolitan Police Department

Awarded on 6/5/2012 1:10:09 PM

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006925

# THIS CERTIFICATE IS AWARDED TO

# Christopher Candito



## FOR THE SUCCESSFUL COMPLETION OF

**Preparedness, ICS, and Resources**
Module Name

**Firefighter Training (S-130)**
Course Name

| ✓ = Pass  ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Basic Terminology | 8 | 7.0 | ✓ |
| Preparedness | 8 | 6.0 | ✓ |
| Incident Command System | 4 | 2.0 | ✗ |
| Resources | 2 | 1.0 | ✗ |
| TOTALS: | 22 | 16.0 | ✓ |

**73%**
Score

Sunday, October 12, 2008
Date Completed



**CONFIDENTIAL**

CNLV006926

# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Watch Out and LCES**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✔ = Pass  ✖ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Safety | 6 | 3.5 | ✖ |
| LCES | 11 | 9.5 | ✔ |
| TOTALS: | 17 | 13.0 | ✔ |

**76%**

Score

Sunday, October 12, 2008

Date Completed



**CONFIDENTIAL**

CNLV006927



# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Fire Shelter**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✔ = Pass  ✖ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Module Introduction | 0 | 0 | |
| Fire Shelter Use, Inspection, & Care | 10 | 7.5 | ✔ |
| TOTALS: | 10 | 7.5 | ✔ |

**75%**

Score

Sunday, October 12, 2008

Date Completed



**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# THIS CERTIFICATE IS AWARDED TO

# **Christopher Candito**



## FOR THE SUCCESSFUL COMPLETION OF

**Hazards and Human Factors on the Fireline**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✓ = Pass ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Human Factors on the Fireline | 3 | 2.5 | ✓ |
| Hazards on the Fireline | 6 | 4.0 | ✗ |
| Risk Management Process | 5 | 3.0 | ✗ |
| Teamwork | 1 | 1.0 | ✓ |
| TOTALS: | 15 | 10.5 | ✓ |

**70%**

Score

Sunday, October 26, 2008

Date Completed



**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006929



# THIS CERTIFICATE IS AWARDED TO

## **Christopher Candito**



## FOR THE SUCCESSFUL COMPLETION OF

**Transportation Safety**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✓ = Pass ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Module Objectives | 0 | 0 | |
| Transportation Safety Procedures | 12 | 9.5 | ✓ |
| TOTALS: | 12 | 9.5 | ✓ |

**79%**

Score

Sunday, October 26, 2008

Date Completed





# THIS CERTIFICATE IS AWARDED TO

# **Christopher Candito**



## FOR THE SUCCESSFUL COMPLETION OF

**Hand Tools**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✔ = Pass  ✘ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Cutting and Scraping Tools | 13 | 10.5 | ✔ |
| TOTALS: | 13 | 10.5 | ✔ |

| **81%** | Sunday, October 26, 2008 |
|---|---|
| Score | Date Completed |



**CONFIDENTIAL**

CNLV006931



# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Firing Devices**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✔ = Pass  ✖ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Firing Devices | 11 | 9.0 | ✔ |
| TOTALS: | 11 | 9.0 | ✔ |

**82%**

Score

Sunday, October 26, 2008

Date Completed



**CONFIDENTIAL**    CNLV006932



# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Water Use**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✓ = Pass   ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Backpack Pump | 3 | 3.0 | ✓ |
| Water Delivery Systems | 3 | 2.0 | ✗ |
| Water Delivery and Hose Maintenance | 12 | 9.5 | ✓ |
| TOTALS: | 18 | 14.5 | ✓ |

**81%**

Score

Sunday, October 26, 2008

Date Completed



**CONFIDENTIAL**                                                      CNLV006933

Produced pursuant to Protective Order, U.S. Dist. Court Case No. 2:22-cv-568-RJA



# THIS CERTIFICATE IS AWARDED TO

## christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Suppression, Communication, and Mop-up**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✔ = Pass  ✘ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Breaking the Fire Triangle | 2 | 1.0 | ✘ |
| Suppression and Safety | 16 | 13.5 | ✔ |
| Heavy Equipment Operations and Airdrops | 7 | 7.0 | ✔ |
| Communication | 11 | 6.0 | ✘ |
| Patrolling and Securing the Fireline | 17 | 9.5 | ✘ |
| TOTALS: | 53 | 37.0 | ✔ |

**70%**

Score

Sunday, October 26, 2008

Date Completed



**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-RJA

CNLV006934

# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Hazardous Materials**
Module Name

**Firefighter Training (S-130)**
Course Name

| ✓ = Pass ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| D.E.C.I.D.E | 10 | 7.5 | ✓ |
| TOTALS: | 10 | 7.5 | ✓ |

**75%**
Score

**Friday, April 10, 2009**
Date Completed



Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# THIS CERTIFICATE IS AWARDED TO

# christopher candito



## FOR THE SUCCESSFUL COMPLETION OF

**Wildland/Urban Interface**
Module Name

**Firefighter Training (S-130)**
Course Name

| ✔ = Pass  ✖ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Watch Outs | 14 | 10.5 | ✔ |
| TOTALS: | 14 | 10.5 | ✔ |

**75%**
Score

**Friday, April 10, 2009**
Date Completed



** CONFIDENTIAL **

CNLV006936

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-BNW

# THIS CERTIFICATE IS AWARDED TO

# **christopher candito**



## FOR THE SUCCESSFUL COMPLETION OF

**Optional Knowledge Areas**

Module Name

**Firefighter Training (S-130)**

Course Name

| ✓ = Pass  ✗ = Danger | Questions Presented | Total Points Scored | Status |
|---|---|---|---|
| Introduction | 0 | 0 | |
| Pump Operations | 6 | 2.0 | ✓ |
| Navigation | 12 | 6.0 | ✓ |
| Wildland Fire Investigation | 6 | 5.0 | ✓ |
| Cultural Resources | 1 | 0.0 | ✗ |
| TOTALS: | 25 | 13.0 | ✓ |

**52%**

Score

Friday, April 10, 2009

Date Completed



Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# NORTH LAS VEGAS FIRE DEPARTMENT

## CERTIFICATE OF TRAINING

### AWARDED TO

# CHRISTOPHER CANDITO

### HAS COMPLETED

## 40 HOURS
## WILDLAND FIREFIGHTER II

*S-110, S-130, S-190, L-180*

*March 25-28, 2008*

_____
**Training Chief**

_____
**Training Coordinator**

CNLV006938

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

LITHO. IN U.S.A.

| **Incident Qualification Card** | **NLVFD-NV** |
|---|---|
| **Name** <br><br> Candito, Christopher | **Employee Id** <br><br> 8366 |
| **Fitness Level** <br><br> Fit for Duty | **Expires** <br><br> 05/16/2012 |
| **NWCG Qualification** <br><br> FFT II | **Trainee Qualification** |
| **Certifying Official** <br><br> _____ <br> Francisco Sanchez | **Date** <br> 05/16/2011 |

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006939

| Incident Qualification Card | NLVFD-NV |
|---|---|
| **Name**<br><br>Candito, Christopher | **Employee Id**<br><br>8366 |
| **Fitness Level**<br><br>Fit for Duty | **Expires**<br><br>8/16/2011 |
| **Qualification**<br><br>FFT II | **Trainee Qualification** |
| **Certifying Official** | **Date** |

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006940

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

**CONFIDENTIAL**

# OAIRE, Inc

*Certifies that*

# Christopher Candito

*Has completed the three hour (3-CEU)*

## Advanced Vehicle Systems Training Course

## September 24th, 2008

Butch Lysholm

CNLV006941



NV08-03

# STATE OF NEVADA

DEPARTMENT OF PUBLIC SAFETY

## NEVADA STATE FIRE MARSHAL

*Hereby Certifies*

## Christopher Candito

*as*

## Rescue Technician/Awareness Level

*For having demonstrated the ability to meet the standards*
*and requirements as established by the*
*Fire Service Standards and Training Committee (NRS 477)*
*And*
*The National Fire Protection Association*
*Standard 1006, Chapters 4-11, 2004 Edition*

*Issued this Seventh Day of November, 2008*

*James M. Wright*
*Nevada State Fire Marshal*

**CONFIDENTIAL**                    CNLV006942
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

**CONFIDENTIAL**

CNLV006943



THE STATE OF NEVADA

DEPARTMENT OF PUBLIC SAFETY

DIVISION OF THE STATE FIRE MARSHAL
HEREBY AWARDS TO

# Chris Candito

THIS

CERTIFICATE OF COMPLETION
FOR ATTENDANCE AND PARTICIPATION IN

# Vehicle & Machinery Rescue Technical Level

Location: North Las Vegas Nevada

Issued This Twenty-Sixth Day of March, 2010

James M. Wright
Nevada State Fire Marshal

© GOES 746   0-4932

LITHO. IN U.S.A.



