# EXHIBIT 16 –
# Clark County Coroner Report

CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA )
                     ss: 20-01032
COUNTY OF CLARK )

I, Michelle Littlefield, who after first being duly sworn deposes and says:

1. I am the Office Specialist of the Clark County Coroner / Medical Examiner (hereinafter "Coroner") and I am the custodian of the records of the Coroner.

2. On or about the 8th day of September, 2022, I received a Subpoena Duces Tecum from Lagomarsino Law in connection with the case entitled, "2:22-CV-568-DJA".

3. In response to the Subpoena referenced above, attached are records that I believe to have been made in the course of regularly conducted activity of the Coroner at or near the time of the facts, events, conditions or opinions recited therein by, or from information transmitted to, a person with knowledge of the facts, events, conditions or opinions recited therein.

4. That these records produced by the Coroner appear to be true and complete copies of the records of the Coroner that are made in the course of regularly conducted activity of the Coroner.

5. With respect to the documents that are part of this subpoena request but are not generated by the Coroner consisting of 3rd party reports, records and documents, those documents are part of Coroner's file but are not made in the course of the regularly conducted activity of the Coroner and I do not know whether they are true and exact copies of the original.

_____
Michelle Littlefield
Office Specialist

SUBSCRIBED AND SWORN to before me
This 14th day of August, 2022

_____
Notary Public of and for said County and State

Leslie Honeycutt
Notary Public, State of Nevada
Certificate No: 14-15335-1
My Comm. Expires: March 29, 2023

1 of 1

**Clark County Coroner/Medical Examiner**
1704 Pinto Lane
Las Vegas, NV  89106
(702) 455-3210



**REPORT OF INVESTIGATION**
**Coroner Case**

## CALL INFO

| NAME OF DECEASED (LAST, FIRST MIDDLE) | AKA | CASE NUMBER |
|---|---|---|
| **Slatsky, Tiffany** | | **20-01032** |

| INVESTIGATOR | REPORTED BY | REPORTING AGENCY | REFERENCE NUMBER |
|---|---|---|---|
| Tiffany Brown | James Igoe, RN | St. Rose Hospital - Siena | 10305426 |

| CALL DATE AND TIME | DISPATCH DATE AND TIME | ARRIVAL DATE AND TIME | RETURN DATE AND TIME |
|---|---|---|---|
| 2/23/2020 12:05:00 PM | 2/23/2020 12:45:00 PM | 2/23/2020 1:30:00 PM | 2/23/2020 7:00:00 PM |

## DECEDENT

| DATE AND TIME OF DEATH | AGE | GENDER | RACE | VET? |
|---|---|---|---|---|
| 2/23/2020 9:53:00 AM | 25 Yrs | Female | Caucasian | ☐ |

| RESIDENT COUNTY | TELEPHONE NO. | DATE OF BIRTH | |
|---|---|---|---|
| Clark | (999) 999-9999 | Confidential | |

| SOCIAL SECURITY NO. | DRIVER'S LIC. NO. AND STATE | OCCUPATION | EMPLOYER |
|---|---|---|---|
| | | | |

| MARITAL STATUS | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|
| Married | 66 | 121 | | Brown |

| CLOTHING | SCARS/TATTOOS/MARKS |
|---|---|
| Black bra and black underwear | / / |

## DEATH

| LOCATION OF DEATH | AT RESIDENCE |
|---|---|
| St. Rose Hospital - Siena | |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY |
|---|---|
| 3001 St. Rose Pkwy  Henderson, NV  89052 | Clark |

| ✔ PRONOUNCED BY | AGENCY |
|---|---|
| Dr. Gardner | St. Rose Hospital - Siena |

## INCIDENT

| LOCATION OF INCIDENT | AT WORK |
|---|---|
| Residence | |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY |
|---|---|
| 831 Coronado Center Drive #25105  Henderson, NV  89052 | Clark |

| DATE AND TIME OF INCIDENT | INVESTIGATING AGENCY | OFFICERS |
|---|---|---|
| 2/23/2020 9:00:00 AM | Henderson Police Department | Detective Calvano, CSA Bone |

## NOTIFICATION

| LEGAL NEXT OF KIN | RELATIONSHIP | TELEPHONE NO. |
|---|---|---|
| Christopher Candito | Husband | (702) 334-3780 |

| NOTIFIED BY | METHOD | DATE AND TIME |
|---|---|---|
| Tiffany Brown | In Person | 2/23/2020 2:15:00 PM |

| NAME OF PERSON NOTIFIED | RELATIONSHIP | TELEPHONE NO. |
|---|---|---|
| Christopher Candito | Husband | (702) 334-3780 |

| IDENTIFIED BY | METHOD | DATE AND TIME |
|---|---|---|
| Christopher Candito | Viewing | 2/23/2020 2:30:00 PM |

