# EXHIBIT 17 –

## Excerpts of the Deposition Transcript of Nicholas Robison

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIAH MAAS, as Special )
Administrator for the Estate of )
Tiffany Slatsky, MARTIN SLATSKY, )
as parent and legal guardian of )
CADE SLATSKY, a minor ) CASE NO.
) 2:22-cv-00568-DJA
          Plaintiffs, )
)
     vs. )
)
CHRISTOPHER CANDITO, an )
individual; ANDREW CLAPPER, an )
individual; NICHOLAS ROBISON, an )
individual; ANDREW STOCKER, an )
individual; STEVEN HONSOWETZ, an )
individual; CITY OF NORTH LAS )
VEGAS, a municipality; NORTH LAS )
VEGAS FIRE DEPARTMENT, a City of )
North Las Vegas agency; GNLV, LLC)
dba GOLDEN NUGGET HOTEL & CASINO,)
a Domestic Limited-Liability )
Company; DOMAIN PROPERTY OWNER )
)
_____)

(continued)

          VIDEOTAPED DEPOSITION OF NICHOLAS ROBISON

                  Taken by Plaintiffs

               Taken on Tuesday, July 25, 2023

                      At 10:04 a.m.

          At Lewis Brisbois Bisgaard & Smith, LLP

          6385 South Rainbow Boulevard, Suite 600

                    Las Vegas, Nevada

REPORTED BY:  CINDY MAGNUSSEN, RDR, CRR, CCR NO. 650

NEVADA FIRM NUMBER 028F

CERTIFIED COPY

Nicholas Robison ~ July 25, 2023
* * * Videotaped Deposition * * *

I only ask that if I have asked a question, you answer that question first, and then we can take a break.  Does that make sense?

A.  Yes.  I pee a lot, sorry, so there might be a lot of breaks.

Q.  You're fine.

Do you understand that you're here today regarding a case involving the death of Ms. Tiffany Slatsky?

A.  Yes.

Q.  And how did you first learn about Ms. Slatsky's death?

A.  On the -- well, there was rumors the day it happened when the battalion chief asked us to check all the Narcan levels at all the stations.  There were rumors that something happened between Chris and Tiffany.

Q.  Did you hear those rumors from any specific sources?

A.  I don't remember.

Q.  You said your chief asked you to check the Narcan levels.  What was the chief's name?

A.  Jeff Hurley.

Q.  And how would you check the Narcan levels at the stations?

A.  I just went to one of my paramedics and said,

Nicholas Robison ~ July 25, 2023
\* \* \* Videotaped Deposition \* \* \*

Q.   October of 2021?

A.   '22.  I mean --

Q.   Or 2002?

A.   '02.

Q.   Yes.

A.   '02.

Q.   And did you receive any disciplinary action while you were in the academy?

A.   No.

Q.   Were you drug tested at any time during the academy?

A.   Before you even started the academy.

Q.   But were there any other drug tests during the academy process?

A.   No.

Q.   And what year did you leave the fire department? The City -- the North Las Vegas Fire Department, I should specify.

A.   Yeah.  It's 2020.

Q.   And what circumstances did you leave under?

A.   I was terminated.

Q.   What were you terminated for?

A.   Sick leave abuse.

Q.   Did you appeal that decision?

A.   I did.

Nicholas Robison ~ July 25, 2023
* * * Videotaped Deposition * * *

A.   No.

Q.   So going back to your termination from the fire department, how were you informed about your termination?

A.   A phone call.

Q.   And who was that phone call from?

A.   Joe Calhoun.

Q.   Were you expecting that phone call?

A.   No.

Q.   And were there any meetings after that regarding your termination but prior to your appeal?

A.   No.

Q.   Were you ever interviewed by the City in relation to the party?

A.   No.

Q.   Were you ever asked by anyone in the fire department if you were at the party?

A.   Not that I can recall.

Q.   Have you been employed anywhere else between being terminated from the North Las Vegas Fire Department and being employed at the companies you currently are employed at?

A.   Anywhere else?

Q.   Yes.

A.   Yeah.  I have been employed at a lot of places.

Q.   And where were those?

Nicholas Robison ~ July 25, 2023
* * * Videotaped Deposition * * *

A.   Yes.

Q.   When did you see it?

A.   When I -- after I was terminated.

Q.   Does this appear to be a true and correct copy of the termination letter that you received?

A.   Yes, it does.

Q.   Okay.  Now, the date on this letter appears to be December 10th, 2020; is that correct?

A.   Yes.

Q.   And I know -- do you recall testifying previously that a lot of the -- or the investigation into the party happened after you had left the fire department.  Correct?

A.   Yes.

Q.   Okay.

So you would not have been interviewed by anyone within the fire department about the party?

A.   No.

Q.   Immediately -- I'll say in the week following the party, do you recall whether or not the City issued or -- issued drug tests to any of the attendees?

A.   Not that I recall.

Q.   I'm also assuming they didn't issue you a drug test in the week following the party?

A.   No.  They did not.

Nicholas Robison ~ July 25, 2023
* * * Videotaped Deposition * * *

Page 149

CERTIFICATE OF REPORTER

I, Cindy Magnussen, Certified Court Reporter, State of Nevada, do hereby certify:

That I reported the videotaped deposition of Nicholas Robison, commencing on Tuesday, July 25, 2023, at 10:04 a.m.

That prior to being deposed, the witness was duly sworn by me to testify to the truth.  That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript is a complete, true and accurate transcription of my said shorthand notes.  That prior to the conclusion of the proceedings, the reading and signing was requested by the witness or a party.

I further certify that I am not a relative or employee of counsel of any of the parties, nor a relative or employee of the parties involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have set my hand in my office in the County of Clark, State of Nevada, this 7th day of August, 2023.

_____
CINDY MAGNUSSEN, RDR, CRR, CCR No. 650