**STATE OF NEVADA**

NV08-18

DEPARTMENT OF PUBLIC SAFETY

## NEVADA STATE FIRE MARSHAL

*Hereby Certifies*

# Christopher Candito

*as*

# NFPA Firefighter I

*For having demonstrated the ability to meet the standards*
*and requirements as established by the*
*Fire Service Standards and Training Committee (NRS 477)*
*And*
*The National Fire Protection Association*
*Standard 1001, Chapter 5, 2007 Edition*

*Issued this Ninth Day of May, 2008*

*James M. Wright*
*Nevada State Fire Marshal*

**CONFIDENTIAL** CNEV006944
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



**STATE OF NEVADA**

NV09-01

DEPARTMENT OF PUBLIC SAFETY

## NEVADA STATE FIRE MARSHAL

*Hereby Certifies*

# Christopher Candito

*as*

# NFPA Firefighter II

*For having demonstrated the ability to meet the standards*

*and requirements as established by the*

*Fire Service Standards and Training Committee (NRS 477)*

*And*

*National Fire Protection Association*

*Standard 1001, Chapter 6, 2002 Edition*

*Issued this Twenty-Second Day of January, 2009*

James M. Wight,
Nevada State Fire Marshal

**CONFIDENTIAL**

CNLV006945

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



Homeland Security

# National Fire Academy

This is to acknowledge that

## CHRISTOPHER NEAL CANDITO

has demonstrated a commitment to reduce the Nation's
loss of life and property from fire and related emergencies
by pursuing professional development through completion
of the National Fire Academy-Sponsored Course

### Q534 : Emergency Response to
### Terrorism:  Self-Study

*July 14, 2008*

Superintendent
National Fire Academy

Assistant Administrator
U.S. Fire Administration

**CONFIDENTIAL**                    CNLV006946
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# National Fire Academy

This is to acknowledge that

## Christopher Candito

has demonstrated a commitment to reduce the Nation's
loss of life and property from fire and related emergencies
by pursuing professional development through completion
of the National Fire Academy-Sponsored Course

**EMERGENCY MEDICAL SERVICES:
FUNCTIONS IN THE INCIDENT COMMAND SYSTEM
NORTH LAS VEGAS, NV**

**November  15 - 16, 2011**

Superintendent
National Fire Academy

Fire Administrator
U.S. Fire Administration

**CONFIDENTIAL**                                           CNLV006947
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# National Fire Academy

This is to acknowledge that

## CHRISTOPHER NEAL CANDITO

has demonstrated a commitment to reduce the Nation's
loss of life and property from fire and related emergencies
by pursuing professional development through completion
of the National Fire Academy-Sponsored Course

## *Q462 : ICS-100, Introduction to ICS for Operational First Responders*

*July 19, 2008*

Superintendent
National Fire Academy

Assistant Administrator
U.S. Fire Administration

**CONFIDENTIAL**                    CNLV006948
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# National Fire Academy

This is to acknowledge that

## CHRISTOPHER NEAL CANDITO

has demonstrated a commitment to reduce the Nation's
loss of life and property from fire and related emergencies
by pursuing professional development through completion
of the National Fire Academy-Sponsored Course

### *Q463 : ICS-200, Basic NIMS ICS for Operational First Responders*

*July 19, 2008*

Superintendent
National Fire Academy

Assistant Administrator
U.S. Fire Administration

**CONFIDENTIAL**                                    CNLV006949
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## CHRISTOPHER N CANDITO

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

### IS-00700
### National Incident Management System
### (NIMS), An Introduction

*Issued this 22nd Day of November, 2008*

Cortez Lawrence, PhD
Superintendent
Emergency Management Institute

0.3 CEU

CNLV006950

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## CHRISTOPHER N CANDITO

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

### IS-00800.B
### National Response Framework, An Introduction

*Issued this 22nd Day of November, 2008*

Cortez Lawrence, PhD
Superintendent
Emergency Management Institute

0.3 CEU

CNLV006951

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

**B A S I C   L I F E   S U P P O R T**

**BLS Provider**



American **Heart** Association®

Christopher Candito

The above individual has successfully completed the cognitive and skills evaluations in accordance with the curriculum of the American Heart Association Basic Life Support (CPR and AED) Program.

**Issue Date**    **Recommended Renewal Date**
02/07/2017        02/2019

To view or verify authenticity, students and employers should scan this QR code with their mobile device or go to www.heart.org/cpr/mycards.



**B A S I C   L I F E   S U P P O R T**

| | |
|---|---|
| **Training Center Name** | Medical Training Center LTD dba EMS Training Center of Southern Nevada |
| **Training Center ID** | NV14990 |
| **TC Address** | 3310 Sunrise Ave Ste 102 Las Vegas NV 89101-4851 USA |
| **TC Phone** | (702) 651-9111 |
| **Instructor Name** | Frank Simone |
| **Instructor ID** | 04060063628 |

© 2016 American Heart Association   15-3001   3/16

**Directions**

1. Cut along dotted lines

2. Fold both halves together

3. Use adhesive to combine halves

**\*\*CONFIDENTIAL\*\***
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# STATE OF NEVADA

## SOUTHERN NEVADA HEALTH DISTRICT
## EMERGENCY MEDICAL SERVICES

### Awards this certificate to

# CHRISTOPHER NEAL CANDITO

**who has satisfactorily met the standards of the State of Nevada as administered by Southern Nevada Health District and is hereby certified as a**

# ADVANCED EMERGENCY MEDICAL TECHNICIAN

EMS Certification No.    100260

Issued:  9/30/2014                                                    Expires:   9/30/2016





Director of Community Health



**Issued by Southern Nevada Health District** (The participating entities are the County of Clark, and the cities of Las Vegas, North Las Vegas, Henderson, Boulder City and Mesquite.)

This certificate documents the successful completion of training and testing at the level identified on the certificate under the provisions of NRS 450B and is **not a license to practice**.

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA                    CNLV006953

# Certificate of Training

### This certifies that

_CHRIS CANDITO_
(Print Name)

_____
(EMS Number)

## Has completed the Clark County Health District's
## web-based training on
## Syndromic Surveillance &
## The Health Alert Network

_Deborah Wailey_
(Signature)

_7/29/07_
(Date)

**CONFIDENTIAL**    CNLV006954

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

# Continuing Education Report

## NLVFD

**Christopher Candito**

| | | | |
|---|---|---|---|
| **Certification Number** | 100260 | **ACLS** | No Certification |
| **State Recert Date** | 09/30/2010 | **CPR** | 09/30/2011 |
| **National Recert** | No Certification | **PALS** | No Certification |
| **EMT-P** | No Certification | **HazMat** | No Certification |
| **EMT-I** | No Certification | **Skills** | No Certification |
| **EMS Instructor** | No Certification | **Drivers Ed** | No Certification |
| **Tactical Medic** | No Certification | | |
| **Custom 5** | No Certification | **Total Hours** | 84.5 |

**State Number**  100260          **Name**  Christopher Candito

**Course Type**  *Lecture*

| Date | Course Title | Hours | Site Code |
|---|---|---|---|
| 01/29/2008 | Roles and Responsibilities with FD | 3 | Station 56 |
| 01/29/2008 | Wellness | 1 | Station 56 |
| 01/30/2008 | Airway Management | 3 | Station 56 |
| 01/30/2008 | Dysrhythmia Recognition | 3 | Station 56 |
| 01/31/2008 | Brain Attack | 1 | Station 56 |
| 01/31/2008 | Geriatric Emergencies | 2 | Station 56 |
| 01/31/2008 | OBGYN Emergencies | 1 | Station 56 |
| 01/31/2008 | Pediatric Emergencies | 2 | Station 56 |
| 02/05/2008 | Infection Control | 2 | Station 56 |
| 02/05/2008 | Street Drugs | 3.5 | Station 56 |
| 02/07/2008 | PHTLS | 16 | Station 56 |
| 06/06/2008 | EMS Legal | 3 | Station 56 |
| 06/06/2008 | Mystery Shock | 1 | Station 56 |
| 09/18/2008 | Traumatic Brain Injury | 3 | Station 52 |
| 10/10/2008 | Superbugs | 3 | Station 52 |
| 12/03/2008 | Pediatric Trauma | 2 | Station 52 |
| 01/13/2009 | Bloodborne Pathogens | 2 | Station 52 |
| 02/25/2009 | Burns/Inhalation Injury | 3 | Station 52 |
| 03/17/2009 | Fire Control room operations and EMS | 1 | Station 52 |
| 05/19/2009 | UMC Ped Drowning Class | 3 | Station 53 |
| 09/01/2009 | STEMI | 2 | Station 53 |
| 10/28/2009 | Airway Class | 3 | Station 53 |
| 12/08/2009 | NLVFD Wellness Program | 3 | Station 53 |
| 01/25/2010 | SNHD Protocol Review | 2.5 | Station 53 |
| 02/22/2010 | Special Populations | 3 | Station 53 |