## DISP

| TRANSPORTED TO MORGUE BY | TRANSPORTED TO MORTUARY BY |
|---|---|
| Hites Funeral Services | Hites Funeral Services |

| FUNERAL HOME | CLOTHING RELEASED |
|---|---|
| | ✔ Yes  ☐ No |

| TYPE OF EXAM | EXAM BY |
|---|---|
| Autopsy | Christina Di Loreto M.D. |

## VEHICULAR

DECEDENT WAS
☐ Pedestrian ☐ Driver ☐ Passenger ☐ Bicyclist ☐ Motorcyclist ☐ Skateboard ☐ Motorized Wheelchair

| VEHICLE | LICENSE NUMBER | STATE |
|---|---|---|
| | | |

| OCCURRED ON PRIVATE PROPERTY | DECEDENT WEARING SEATBELT? | SEAT POSITION | DECEDENT WEARING CRASH HELMET? |
|---|---|---|---|
| | | | |



**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210

**REPORT OF INVESTIGATION**

**Case Number: 20-01032**

| | | | |
|---|---|---|---|
| **DECEDENT NAME:** | Tiffany Slatsky | **DATE OF BIRTH:** | Confidential |
| **ALSO KNOWN AS:** | | **AGE:** | 25 |
| **LOCATION OF DEATH:** | St. Rose Hospital - Siena | **SSN:** | |
| **DATE OF DEATH:** | 02/23/2020 | **TIME OF DEATH:** | 9:53 AM |

## SUMMARY OF INVESTIGATION

**Reason for Coroner Jurisdiction:**
Undetermined death. Referencing Henderson Police Department (HPD) Event # 20-3829 and St. Rose Hospital-Siena Campus Medical Record # 10305426.

**Circumstances of Death:**
Per HPD preliminary investigation, on the night of 2/22/2020 the decedent was at her residence with her husband, son and female friend. The decedent reportedly complained of chest pain and took two morphine pills. She reportedly started acting strange shortly after taking the morphine by slurring her words, would not open her eyes, and was barely able to walk. The decedent's husband, who is a North Las Vegas Fire Department (NLVFD) Paramedic drove the decedent to NLV Fire Station 51 and gave her Narcan. She reportedly began to act normal after she was given the Narcan and the husband drove her back to their residence. They reportedly went to bed for the night and when the husband woke up on the morning of 2/23/2020 he found the decedent unresponsive and yelled for the female friend to call 911. The husband picked the decedent up and carried her out to the sidewalk and waited for paramedics. Upon arrival of Henderson Fire Department (HFD) they carried the decedent back into her residence and began life saving measures. They continued life saving measures and transported her to St. Rose Hospital- Siena Campus. Life saving measures were continued until death was pronounced at 0953 hours on 2/23/2020 by Dr. J. Gardner.

**Medical History:**
Per the decedent's husband, Christopher Candito, the decedent had a medical history of acid reflux, depression and anxiety. He denied any recent hospitalizations, surgeries or falls. He stated that the decedent would normally take morphine for acid reflux. He did not know where the decedent would get the morphine from or why it was in a baggie found inside their residence. He stated that she would occasionally consume alcohol and would smoke tobacco cigarettes. The decedent would use illicit drugs to deal with the stress being an adult entertainer. He stated that he did not know what she would use or where she would get it. He later stated that he and the decedent would do ecstasy every couple months or whenever they needed to talk, wanted to feel close and connect to one another. He denied any suicidal ideations, verbalizations, or attempts. He denied any previous overdoses.

There were prescriptions medications located in the kitchen area of the residence.

*Dissemination is restricted.*
*Secondary dissemination of this document is prohibited*

Signature: _____

Tiffany Brown, Coroner Investigator
P000247

1 of 5

**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210



**REPORT OF INVESTIGATION**

Case Number: 20-01032

## Scene:

The decedent was originally found unresponsive on the living room floor of her residence that she shared with her husband and three year old son located at 831 Coronado Center Drive Unit #25105, Henderson, NV 89052. The residence was cluttered and unkempt. There was apparent resuscitative medical trash found in the living room of the residence that was left behind by responding HFD Paramedics. There were open bags of chips found in the living room of the residence. Multiple bottles of prescription medication, apparent steroids, and ondansetron (Zofran) found in the kitchen of the residence. There were also small baggies of a white powder substance located in the kitchen of the residence. There was a baggie of pink morphine pills located in the kitchen of the residence. There were no obvious signs of struggle or foul play present.

The decedent's husband's truck was parked outside of their apartment. There was an empty Narcan box and syringe located inside the truck on the front passenger floorboard. There was a blue baggie containing an orange ecstasy pill with a Tesla logo and a white capsulated pill. A baggie with apparent mushrooms and alcohol was also located.