*Summary for 'Course Type' = Lecture (25 detail records)*

**Sum**          72

**Percent**    85%

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006955

*State Number*  100260        *Name*  **Christopher Candito**

**Course Type**  *Practical*

| Date | Course Title | Hours | Site Code |
|------|-------------|-------|-----------|
| 05/06/2007 | EMS Skills Day | 3 | Flores Park |
| 01/29/2008 | Medical Legal Issues | 1.5 | Station 56 |
| 01/30/2008 | Airway Skills Practice | 1 | Station 56 |
| 02/06/2008 | Protocol Jeopardy | 2 | Station 56 |
| 09/23/2009 | Annual Skills Evaluation | 3 | Park by 53 |

*Summary for 'Course Type' = Practical (5 detail records)*

| | |
|---|---|
| **Sum** | *10.5* |
| **Percent** | *12%* |

**Course Type**  *Video*

| Date | Course Title | Hours | Site Code |
|------|-------------|-------|-----------|
| 01/31/2008 | Neonatal Resuscitation | 1 | Station 56 |
| 02/06/2008 | Excited Delirium | 1 | Station 56 |

*Summary for 'Course Type' = Video (2 detail records)*

| | |
|---|---|
| **Sum** | *2* |
| **Percent** | *2%* |

**Total Hours**    | *84.5* |

**NLVFD**                                    **EMS Coordinator**  *[signature]*

**CONFIDENTIAL**    CNLV006956
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

# Continuing ED Report for Christopher Candito

**State Recert Date**

*25-Aug-10*    NLVFD                          System ID #    100260          9/30/2010

| Date | Course Title | CE Hours | Site Code |
|------|-------------|----------|-----------|
| **Lecture** | | | |
| 10/10/2008 | Superbugs | 3 | Station 52 |
| 12/03/2008 | Pediatric Trauma | 2 | Station 52 |
| 01/13/2009 | Bloodborne Pathogens | 2 | Station 52 |
| 02/25/2009 | Burns/Inhalation Injury | 3 | Station 52 |
| 03/17/2009 | Fire Control room operations and EMS | 1 | Station 52 |
| 05/19/2009 | UMC Ped Drowning Class | 3 | Station 53 |
| 09/01/2009 | STEMI | 2 | Station 53 |
| 10/28/2009 | Airway Class | 3 | Station 53 |
| 12/08/2009 | NLVFD Wellness Program | 3 | Station 53 |
| 01/25/2010 | SNHD Protocol Review | 2.5 | Station 53 |
| 02/22/2010 | Special Populations | 3 | Station 53 |
| 03/16/2010 | IED Terrorism and EMS | 3 | Station 53 |
| 06/16/2010 | Induced Hypothermia | 2 | Station 53 |
| | Total Hours | 32.5 | |
| **Practical** | | | |
| 09/23/2009 | Annual Skills Evaluation | 3 | Park by 53 |
| 04/13/2010 | Skills Day 2010 | 2 | Park by 53 |
| 04/28/9009 | Zoll Monitor Orientation | 3 | Station 53 |
| | Total Hours | 8 | |
| | **Total Hours** | **40.5** | |

NLVFD                                   **EMS Coordinator** _____

**CONFIDENTIAL**                                          CNLV006957
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA





# STATE OF NEVADA
## SOUTHERN NEVADA HEALTH DISTRICT
## EMERGENCY MEDICAL SERVICES

### Awards this certificate to

# CHRISTOPHER N. CANDITO

**who has satisfactorily met the standards of the State of Nevada as administered by Southern Nevada Health District and is hereby certified as a**

# EMERGENCY MEDICAL TECHNICIAN - BASIC

EMS Certification No. 100260

Issued: 09/19/2007

Expires: 01/31/2009



—————————————————
Chief Health Officer



**Issued by Southern Nevada Health District** (The participating entities are the County of Clark, and the cities of Las Vegas, North Las Vegas, Henderson, Boulder City and Mesquite.)

This certificate documents the successful completion of training and testing at the level identified on the certificate under the provisions of NRS 450B and is not a license to practice.



CNLV006958

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

NOT AN EMPLOYEE OF
SOUTHERN NEVADA HEALTH DISTRICT

**ATTENDANT LICENSE**

ISSUED UNDER AUTHORITY OF NRS 450B.150
SOUTHERN NEVADA HEALTH DISTRICT
LAS VEGAS, NEVADA 89127

ISSUED TO:

**CANDITO, CHRISTOPHER N**

SERVICE:
**NL**

TRAINING LEVEL:
**EMT-BASIC**



EMS NO:
**100260**

EXPIRES:
**09/30/10**

SN D
Southern Nevada Health District

Chief Health Officer
By: Lawrence K. Sands, D.O.

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

**CONFIDENTIAL**

CNTY000050



# STATE OF NEVADA

## SOUTHERN NEVADA HEALTH DISTRICT
## EMERGENCY MEDICAL SERVICES

### Awards this certificate to

## CHRISTOPHER N. CANDITO

**who has satisfactorily met the standards of the State of Nevada as
administered by Southern Nevada Health District and is hereby certified as a**

## EMERGENCY MEDICAL TECHNICIAN - BASIC

EMS Certification No. 100260

Issued: 09/30/2008                    Expires: 09/30/2010

_Lawrence K. Sands, DO_
——————————————
Chief Health Officer



SNHD
Southern Nevada Health District

**Issued by Southern Nevada Health District** (The participating entities are the County of Clark, and the cities of Las Vegas, North Las Vegas, Henderson, Boulder City and Mesquite.)

This certificate documents the successful completion of training and testing at the level identified on the certificate under the provisions of NRS 450B and is not a license to practice.



NOT AN EMPLOYEE OF
SOUTHERN NEVADA HEALTH DISTRICT

**ATTENDANT LICENSE**

ISSUED UNDER AUTHORITY OF NRS 450B.150

ISSUED TO:

**Christopher Candito**

SERVICE

**EMT-B**

North Las Vegas Fire Department

EMS NO:
100260
EXPIRES:
**09/30/12**

SN D
Southern Nevada Health District

LAS VEGAS NEVADA

Chief Health Officer
By: Lawrence K. Sands, D.O.

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

**CONFIDENTIAL**

CNLV0066060





# STATE OF NEVADA

## SOUTHERN NEVADA HEALTH DISTRICT
## EMERGENCY MEDICAL SERVICES

### Awards this certificate to

## CHRISTOPHER N. CANDITO

**who has satisfactorily met the standards of the State of Nevada as
administered by Southern Nevada Health District and is hereby certified as a**

## EMERGENCY MEDICAL TECHNICIAN - BASIC

EMS Certification No. 100260

Issued: 09/30/2010                                                Expires: 09/30/2012



Chief Health Officer



Southern Nevada Health District

**Issued by Southern Nevada Health District** (The participating entities are the County of Clark, and the cities of Las Vegas, North Las Vegas, Henderson, Boulder City and Mesquite.)

This certificate documents the successful completion of training and testing at the level identified on the certificate under the provisions of NRS 450B and is not a license to practice.




**Southern Nevada Health District**

## APPLICATION FOR CERTIFICATE AND/OR ATTENDANT LICENSE

**INSTRUCTIONS:** Please <u>PRINT</u> clearly in block letters.  The EMS office will <u>only</u> accept applications with original signatures.

1.  Application for:  Certification ☒   Attendant License ☐   Provisional License ☐

    If for Attendant License signify:  Ground ☐      Aeromedical ☐

2.  Current Certification Level: N/A (Initial Cert) ☐   FR ☐   EMT-B ☒   EMT-I ☐   EMT-P ☐

    Clark County EMS # 100260  (if applicable)

3.  Name:  CANDITO    CHRISTOPHER    NEAL
         Last Name       First Name              Middle Name

    Mailing Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                    Street              Apt #        City      State    Zip

    Cell Phone: ▮▮▮▮▮▮   Home Phone:  N/A    Other #:  N/A

    Residence Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                      Street            Apt #        City      State    Zip

    Social Security No.: ▮▮▮▮▮▮▮   E-mail Address:  N/A

    Date of Birth: ▮▮▮▮▮   Gender (circle one):  (Male)  Female

    **IF APPLICABLE:**

4.  Present EMS Employer: ~~▮▮▮▮▮▮▮~~ CITY OF NORTH LAS VEGAS  Date Hired: 1/22/08
                                    Name

    2626 E CAREY AVE    NLV NV 89030    7026331102
    Mailing Address                    Phone Number

    Name and address of last EMS employer:  From: N/A    To: _____

    _____
    Name

    _____
    Mailing Address                    Phone Number

SNHD EMS 04-56
Revised 06/08/07

**CONFIDENTIAL**    CNLV006961
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

STUDENT/APPLICANT NAME (Print) __Christopher Candito__    EMS NUMBER ___100260___

# EMT-BASIC RECERTIFICATION REPORT

Current Healthcare Provider CPR certification (must meet American Heart Association standards or equivalent) is a requirement for recertification. Recertification for EMT status requires completion of 24 hours of CME's biennially, **or** completion of an EMT-Basic refresher course, minimum 24 hours, conforming to the most current DOT guidelines. **This report of CME hours for recertification is due in the EMS office 60 days prior to certification expiration.**