## Body:

On 2/23/2020 at approximately 1500 hours I viewed the body of a 25 year old Caucasian female lying supine on a standard hospital gurney. She was wearing a black sports bra and black underwear and covered by a white sheet. There were multiple medical interventions present and left in place. Lividity was blanching to her posterior and consistent with her position. There was discoloration noted to her neck that appeared to be lividity. Full body rigor mortis was present. There was no crepitus noted to her head upon palpation. Her eyes appeared red, cloudy, and congested. Her ears appeared free of any obvious fluids. Her neck, chest, abdomen, and posterior appeared free of any obvious trauma. There were contusions noted to her lower extremities. There were no signs of life present. Dr. J. Gardner pronounced death at 0953 hours on 2/23/2020.

## Property:

Inventory of Personal Effects Form # 182001 indicates no property was impounded. The decedent's husband was present on scene and the residence and vehicle was left to him. The decedent's jewelry was left on her person and later collected at examination at Clark County Office of the Coroner/Medical Examiner (CCOCME).

## Forensic Issues and Reasons for Seal:

- Coroner Seal # 841142 utilized due to suspicious circumstances.
- Decedent's husband is reportedly a North Las Vegas Fire Department Paramedic.
- Decedent's husband reportedly took the decedent to NLV Fire Station 51 and started an IV on her in the front passenger seat of his truck in the parking lot of the fire station.
- Decedent's husband reportedly took Narcan and Ondansetron from the fire stations as well as a flush, a bag of fluid and the equipment to start an IV.
- There were blue baggies with a white powder substance found in the decedent's kitchen.
- There was a baggie of Morphine pills found in the kitchen of the residence.

*Dissemination is restricted.*
*Secondary dissemination of this document is prohibited*

Signature: _Tiffany Brown_

Tiffany Brown, Coroner Investigator
P000248

**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210



**REPORT OF INVESTIGATION**

Case Number: 20-01032

- There were ecstasy pills found in the decedent's husband's truck.

## Witnesses and Information Sources:
HPD Detective N. Calvano
HPD Crime Scene Analyst (CSA) M. Bone
Kayla Szabo, friend
Christopher Candito, husband

## Narrative:
On 02/23/2020 at approximately 1205 hours James Igoe, RN with St. Rose Hospital Siena Campus contacted this office to report the decedent's death. He provided preliminary information stating that the decedent possibly overdosed on morphine and the decedent's husband drove her to his fire station to get her Narcan. He stated that an officer from Henderson Police Department was present with the decedent.

HPD Detective N. Calvano was contacted by Senior Investigator R. Flores and he advised that they were trying to complete interviews and would be a couple of hours before they were ready for an investigator's response. Senior Investigator R. Flores contacted me to advise of the circumstances. I responded to CCOCME, arriving at approximately 1300 hours. Myself and Senior Investigator Flores responded to the incident location arriving at approximately 1330 hours. We met with HPD Detective N. Calvano who provided limited information regarding the circumstances. He stated that the decedent's husband "lawyered up" and was not giving them a statement but the friend that was there at the time of the incident stated that the decedent took morphine and then started overdosing. She stated that the decedent's husband took her to his fire station in North Las Vegas and gave her Narcan. When they got back home the decedent was acting normal, they all went to sleep, and the friend woke up to the decedent's husband yelling to call 911.

Myself and Senior Investigator R. Flores met with the decedent's friend, Kayla Szabo, at the entrance of the apartment complex near the entry gate. Kayla stated that she picked up the decedent and her husband on the early morning hours (approximately 0600-0700 hours) of 02/22/20 from the Golden Nugget Hotel & Casino after she got off work. She stated the decedent and her husband were attending a track suit firefighter party on the night of 02/21/20 and stayed until she picked them up as they were both too intoxicated to drive home. They arrived at the decedent's apartment sometime around 0700 hours or 0800 hours and they hung out and then went to sleep in the living room. She stated later in the afternoon when they woke up the decedent complained of chest pain and she took 3 morphine tablets. The decedent started to act like she was out of it and possibly overdosing so her husband took her to the fire station to get Narcan. Kayla stated she stayed home with the decedent's 3 year old son while the decedent's husband took her to the fire station. The decedent and her husband returned to the residence at approximately 2330 hours and at that time the decedent appeared to be acting back to normal. They went to sleep for the night and Kayla reportedly woke up on the morning of 02/23/20 to the decedent's husband yelling at her to call 911. Kayla stated that the decedent had a history of depression, anxiety and acid reflux which she took morphine to treat. She stated that the decedent had a history of cocaine and molly use but she was unsure when the decedent last used.