## SECTION I:  REQUIRED CONTINUING MEDICAL EDUCATION (CME)

| CATEGORIES (Suggested topics on back page) | REQUIRED HOURS | HOURS COMPLETED | DATE COMPLETED |
|---|---|---|---|
| **AIRWAY** Airway Management | 2 Hours | 3.0 | 10.28.09 |
| **MEDICAL & TRAUMA** TBI Super Bugs Burns Inhalation STEMI Special Populations Lightning Strike | 12 Hours | 2.0 2.0 3.0 1.0 3.0 1.0 | 9.18.08 10.10.08 2.25.09 9.1.09 2.22.10 10.30.09 |
| **SPECIAL PATIENTS** Ped Trauma umc Ped Drowning | 4 Hours | 2.0 3.0 | 12.3.08 5.19.09 |
| **SKILLS WORKSHOP** Annual Skills Day | 2 Hours | 3.0 | 9.23.09 |
| **MISCELLANEOUS** Protocol Review Wellness Program | 4 Hours | 2.5 3.0 | 1.25.09 12.8.09 |

G:\EMS\Forms\EMS00-46.DOC

**CONFIDENTIAL**                              CNLV006962
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

5. a. Can you speak, read and write the English language? _____ Yes ✓ No

   b. *Are you addicted to intoxicating liquors or narcotics? _____ Yes ✓ No

   c. *Have you within the last 5 years been convicted of or forfeited bail for a traffic violation other than a parking violation? _____ Yes ✓ No

   d. *Have you ever been convicted of a felony, a gross misdemeanor or a misdemeanor other than a traffic violation as provided above? _____ Yes ✓ No

   e. Have you ever been certified as an EMT-Basic, EMT-Intermediate or EMT-Paramedic? ✓ Yes _____ No

   f. Have you ever been licensed as an ambulance driver, ambulance/firefighter attendant or aeromedical ambulance attendant? _____ Yes ✓ No

   g. *Have you ever had a certificate/license, medical direction/control or clinical privileges expire, revoked or suspended? _____ Yes ✓ No

   h. *Is your current out of state certificate/license currently under any investigation or review? ✓ N/A _____ Yes ✗ No

   i. CPR expiration date (month/year): _O9/2009_

\* **If the answer to this question is yes, explain IN DETAIL (fines paid, time served, etc.) in the space provided below.**

N/A
_____
_____
_____
_____
_____
_____

**NOTE: ANY MISREPRESENTATION OR OMISSION MAY RESULT IN A DENIAL OF THIS APPLICATION OR REVOCATION OF CERTIFICATION.**

CERTIFICATION OF APPLICANT: **This application must be signed and dated.**

I hereby certify that all statements made in this application are true. I agree and understand that any misstatements or omissions of material facts herein may cause forfeiture on my part of all rights to certification or licensure by the Southern Nevada Health District.

SIGNATURE _____     DATE _1/29/08_

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006963

The Nevada Emergency Medical Services Statute, NRS 450B, was amended by passage of Senate Bill 356 by the 1997 Legislature. Senate Bill 356 provides that a Certificate for Licensure as an Emergency Medical Technician, Attendant or Aeromedical Attendant **cannot be issued or renewed** unless the applicant provides the following information.

## CHILD SUPPORT INFORMATION

**Please place a check in front of the appropriate response (<u>failure to mark one of the three will result in denial of the application</u>).**

___✓___ I am not subject to a court order for the support of a child;

_____ I am subject to a court order for the support of one or more children and am in compliance with the order or am in compliance with a plan approved by the district attorney or other public agency enforcing the order for the repayment of the amount owed pursuant to the order, or

_____ I am subject to a court order for the support of one or more children and am **not** in compliance with the order or a plan approved by the district attorney or other public agency enforcing the order for the repayment of the amount owed pursuant to the order.

Applicant's Social Security No.: ███████████

CHRISTOPHER CANDITO
Print Name

Applicant's Signature

1/29/08
Date

**NOTE: ANY MISREPRESENTATION OR OMISSION MAY RESULT IN A DENIAL OF THIS APPLICATION OR REVOCATION OF CERTIFICATION.**

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006964

Student Name ___C. CANDITO___                    Date: __2-6-08__

EMS Number __B1846217__
          __100260__

## Excited Delirium Post Test

1. What are three risk factors that may increase the potential for sudden death in patients exhibiting excited delirium?
   a. Obesity, Altitude, Low Temperatures
   (b.) High Temperatures, High Humidity, Obesity
   c. High Humidity, High Altitude, High Temperatures

2. The abuse of stimulant drugs such as Methamphetamine and Cocaine is associated with the acute behavioral changes described as "excited delirium."
   (a.) True
   b. False

3. Signs and symptoms of excited delirium may include all of the following except:
   a. Irrational speech
   b. Violent behavior
   c. Excessive sweating
   (d.) Lucid thoughts

4 Which of the following are possible underlying medical conditions that excited delirium can mimic?
   a. Hypoxia, hypotension, Lyme Disease
   b. Hypoxia, hyperglycemia, hypertension
   (c.) Hypoxia, hypoglycemia, intracranial bleed

5. An individual, who has been restrained after struggling with police and EMS personnel, may suddenly die, bringing police and EMS actions into question.
   (a.) True
   b. False

6. After restraining a patient exhibiting signs of excited delirium, EMS personnel should not be concerned if that patient suddenly becomes quiet.
   a. True
   (b.) False

7. If a patient continues to present a danger to himself or EMS personnel, the Paramedic can consider chemical restraint.
   (a.) True
   b. False

8. Law enforcement assistance should be requested on all calls involving potentially violent patients.
   (a.) True
   b. False

PEEL
HERE

# Healthcare
# Provider

 **American Heart Association.**

| Training Center Name | EMS Training Center | TC ID # |
| --- | --- | --- |

TC Info    City, State    LAS VEGAS, NV 89101 702-651-9111
                          ZIP        Phone

### CHRISTOPHER CANDITO

This card certifies that the above individual has successfully completed the cognitive and skills evaluations in accordance with the curriculum of the American Heart Association BLS for Healthcare Providers (CPR and AED) Program.

**4/14/2015**
Issue Date

**4/2017**
Recommended Renewal Date

Course Location    North Las Vegas Fire Department

Instructor Name    JAY WITTWER 01112249951    Inst. ID #

Holder's Signature

© 2011 American Heart Association    Tampering with this card will alter its appearance.    90-1801

This card contains unique security features to protect against forgery.

90-1801  3/11

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006966

# LICENSURE CHECKLIST

**APPLICANT'S NAME** Candito, Christopher **EMS #** _____

Licensing Agency: _NV_          Certification Level:  EMT-B ☑  EMT-I ☐

                                 Licensure Level:  EMT-B ☐  EMT-I ☐

**COMP. DATE**
**& INITIAL**

3 28 08        Agency letter of intent to hire, or agency photo ID.

3 24 08        Completed application.

3 24 08        Copy of government-issued photo ID.

~~3 24~~ 3 24 08  Copy of current, Healthcare Provider CPR certification. — *Needs signature*

3 24 08        Skills Proficiency Record OR name on Course Completion Record (within last 6 months).

4 14 08        Physical examination (within last 12 months).

4 14 08        TB test (within last 12 months).

4 14 08        Law enforcement record check.

_____         Passed licensure examination appropriate to level of licensure (within last 6 months).

1 29 08        Signed Release form.

_____         Attendant license photo.

_____         Payment received by:  Individual ☐  OR  Agency invoiced ☐

_____         Issue attendant license.

ADDITIONAL COMMENTS:

_____

_____

_____

_____

_____

G:\EMS\Forms\EMS06-05.doc
Revised 12/12/05

STUDENT/APPLICANT NAME (Print) _Christopher Candito_ EMS / EMS-RN NUMBER _100260_

STUDENT/APPLICANT SIGNATURE _____ DATE _1/30/08_

---

Please Check the Appropriate Boxes and Follow Directions Listed on Back of Form:

☒ Cert/Recertification    ☐ Licensure    ☐ EMS Instructor    ☐ EMS RN

Certification/Licensure Level:    ☒ EMT-B    ☐ EMT-I    ☐ EMT-P

# SKILLS PROFICIENCY RECORD

| BASIC SKILLS | DATE | INSTRUCTOR/PRECEPTOR |
|---|---|---|
| Airway Adjuncts | 1·30·08 | SK |
| Oxygen Administration | | |
| Suction | | |
| Bag-Valve-Mask Ventilation Techniques | | SK |
| Patient Assessment & Management – Trauma | 2/8/08 | SK |
| Patient Assessment & Management – Medical | | |
| Immobilization – Traction Splints | | |
| Spinal Immobilization – Seated Patient – KED | 2/7/08 | |
| Spinal Immobilization – Supine Patient | 2/7/08 | |
| Helmet Removal | 2/8/08 | SK |

| INTERMEDIATE SKILLS | 1st DATE | INSTRUCTOR/ PRECEPTOR | 2nd DATE | INSTRUCTOR/ PRECEPTOR |
|---|---|---|---|---|
| Combitube™ Proficiency (including SA) | | | | |
| IV Techniques | | | | |
| I.M. and Subcutaneous Injection Technique | | | | |
| Medication Administration | | | | |
| Mucosal Atomizer Device (M.A.D.) | | | | |

| PARAMEDIC SKILLS | 1st DATE | INSTRUCTOR/ PRECEPTOR | 2nd DATE | INSTRUCTOR/ PRECEPTOR |
|---|---|---|---|---|
| EZ–IO (Intraosseous Infusion) | | | | |
| Set-Up for Infusion – Using Stopcock | | | | |
| Endotracheal Intubation | | | | |
| Oral | | | | |
| Nasal | | | | |
| Use of Flex-Guide™ Intubating Stylet | | | | |
| Recognition of Tension Pneumothorax | | | | |
| Needle Decompression of Chest | | | | |
| Needle Cricothyroidotomy | | | | |