*Dissemination is restricted.*
*Secondary dissemination of this document is prohibited*

Signature: _____
Tiffany Brown, Coroner Investigator
P000249

3 of 5



**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210

**REPORT OF INVESTIGATION**

Case Number: 20-01032

Kayla then walked myself and Senior Investigator R. Flores over to the apartment the decedent's husband was present at 831 Coronado Center Drive # 1203, Henderson, NV 89052. I met with the decedent's husband, Christopher Candito, who stated he and the decedent went to a party at the Golden Nugget Hotel and Casino on the night of February 21st, 2020. He stated that they left the decedent's three year old son with his ex-wife to babysit while they were out. When they went to the party the decedent seemed to be fine with no complaints. He stated while they were at the party they were drinking all night and the decedent did two lines of cocaine and 2 ecstasy pills while at the party. He stated that he did not want to give me any more information about the party as he did not want to get anyone else in trouble. He stated that they stayed at the party all night long until the decedent's friend, Kayla, picked them up at approximately 0600 hours. She took them home to their apartment and Kayla stayed there with them. Once they got home they continued to drink and hang out. Kayla reportedly wanted Vodka to drink so Christopher reportedly went to the grocery store to get some. The three of them then took a nap on the living room floor. They woke up around 1600 hours when his ex-wife brought the decedent's son home. At that time the decedent complained of chest pain which Christopher says is acid reflux. He advised her to go take morphine as that is what she normally did when she would have chest pain/acid reflux. Not long after the decedent took morphine he stated she started slurring her words and was not acting normal like she was overdosing. He thought that if she ate something she would start to feel better so he went back to the grocery store to buy snacks. When he returned to the apartment he tried to get the decedent to eat some chips but that did not help. She continued to appear that she was starting to overdose as she seemed out of it and was slurring her words. The husband drove the decedent to North Las Vegas Fire Station 51 to get Narcan. He stated that he chose to drive to the fire station rather than go to a hospital that was closer or call 911 because the hospitals would not have taken the decedent as she was still breathing, still had a pulse and was aroused when he would rub her leg. He stated he did not think that the decedent was actively overdosing and he wanted to get the Narcan so he would not have to worry about her overdosing throughout the night. When they arrived at the fire station he went into the fire station and left the decedent in the front passenger seat of his truck. He grabbed supplies to start an IV, Narcan and Zofran. He stated that he grabbed the Zofran because he knows that when you give Narcan it can make you nauseus. He stated that he started the IV in her right antecubital fossa. He gave her two milligrams of Narcan and she appeared to be normal after that. He did not have to give her Zofran but when they arrived back to their apartment at approximately 2300 hours he stated that Kayla was not feeling well so he gave her Zofran. After she took the Zofran they were all feeling better so they started drinking again. He did not know if the decedent did any more drugs at that time. They all went to sleep in the living room of the apartment at approximately 0200 hours on February 23rd, 2020. He woke at approximately 0830 hours, found the decedent unresponsive and yelled for Kayla to call 911 as he started cardiopulmonary resuscitation (CPR). Once he heard the sirens he picked the decedent up and carried her outside to the curb, as he said he knows from being a paramedic, that in this situation they just want to scoop her up and go. Once the paramedics arrived they took the decedent back into the apartment where they worked on her before transporting her to the hospital.

Initially the decedent's husband started to provide information and when we started talking about the party the husband stopped and asked if he needed an attorney to speak with me. I explained to him that he certainly did not have to speak with me without an attorney if he did not want too. I explained to him that I am separate from law enforcement however we do work together and all the information that I receive from him will be shared

*Dissemination is restricted.*
*Secondary dissemination of this document is prohibited.*

Signature: _____

Tiffany Brown, Coroner Investigator
P000250

**Clark County Coroner**
1704 Pinto Lane
Las Vegas, NV 89106
(702) 455-3210



**REPORT OF INVESTIGATION**

Case Number: 20-01032

with law enforcement as we work together during our investigation. I explained my purpose for my questions and the importance of the information to assist in determining cause and manner of death. He then asked me if he could go back to his residence. I advised him that the detectives and crime scene analyst were still at his residence but I would call them and ask how much longer they would be. I called HPD Detective N. Calvano who advised they would be a bit longer and he offered to respond over to advise the husband when he was finished with the scene. The husband then asked me if I could bring him a pair of shoes. After approval from HPD Detective N. Calvano I responded to the residence and grabbed the husband a pair of shoes and took them back to him at his friend's residence.

The decedent was wrapped in a white sheet and placed into a bag that was secured with CCOCME seal #841142. She was transported directly to the CCOCME by Hites Funeral Services attendants, per rotation.

**Special Requests:**
None

**Tissue/Organ Donation:**
Nevada Donor Network (NDN) protocol was followed.
PCH

*Dissemination is restricted.*
*Secondary dissemination of this document is prohibited.*

Signature: _____

Tiffany Brown, Coroner Investigator

P000251

5 of 5