G:\EMS\Forms\EMS00-51.DOC
Revised 10-01-07; Effective 1/01/08

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006968

PAGE 1 OF 2

STUDENT/APPLICANT NAME (Print) _CHRISTOPHER CANDITO_ EMS / EMS-RN NUMBER _100260_

STUDENT/APPLICANT SIGNATURE _(signature)_ DATE _09/23/09_

---

**Please Check the Appropriate Boxes and Follow Directions Listed on Back of Form:**

☐ Cert/Recertification    ☐ Licensure    ☐ EMS Instructor    ☐ EMS RN

**Certification/Licensure Level:**    ☑ EMT-B    ☐ EMT-I    ☐ EMT-P

---

# SKILLS PROFICIENCY RECORD

| BASIC SKILLS | DATE | INSTRUCTOR/PRECEPTOR |
|---|---|---|
| Airway Adjuncts | 9/23/09 | _(signature)_ |
| Oxygen Administration | 9/23/09 | _(signature)_ |
| Suction | | |
| Bag-Valve-Mask Ventilation Techniques | 9/23/09 | _(signature)_ |
| Patient Assessment & Management – Trauma | 9/23/09 | _(signature)_ |
| Patient Assessment & Management – Medical | 9/23/09 | _(signature)_ |
| Immobilization – Traction Splints | 9/23/09 | _(signature)_ |
| Spinal Immobilization – Seated Patient – KED | 9/23/09 | _(signature)_ |
| Spinal Immobilization – Supine Patient | 9-23-09 | _S. Berlnet_ |
| Helmet Removal | 9-23-09 | _S. Berlnet_ |

| INTERMEDIATE SKILLS | 1st DATE | INSTRUCTOR/ PRECEPTOR | 2nd DATE | INSTRUCTOR/ PRECEPTOR |
|---|---|---|---|---|
| Combitube™ Proficiency (including SA) | 9/23/09 | SK | | |
| IV Techniques | 9/23/09 | AB | | |
| I.M. and Subcutaneous Injection Technique | 9/23/09 | AB | | |
| Medication Administration | 9/23/09 | _(signature)_ | | |
| Mucosal Atomizer Device (M.A.D.) | 9/22/09 | _(signature)_ | | |

| PARAMEDIC SKILLS | 1st DATE | INSTRUCTOR/ PRECEPTOR | 2nd DATE | INSTRUCTOR/ PRECEPTOR |
|---|---|---|---|---|
| EZ–IO (Intraosseous Infusion) | | | | |
| Set-Up for Infusion – Using Stopcock | | | | |
| Endotracheal Intubation | | | | |
| Oral | | | | |
| Nasal | | | | |
| Use of Flex-Guide™ Intubating Stylet | | | | |
| Recognition of Tension Pneumothorax | | | | |
| Needle Decompression of Chest | | | | |
| Needle Cricothyroidotomy | | | | |

G:\EMS\Forms\EMS00-51.DOC
Revised 10-01-07; Effective 1/01/08

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006969

STUDENT/APPLICANT NAME (Print) Christopher Canotto EMS / EMS-RN NUMBER 100260

STUDENT/APPLICANT SIGNATURE _____ DATE 5-8-08

---

**Please Check the Appropriate Boxes and Follow Directions Listed on Back of Form:**

☐ Cert/Recertification    ☐ Licensure    ☐ EMS Instructor    ☐ EMS RN

Certification/Licensure Level:    ☒ EMT-B    ☐ EMT-I    ☐ EMT-P

---

# SKILLS PROFICIENCY RECORD

| BASIC SKILLS | DATE | INSTRUCTOR/PRECEPTOR |
|---|---|---|
| Airway Adjuncts | 5/8/08 | |
| Oxygen Administration | | |
| Suction | | |
| Bag-Valve-Mask Ventilation Techniques | | |
| Patient Assessment & Management – Trauma | 5/8/08 | |
| Patient Assessment & Management – Medical | 5/8/08 | |
| Immobilization – Traction Splints | 5/8/08 | |
| Spinal Immobilization – Seated Patient – KED | 5/8/08 | |
| Spinal Immobilization – Supine Patient | 5-8-08 | JSC |
| Helmet Removal | 5-8-08 | JSC |

| INTERMEDIATE SKILLS | 1st DATE | INSTRUCTOR/PRECEPTOR | 2nd DATE | INSTRUCTOR/PRECEPTOR |
|---|---|---|---|---|
| Combitube™ Proficiency (including SA) | 5/8/08 | | | |
| IV Techniques | 5.8.08 | | | |
| I.M. and Subcutaneous Injection Technique | | | | |
| Medication Administration | | | | |
| Mucosal Atomizer Device (M.A.D.) | | | | |

| PARAMEDIC SKILLS | 1st DATE | INSTRUCTOR/PRECEPTOR | 2nd DATE | INSTRUCTOR/PRECEPTOR |
|---|---|---|---|---|
| EZ–IO (Intraosseous Infusion) | | | | |
| Set-Up for Infusion – Using Stopcock | | | | |
| Endotracheal Intubation | 5/8/08 | | | |
| Oral | | | | |
| Nasal | | | | |
| Use of Flex-Guide™ Intubating Stylet | | | | |
| Recognition of Tension Pneumothorax | | | | |
| Needle Decompression of Chest | | | | |
| Needle Cricothyroidotomy | 5/8/08 | | | |

G:\EMS\Forms\EMS00-51.DOC
Revised 10-01-07; Effective 1/01/08

**CONFIDENTIAL**    CNLV006970
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

Licensure applicants who are not National Registry certified will be required to demonstrate skill proficiency (within the last six months) up to and including the applicant's level of certification prior to issuance of an EMT license by the Southern Nevada Health District.

Recertification applicants must successfully demonstrate skill proficiency as described below prior to issuance of an EMT certificate by the Southern Nevada Health District.

EMT-BASIC
- Recertification requirement – All EMT-Basic skills once during the recertification period

EMT-INTERMEDIATE
- Recertification requirement – All EMT-Basic skills once during the recertification period
  All EMT-Intermediate skills annually during the recertification period

EMT-PARAMEDIC
- Recertification requirement – All EMT-Basic and Intermediate skills once during the recertification period
  All EMT-Paramedic skills annually during the recertification period

EMS INSTRUCTOR/PRECEPTOR
- All skills up to and including the applicant's level of certification.
- Physicians, registered nurses and physician's assistants shall demonstrate all skills up to and including EMT-Paramedic level.

The SNHD approved instructor/preceptor signing for a skill is verifying the performance of the skill was observed and that the performance met or exceeded the minimum proficiency requirements.

| Instructor/Preceptor Name (Printed) | Instructor/Preceptor Signature | Initials as Signed | Instructor/Preceptor EMS Number |
|---|---|---|---|
| | | | 55697 |
| JOHN HAWKINS | | BS | 6862 |
| Bryce Evans | | JSC | 59073 |
| Justin Campbell | | KM | NV Med 11053 |
| Alex Malone | | JCC | 50065 |
| Jay G. Crawler | | TA | 57077 |
| Travis Horton | | SC | 25899 |
| KOCHEVAR | Smile Kochevar | | |
| | | | |
| | | | |
| | | | |

## Transfer of Care
## Review

NAME: C. CANDITO                    DATE: 2-6-08

1.    What 2 events must occur to fulfill the definition of a "Transfer of Care"?

      1) Patient is transferred to an appropriate place in the ED.
      2) Verbal report is given to the receiving RN or their designee.
      3) A completed Patient Care Report is left with the RN.
      4) The EMS providers gurney and gear are cleaned.

      A) 1 and 2
      B) 1 and 3
      C) 2 and 4
      D) 3 and 4

2.    When does the EMS Provider "Check In" the patient to the TOC System?

      A) Immediately upon arrival to the ER.
      B) After a bed assignment has been made.
      C) After a patient has been transferred to an appropriate place in the ER.
      D) After a verbal report has been given to the RN or their designee.

3.    True or False:  Only the receiving RN or their designee needs to
      "Transfer" the patient in the TOC System.

      True
      False

4.    Which patient should an "Immediate Transfer" NOT be used for?

      A) Critical patients.
      B) Patients taken directly to the waiting room.
      C) Pediatric patients.
      D) All of the above.

5.    Exception reports are required whenever a "Transfer of Care" has not
      occurred in  30  minutes.

6.    If a patient is not input into the TOC system by EMS providers, what
      selection do you make under "Agency" in the Transfer screen?

      A) Any agency.
      B) Leave it blank.
      C) EMS did not check in.
      D) None of the above.

**CONFIDENTIAL**                    CNLV006972
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

# Class B with F Endorsement Training

**NAME:** CHRIS CANDITO          **TRN #:** 8366

**INSTRUCTOR:** GEORGE HALL          **TRN. #:** 691

The Nevada Department of Motor Vehicles requires that all non-commercial Class A/B driver license applicants, who acquire their license through a "Third Party Company", complete a documented training program.  Applicants must complete the prescribed training and submit this documentation along with form DMVBF-1 (Request for Class B-F Exam) before being scheduled for the Class B-F drive test.

**Note to Third Party Certifiers:** If you are the instructor listed above, by law, you may not conduct the final drive test.

1. **VEHICLE INSPECTION:**  Applicants must perform a DMV recognized pre-trip inspection.

**Engine Compartment:**          **INITIAL/DATE:** 2/14 691

> **Oil, Coolant, and Power Steering Fluid-** levels are good.
> **Leaks-** none under the engine
> **Belts-** are tight and in good condition (not more than ¾ inch of play)
> **Alternator-** is not damaged and is securely mounted
> **Air Compressor-** is not damaged or leaking and is securely mounted.  Belt or Gear driven.

**Vehicle Exterior:**          **INITIAL/DATE:** 2/14 691

> **Mirrors-** are adjusted from the inside. They are clean, tight, undamaged, no illegal stickers.
> **Windshield-** is clean, undamaged, with no illegal stickers.
> **Tires-** Check inflation with a gauge or mallet, Tread depth not less than 4/32 in on the front tires and not less than 2/32 inch on the rear tires.  No abrasions, bulges, or cuts in the side walls.
> **Lug Nuts-** none missing, they are tight and secured, no damage, and holes are not out-of-round.
> **Rims-** No cracks or other damage, there are no welds.
> **Lights-** Lenses are not cracked, damaged, or missing, and all lights work when turned on for the front and back of the vehicle.
> **Air Leaks-** No audible air leaks on the brake and suspension systems

**In Cab Inspection/Start up:**          **INITIAL/DATE:** 2/14 691

> **Gauges-** Temperature, Oil Pressure, Voltmeter, Air Pressure gauges work and are within normal operating ranges.

**Signature Applicant:** _____          **Signature Instructor:** George Hall          **DMVBF-4**



# Class B with F Endorsement Training

**Steering Wheel-** not damaged, no more than 2 inches of play on a 20in. steering wheel.
**Brake Test-** Does the appropriate NLVFD brake test procedure.
**Parking Brake-** should hold in drive with foot off the brake.
**Mirrors/Windshield-** clean and undamaged, mirrors adjusted properly, no illegal stickers.
**Wipers-** not damaged, work when turned on.
**Horn-** works properly
**Heater/Defroster-** heats and works when turned on.

2. **DRIVE TRAINING:** Applicants must have a minimum 10 hrs. street driving logged on form DMVBF-3 (Class B-F Driver Log).

**Safe Operations:**                              **INITIAL/DATE:** _ℒH 691_

**Starting- Buckle Up,** adjust mirrors, check gauges.
**Behind the Wheel-** Driver attention, scan ahead, hand position.
**Turns-** Signal, look at side mirrors, clear blind spots, look through the turn.
**Stops-** Smooth stops, gap distance, stop behind line/crosswalk.
**Traffic Signs-** Obey all posted signs.
**School Zones-** Slow down when children are present and during school hours.
**Rules of the Road-** Following distance, speed limits, common sense.
**Defensive Driving-** Avoiding road hazards, anticipate, reaction and braking time.

**Backing and Parking:**                         **INITIAL/DATE:** _ℒH 691_

**Spotter-** Always use a spotter when backing (the **ONLY** exception is on the rodeo course)
**Backing-** practice the straight line backing and alley dock rodeo events.
**Parking-** Staying within the boundary lines.

3. **ROUND TABLE DISCUSSION:** Applicants should discuss topics and how they pertain to safe vehicle operations.

**Discussion Topics:**                           **INITIAL/DATE:** _ℒH 691_
**Communication-** principles and procedures for proper communication, and the hazards of failure to signal and communicate properly.
**Night Operations-** preparations and procedures for night driving.
**Hazard Perceptions-** Clues for recognition of hazards.
**Space Management-** Procedures and Techniques for controlling the space around the vehicle.
**Speed Management-** The importance of understanding the affects of speed.
**Emergency Maneuvers-** Information concerning how and when to make emergency maneuvers.
**Relationship of Cargo to Vehicle Handling-** understanding of how cargo/weight affects vehicle handling.
**Alcohol and Drugs**

**Signature Applicant:**                  **Signature Instructor:** _George Hall_     DMVBF-4

**CONFIDENTIAL**     CNLV006974
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



RESTRICTIONS:



DOB: 09/16/1987
ISS: 03/28/2013



CLASS: B - Single veh GVWR > 26,000 lbs; may tow veh < 10,000 lbs

ENDORSEMENTS: F - Fire/Farm/Military

RESTRICTIONS: J - Must carry detail form



"BATTLE BORN"

Case 2:22-cv-00688-GMN-BNW   Document 131-16   Filed 08/02/26   Page 70 of 84

# NEVADA

USA
NV

## DRIVER LICENSE

1 CANDITO
2 CHRISTOPHER NEAL

15 Sex **M**   16 Hgt **5'09"**   17 Wgt **200**   18 Eyes **BRO**

9 Class **B**   9a End **F**   19 Hair **BRO**   4a Iss **03/28/2013**

12 Restr **J**   5 DD 00012054433042833008

4d DL NO. **0002147403**

3 DOB

4b Exp **09/16/2017**

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No. 2:22-cv-568-DJA

CNLV006977



**Jim Gibbons**
**Governor**

**Edgar J. Roberts**
**Director**

Thank you for your application with the
Nevada Department of Motor Vehicles for your
INSTRUCTION PERMIT

### This interim document expires on: 10/21/2009

Issued: 09/21/2009

DLN/ID:0002147403



**CANDITO**
**CHRISTOPHER NEAL**

Class: B       End: F       Rest: X
Sex: M        Ht: 5'10"     Wt: 210
Eyes: BRO     Hair: BRO     DOB:

Signature _____

RID: N          DD:0001205443303/15233472

- **This document is not valid to establish identity, eligibility for employment, or public benefits.**
- **If you are applying for a driver's license or instruction permit, this document is valid to drive only.**
- **This is an official document. It is a violation of Nevada state law to alter, forge, counterfeit, or to transfer the use of this document to another person.**

------------------------------------ Fold Here ------------------------------------

- If you have not received your driver's license or identification card in the mail by the expiration date at the top of this form, please contact the DMV at:

Reno/Sparks/Carson City (775) 684-4DMV (4368)
Las Vegas Area (702) 486-4DMV (4368)
Rural Nevada (877) 368-7828

- NRS 482.385 requires new residents to register all vehicles operated in the state of Nevada within 60 days of becoming a resident or at the time they obtain a driver's license, whichever occurs earlier.

www.dmvnv.com

**You're just a click away from being first in line.**

Registration Renewal • Registration Fee Estimates • Personalized Plate Search
Vehicle Tax History • Insurance Verification Responses and Reinstatements
DL Renewals • Driver History Printouts • Report Smoking Vehicles
Drive Test Scheduling • DMV Business License Information

\*\*CONFIDENTIAL\*\*                    CNLV006978
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



**Field Services Division**
Reno/Sparks/Carson City (775) 684-4DMV (4368)
Las Vegas Area (702) 486-4DMV (4368)
Rural Nevada (877) 368-7828
Fax: (775) 684-4992
Website: www.dmvnv.com

# Driver Certification
## Non-Commercial Class A/B

*To be completed by an authorized certifier:*

I certify that the person named on this application is exempt from federal commercial driver license regulations as a paid employee or volunteer of the fire department. I further certify that the following individual has demonstrated the ability to safely operate the vehicle(s) noted below.

Name **Chris Candito**  SSN ███████

Department **NLV FD**  Date of Exam **1-15-10**

☐ **Class A** Combination of vehicles with a gross combination weight rating (GCWR) of 26,001 pounds or more, towing a vehicle with a gross vehicle weight rating (GVWR) in excess of 10,000 pounds.
**(Example: articulated engine, tender, truck)**

☒ **Class B** Single vehicle with a gross vehicle weight rating (GVWR) of 26,001 pounds or more, towing a vehicle with a GVWR not in excess of 10,000 pounds
**(Example: single chassis engine, tender, truck)**

| Yes | No | |
|-----|----|----|
| ☒ | ☐ | Vehicle is equipped with air brakes |
| ☒ | ☐ | Vehicle is equipped with automatic transmission |
| **28** | | Pre-trip inspection score (total correct) |
| **15** | | Basic skills/road test combined score (total missed) |

Overall Test Results:   ☒ Pass      ☐ Fail

**The approved Record of Examination (drive test score sheet) must accompany this certification**

I certify all statements made on this application are true. I understand any misstatement of facts may cause the cancellation of my authorization to certify driving ability.

Certifier Name (please print) **Sheei Byrne**

Department **Fire Dept**  Certification Number **LF 316**

Signature **David Byrne**  Date **1-15-10**

DLD-14 (Revised 11/01)

**CONFIDENTIAL**    CNLV006979
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

7 DMV

Thank you for your application with the
Nevada Department of Motor Vehicles for your
DRIVER LICENSE

**This interim document expires on: 10/29/2017**

DLN/ID 0002147403                                          Issued 09/14/2017

CANDITO
CHRISTOPHER NEAL                Class: S        End: F        Rest:
274 CALLIOPE DR                 Sex: M          Ht: 5'09"     Wt: 210
HENDERSON NV 89074-1207         Eyes: BRO       Hair: BRO     DOB: 09/16/1987

Signature _____

- This document is not valid to establish identity, eligibility for employment, or public benefits.
- If you are applying for a driver's license or instruction permit, this document is valid to drive only.
- This is an official document. It is a violation of Nevada state law to alter, forge, counterfeit, or to transfer the use of this document to another person.

---

Fold here

- If you have not received your driver's license or identification card in the mail by the expiration date at the top of this form, please contact the DMV at:

  Reno/Sparks/Carson City (775) 684-4DMV (4368)
  Las Vegas Area (702) 486-4DMV (4368)
  Rural Nevada (877) 368-7828

- NRS 482.385 requires new residents to register all vehicles operated in the state of Nevada within 30 days of becoming a resident or at the time they obtain a driver's license, whichever occurs earlier.

- If you were informed by DMV staff that your immigration documents are pending verification with the Department of Homeland Security, it is your responsibility to resolve any discrepancies to ensure issuance of your driver's license or identification card. Call (800) 375-5283 to speak with a USCIS representative.

www.dmvnv.com

You're    Registration Renewal • Registration Fee Estimates • Personalized Plate Search
just a    Vehicle Tax History • Insurance Verification Responses and Reinstatements
click away  DL Re...
from      Drive Test ... ...king Vehicles
being first
in line.

**CONFIDENTIAL**

**CONFID006080**



## New Hire Driving Form
### New Hire Practice Obstacle Course (NH-OCT-1)

| Driving Candidate's Name: CHRIS CANDITO | Training # 8366 Initials - cc | Submittal Date: 12/15/09 |
|---|---|---|
| Candidate's Company Officer: CHUCK WILLIAMS | Training # 779 Initials - cw | |

☑ Copy of Candidate Class B Permit and City ID on File in Training
☑ Candidate received instruction on Obstacle Course
☐ Candidate allowed to practice obstacle course
☐ Candidate is ready to be evaluated on obstacle course

Candidate Signature

*The information below is to be filled in by the Training Division*

### Obstacle Course Evaluation Session

| Truck Obstacle Course | Pass | Fail | Comments |
|---|---|---|---|
| Offset Alley | ✓ cw | | |
| Diminishing Lane Clearance | ✓ cw | | |
| Straight Line Backing | ✓ cw | | |
| Alley Dock | ✓ cw | | |
| Serpentine Forward | ✓ cw | | |
| Serpentine Backward | ✓ cw | | |
| Truck Unit or City # 1008 | Total Truck Hours 4 | | |

| Engine Obstacle Course | Pass | Fail | Comments |
|---|---|---|---|
| Offset Alley | ✓ cw | | |
| Diminishing Lane Clearance | ✓ cw | | |
| Straight Line Backing | ✓ cw | | |
| Alley Dock | ✓ cw | | |
| Serpentine Forward | ✓ cw | | |
| Serpentine Backward | ✓ cw | | |
| Engine Unit or City # | Total Engine Hours 4 | | |

12-9-09 cw

☑ Candidate recommend to move on to street driving

779

Training Captain Signature and Training Number

Total Combined Driving Hours 8

12/15/09

Date

NH-OCT-1

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006981

# Drive Test Record of Examination

Name __Chris Candito__     Date __1-15-10__  Class __B w/F Endorsem__
I.D. Number __000 214 7403__     Date of Birth ▮▮▮▮▮  Endorsements __F__
Examiner __Sheri Byrne__     Plate Number __EX 48485__  Year/Make __2009/Pierce__
Air Brakes: ☒ Yes ☐ No     Retest Date _____

## CLASS A/B; ENDORSEMENT R/J DRIVE TEST

__LF1020__                              __LF316__

| Engine Compartment | | Engine Start-Up | | Walk Around | | | |
|---|---|---|---|---|---|---|---|
| Oil Level | ☒ | Oil Pressure Builds | ☒ | Rims | ☒ | Safety chains | ▯ |
| Coolant Level | ☒ | Ammeter/Voltmeter | Ⓞ | Tires | ☒ | Mounting bolts | ▯ |
| Power Steering Fluid | ☒ | Air Brake Check | ☒ | Lug nuts | ☒ | Platform | ▯ |
| Alternator | ☒ | Mirrors, windshield | ☒ | Air/electric lines | ☒ | Release arm | ▯ |
| Air Compressor | ☒ | Wipers | ☒ | Airlines/electric/hydraulic | | Kingpin/apron | ▯ |
| Any Leaks | ☒ | Horn(s) | ☒ | connections | ☒ | Light/reflectors: | |
| | | Heater/defroster | ☐ | Ring | ▯ | Front | ☒ |
| | | | | Safety latch | ▯ | Rear | ☒ |
| | | | | Locking pin | ▯ | Air Leaks | ☒ |
| | | | | Trailer tongue | ▯ | | |

Pre-Trip Score __28__

| Maneuvers | Score | | Left Turns | | Score | | Right Turns | | Score | |
|---|---|---|---|---|---|---|---|---|---|---|
| Use of mirrors | ☒ | 0 | FIRST TURN: | Signal | 4 2 | 0 | FIRST TURN: | Signal | 4 2 | 0 |
| Proper clutch use | 3 | ① | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Proper shifting | 2 | ③ | | Turn | 4 2 | 0 | | Turn | 4 2 | 0 |
| Eyes on road shifting | 2 | ② | | Speed | 2 .. | 0 | | Speed | 2 .. | 0 |
| Both hands on wheel | 4 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Does not coast | 5 | 0 | | | | | | | | |
| Keeps vehicle in lane | ☒ | 0 | SECOND TURN: | Signal | 4 2 | 0 | SECOND TURN: | Signal | 4 2 | 0 |
| School zone (if applicable) | 10 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Following | 5 | 0 | | Turn | 4 2 | 0 | | Turn | 4 2 | 0 |
| Lane change left | 4 | 0 | | Speed | 2 .. | 0 | | Speed | 2 .. | 0 |
| Lane change right | 4 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Control engine RPM | 2 | 0 | | | | | | | | |
| Approach to intersection (first and second intersection) | 4 | 2 | THIRD TURN: | Signal | 4 2 | 0 | THIRD TURN: | Signal | 4 2 | 0 |
| | | | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Select proper lane | 4 | 0 | | Turn | 4 2 | 0 | | Turn | 4 2 | 0 |
| Stop sign (first and second) | 4 | 2 | | Speed | 2 .. | 0 | | Speed | 2 .. | 0 |
| Stop line/pedestrian crossing | 4 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Stop gap | 3 | 0 | | | | | | | | |
| Stop on grade | 2 | 0 | FOURTH TURN: | Signal | 4 2 | 0 | FOURTH TURN: | Signal | 4 2 | 0 |
| Start on grade | 2 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |
| Speed | 5 | 0 | | Turn | 4 2 | 0 | | Turn | 4 2 | 0 |
| Use of brakes downhill | 5 | 0 | | Speed | 2 .. | 0 | | Speed | 2 .. | 0 |
| Speed - RPM downhill | 5 | 0 | | Lane | 2 .. | 0 | | Lane | 2 .. | 0 |

## BASIC SKILLS:

| ALLEY DOCK | | STRAIGHT-LINE BACKING | | |
|---|---|---|---|---|
| Pullups | 0 ☒ 2 3 4 5 | Pullups | 0 1 2 3 4 5 | **Basic Skills and** |
| Encroachments | 0 ☒ 2 3 4 5 | Encroachments | 0 1 2 3 4 5 | **Road Test Score** __15__ /15 |
| Rear dock (2 feet) | 0 ☒ | Stop line (2 feet) | 0 1 | |

**Automatic disqualifications:** ☐ Law violation ☐ Dangerous action ☐ Cellular Phone Use ☐ Accident caused by driver error ☐ Other

**CONFIDENTIAL**

CNLV006982

Comments __Needs to_____

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

DMVBF-1



New Hire Driving Form

## Request for Class B "F" Exam (DMVBF-1)

| Firefighter Name: CHRISTOPHER CANDITO | Training # 8366 | Date: 1/63 |
|---|---|---|
| Company Officer: CHUCK WILLIAMS | Training # 779 | |

I would like to be scheduled for my State of Nevada **DMV Class B "F" endorsement license exam** with a North Las Vegas Fire Department Examiner. I have completed the following:

1. The written exam
2. Obtained my learners permit
3. Performed the department obstacle course
4. Practiced street driving
5. Received instruction from an examiner on Pre-trip, Air Brakes, and walk around inspection of a Fire apparatus.

SB08-16-07

1

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006983

| Date | Apparatus | Starting Location | Ending Location | Miles | Total Time | Engineer | Trn # |
|---|---|---|---|---|---|---|---|
| 1/02 | T56 | ST. 56 | DEER SPRINGS / ALIANTE | 1 | 15 | JH | 691 |
| **Comments** | | | | | 950 | | |
| 1/02 | T56 | DEER SPRINGS / ALIANTE | ST. 56 | 1 | 15 | JH | 691 |
| **Comments** | | | | | 5.05 | | |
| 1/02 | T56 | ANN / CLAYTON | DECATUR / I-15 | 1 | 15 | JH | 691 |
| **Comments** | | | | | 5.20 | | |
| 1/02 | T56 | DECATUR / I-15 | ST. 56 | 2 | 15 | JH | 691 |
| **Comments** | | | | | 5.35 | | |
| 1/03 | T56 | N.5 / I-15 | ST. 56 | 6 | 25 | JH | 691 |
| **Comments** | | | | | 5.50=6 | | |
| 1/03 | T56 | ST. 56 | ALIANTE / DEER SPRINGS | 1 | 15 | JH | 691 |
| **Comments** | | | | | 6.45 | | |
| 1/03 | T56 | ALIANTE / DEER SPRINGS | ST. 56 | 1 | 15 | JH | 691 |
| **Comments** | | | | | 6.30 | | |
| 1/03 | T56 | AREA FAMILIARIZATION | | 50 | 3.5 | JH | 691 |
| **Comments** | | | | | | | |
| | | | | | | | |
| **Comments** | | | | | | | |

CNLV006984

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

2

| Date | Apparatus | Starting Location | Ending Location | Miles | Total Time | Engineer Trn # |
|------|-----------|-------------------|-----------------|-------|------------|----------------|
| 12/21 | T 56 | ST. 56 | FIREGATEBIRD | 1 | 10 | JH 691 |
| Comments | | | | | | |
| 12/21 | T 56 | COSTCO | ST. 56 | 2 1/2 | 15 | JH 691 |
| Comments | | | | | | |
| 12/21 | T 56 | BLACK CORAL | ST. 56 | 1 | 10 | JH 691 |
| Comments | | | | | | |
| 12/22 | T 56 | ST. 56 | NLV GARAGE | 7 | 25 | |
| Comments | | | | | | |
| 12/22 | T 56 | NLV GARAGE | ST. 56 | 7 | 30 | |
| Comments | | | | 270 | | |
| 12/28 | T 56 | ST. 56 | ALIANTE / DEER SPRIN | 1 | 15 | |
| Comments | | | | ·35 | | |
| 12/28 | T 56 | ALIANTE / DEER SPRING | ST. 56 | 1 | 15 | |
| Comments | | | | 250 | | |
| 12/28 | T 56 | AREA FAMILIARIZATION | | 30 | 1.5 | JH 691 |
| Comments | | | | 1400 | | |
| 1/02 | T 56 | SHADOW RIDGE | ST. 56 | 2.5 | 15 | JH 691 |
| Comments | | | | 435 | | |

CNLV006985

**CONFIDENTIAL**

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

2

BD-NEDL-01

# North Las Vegas Fire Department
## CLASS B DRIVER

### Non-Emergent Driving Log

CNLV006986

*This form is to be submitted to the Training Division upon completion of 10 hours of Non-Emergent driving.*

| Class B Driver Candidate Name ↓ | | Print Company Officer Name ↓ | |
|---|---|---|---|
| CHRIS CANDITO | | CHUCK WILLIAMS | |
| **Class B Driver Candidate Signature ↓** | **TRN #** | **Company Officer Signature ↓** | **TRN #** |
| | 8366 | | 719 |

**Date(s)** 12/21 – 1/03   **Page #** 1 of 3

*The Class B Driver Candidate must complete at least 10 hours of Non-Emergent driving in as many different conditions possible. (E.g. Day, night, highway, interstate, residential, commercial and school zones)  USE ADDITIONAL SHEETS AS NEEDED!*

Below section to be filled out by the Class B Driver Candidate    Gray section below to be completed by Engineer

EXAMPLE:

| Date | Apparatus | Starting Location | Ending Location | Miles | Total Time | Engineer  Trn # |
|---|---|---|---|---|---|---|
| 07/01/08 | E51 | Station 51 | Station 52 | 3 | 12 min | JB 750 |

| Date | Apparatus | Starting Location | Ending Location | Miles | Total Time | Engineer  Trn # |
|---|---|---|---|---|---|---|
| 12/21 | T 56 | ST. 56 | ST. 53 | 4 | 20 | JH 691 |
| Comments | | | | | | |
| 12/21 | T 56 | ST. 53 | SIMMONS & ANN | 2½ | 10 | JH 691 |
| Comments | | | | | | |
| 12/21 | T 56 | SIMMONS & ANN | ST. 56 | 1½ | 10 | JH 691 |
| Comments | | | | | | |

Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA    **CONFIDENTIAL**

1

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006987

# NORTH LAS VEGAS FIRE DEPARTMENT
# CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY

*Christopher Candito*

### HAS COMPLETED THE

## 2016 ANNUAL PHYSICAL



_____
**ARC SIGNATURE**

9-28-16
**DATE**

# NORTH LAS VEGAS FIRE DEPARTMENT
# CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY

Chris Candito

HAS COMPLETED THE

## 2015 ANNUAL PHYSICAL

RESCUE

10-20-15

**ARC SIGNATURE and DATE**

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006988

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA



# NORTH LAS VEGAS FIRE DEPARTMENT
# CERTIFICATE OF COMPLETION

### THIS IS TO CERTIFY

*Chris Candito*

### HAS COMPLETED THE

## 2017 ANNUAL PHYSICAL

*10-12-17*

**ARC SIGNATURE**                                    **DATE**

CNLV006989

# WOODEN ON LEADERSHIP™

THE ART OF
## SUCCESS

## PYRAMID OF SUCCESS

**COMPETITIVE GREATNESS**
"Perform at your best when your best is required. Your best is required each day."

FAITH

PATIENCE

**POISE**
"Be yourself. Don't be thrown off by events whether good or bad."

**CONFIDENCE**
"The strongest steel is well-founded self-belief. It is earned, not given."

**CONDITION**
"Ability may get you to the top, but character keeps you there – mental, moral, and physical."

**SKILL**
"What a leader learns after you've learned it all counts most of all."

**TEAM SPIRIT**
"The star of the team is the team. 'We' supercedes 'me'."

**SELF-CONTROL**
"Control of your organization begins with control of yourself. Be disciplined."

**ALERTNESS**
"Constantly be aware and observing. Always seek to improve yourself and the team."

**INITIATIVE**
"Make a decision! Failure to act is often the biggest failure of all."

**INTENTNESS**
"Stay the course. When thwarted try again; harder; smarter. Persevere relentlessly."

**INDUSTRIOUSNESS**
"Success travels in the company of very hard work. There is no trick, no easy way."

**FRIENDSHIP**
"Strive to build a team filled with camaraderie and respect: comrades-in-arms."

**LOYALTY**
"Be true to yourself. Be true to those you lead."

**COOPERATION**
"Have utmost concern for what's right rather than who's right."

**ENTHUSIASM**
"Your energy and enjoyment, drive and dedication will stimulate and greatly inspire others."

"Success is peace of mind which is a direct result of self-satisfacti in knowing you made the effort to become the best of which you are capable."

John Wooden, Head Coach

SUCCESS

Success is not a destinati it is a journey.

## 12 LESSONS IN LEADERSHIP

1. Good Values Attract Good People
2. Love Is The Most Powerful Four-Letter Word
3. Call Yourself A Teacher
4. Emotion Is Your Enemy
5. It Takes 10 Hands To Make A Basket
6. Little Things Make Big Things Happen
7. Make Each Day Your Masterpiece
8. The Carrot Is Mightier Than A Stick
9. Make Greatness Attainable By All
10. Seek Significant Change
11. Don't Look At The Scoreboard
12. Adversity Is Your Asset

www.CoachJohn

**CONFIDENTIAL**
Produced pursuant to Protective Order, U.S. Dist. Court Case No.: 2:22-cv-568-DJA

CNLV006990