# EXHIBIT 18 –
## Honsowetz Investigative Interview

# Investigative Interview

| | |
|---|---|
| **Employee:** | Steven Honsowetz, Firefighter |
| **RE:** | Conduct |
| **Date:** | February 18, 2022 |
| **Time:** | 0800 |
| **Location:** | Executive conference room, Fire Administration |

<u>During this Interview, you are entitled to Union Representation if desired</u>.

An Investigative Interview is being performed, pursuant to the collective bargaining agreement between the City of North Las Vegas and International Association of Firefighters Local 1607, to determine if you have violated the Administrative Policy 3.06 Standards of Conduct for the City of North Las Vegas and or the Standard Operating Guideline (SOG) 1.0.0 General Rules of Conduct for the North Las Vegas Fire Department (NLVFD).

## Garrity Statement

You are ORDERED to answer questions that are specifically and narrowly related to the performance of your duties, your fitness for office and your specific conduct or your knowledge of the conduct of others, surrounding this incident(s). You are entitled to all of your rights and privileges guaranteed by the laws and the Constitution of this State, and the Constitution of the United States, including the right not to be compelled to incriminate yourself. You are further advised that should you refuse to answer questions relating to the performance of your duty, fitness for duty or your knowledge of conduct surrounding this incident(s), you will be subject to administrative charges which could result in your dismissal from employment with the City of North Las Vegas. If you do answer, neither your statements, any information nor evidence that is gained by reason of such statement may be used in any subsequent criminal proceeding against you. However, these statements, information or evidence may be used against you or others in relation to subsequent administrative charges, should they occur.

You are ordered to answer all questions relating to this incident truthfully. Failure to do so shall lead to additional administrative charges that, if proven, shall lead to disciplinary action, up to and including termination of employment.

ACKNOWLEDGEMENT: I have read and understand the above statement.

_____
Employee's Signature

_____
Investigator's Signature

_____
Witness's Signature

**HONSOWETZ 0019**

**CITY OF NORTH LAS VEGAS FIRE DEPARTMENT**
**Disciplinary Action Form**

Employee Name: Steven Honsowetz _____ Position: Firefighter _____
Assignment: Station 51 - B shift _____ Immediate Supervisor: Captain John Bernstein _____

### SECTION 1: INVESTIGATIVE INTERVIEW

*This Investigative Interview concerns a problem that may lead to formal discipline. A summary of the problem is given below. You have the right to respond in person at this time or elect to respond in writing within 48 hours of the date/time signed by the Interviewer below. Failure to respond either in person, or in writing, could result in disciplinary action being taken against you without your input. A decision regarding what, if any, disciplinary action may be imposed will be made after consideration of any response you may offer.*

Purpose of Investigative Interview:      ☑ CONDUCT      ☐ ATTENDANCE      ☐ PERFORMANCE

Interviewer Comments:
See investigative interview _____
_____
_____
_____

Employee Comments:
See investigative interview _____
_____
_____
_____

Union Representative: Craig Romey, Union President _____

* Signature of Employee: _____ Date/Time: 02/18/22    0800
Signature of Interviewer: _____ Date/Time: 2/18/2022    0802
Signature of Witness: _____ Date/Time: 02.18.22    0800

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SECTION 2: DISCIPLINARY MEETING

*Your response, if any, to the problem identified above has been considered. It has been decided to impose the action indicated below. Failure to correct a problem may result in more serious action being imposed against you at a later time.*

Action to be taken:      ☐ None      ☐ Counseling      ☐ Step 1      ☐ Step 2      ☐ Step 3 (# of shifts _____ )      ☐ Step 4

Database Entry:   Date: ___/___/___      Admin Hearing Held?   ☐ No   ☐ Yes   Date: ___/___/___

Effective Dates of Action:  Active Date: ___/___/___      Inactive Date: ___/___/___

Union Representative: _____

Suggested corrective actions:
_____
_____
_____

* Signature of Employee: _____ Date/Time: _____
*(Acknowledging Receipt)*
Signature of Interviewer: _____ Date/Time: _____
*(Notify the next level of supervision when disciplinary action is imposed)*
Signature of Witness: _____ Date/Time: _____

*Disciplinary actions may be appealed. Consult the appropriate Labor Agreement for the proper procedures.

**HONSOWETZ 0020**

1. Are you familiar with the EDPP Guide?

Yes,

2. Do you understand that dishonesty could lead to further discipline, up to, and including termination?

Yes

3. Why do you believe you have been named as a defendant in the lawsuit filed by Mariah Maas, as Special Administrator for the Estate of Tiffany Slatsky?

I am unsure but my guess is that I was standing next to Stocker when he checked into the hotel and the hotel asked for my name as well.

4. Did you work directly at the same fire station and shift with any of the other defendants (Robison, Clapper, Stocker, and Candito) in this case at the time of the alleged wrongdoing? If so, who and at what station and shift?

Robison was my captain. Stocker and Candito were rovers on B shift.

5. Were you present at the party in question at the Golden Nugget on February 21, 2020? If so, from when to when?

Yes. Approximatly 5 pm - 2 am.

HONSOWETZ 0021

6. Did you plan or assist in the planning of the party that took place at The Golden Nugget on February 21, 2020?  If you did not plan or assist in the planning of the party who did?

_No   I was not.  Stocker planned the party._

7. What was the occasion for the party at the Golden Nugget on February 21, 2020?

_Stockers   Birthday   Party._

8. Were you aware that illicit drugs were going to be present at the party prior to the party starting?

_NO._

9. Were you later aware that illicit drugs were being consumed at the party?

_NO._

10. Did you engage in the purchase, trade, or sale of any illicit drugs that were used at the party?

_NO._

11. Do you know what types of illicit drugs were at the party?

_NO._

HONSOWETZ 0022

12. Have you ever heard people refer to Station 51 as the "party station?" Are you aware of anyone who works at Station 51 that is engaged in purchasing, selling, trading, or using steroids or any other illicit drugs?

No. No.

13. What time did you leave the party that started the night of February 21, 2020?

Approximatly 2 am.

14. Did you provide any morphine pills to the decedent (Tiffany Slatsky) at the party or at any time?

No.

15. Where you ever present when decedent ingested any illicit drugs?

No.

16. Did you ever witness the decedent or any other person at the party exhibiting behavior that appeared to look like they were overdosing?

No.

17. Is there anything else you would like to add to this interview?

No.

Signature of Employee _____  Date: 02/18/22

Signature of Interviewer _____  Date: 2/18/22

Signature of Witness _____  Date: 02.18.22

## CITY OF NORTH LAS VEGAS FIRE DEPARTMENT
### Disciplinary Action Form

**Employee Name:** Steven Honsowetz                              **Position:** Firefighter
**Assignment:** Station 51 - B shift                              **Immediate Supervisor:** Captain John Bernstein

### SECTION 1: INVESTIGATIVE INTERVIEW

*This Investigative Interview concerns a problem that may lead to formal discipline. A summary of the problem is given below. You have the right to respond in person at this time or elect to respond in writing within 48 hours of the date/time signed by the Interviewer below. Failure to respond either in person, or in writing, could result in disciplinary action being taken against you without your input. A decision regarding what, if any, disciplinary action may be imposed will be made after consideration of any response you may offer.*

**Purpose of Investigative Interview:**     ☑ CONDUCT        ☐ ATTENDANCE        ☐ PERFORMANCE

**Interviewer Comments:**
See Investigative interview
_____
_____
_____

**Employee Comments:**
See Investigative Interview
_____
_____
_____

**Union Representative:** Craig Romey, Union President
* **Signature of Employee:** _[signature]_                    **Date/Time:** 02/18/22    0800
**Signature of Interviewer:** _[signature]_                    **Date/Time:** 2/18/2022    0802
**Signature of Witness:** _[signature]_                    **Date/Time:** 02.18.22    0800

-------------------------------------------------------------------------------------------
### SECTION 2: DISCIPLINARY MEETING

*Your response, if any, to the problem identified above has been considered. It has been decided to impose the action indicated below. Failure to correct a problem may result in more serious action being imposed against you at a later time.*

**Action to be taken:**     ☒ None    ☐ Counseling    ☐ Step 1    ☐ Step 2    ☐ Step 3 (# of shifts _____)    ☐ Step 4

**Database Entry:  Date:** ___/___/___        **Admin Hearing Held?**  ☐ No  ☐ Yes  **Date:** ___/___/___

**Effective Dates of Action: Active Date:** ___/___/___    **Inactive Date:** ___/___/___

**Union Representative:** CRAIG ROMEY

**Suggested corrective actions:**
PLEASE KEEP US INFORMED OF ANY CHANGES TO THE CIVIL LAWSUIT AS IT RELATES
o You, OR IF YOU ARE INFORMED YOU ARE THE SUBJECT OF A CRIMINAL
INVESTIGATION.

* **Signature of Employee:** _[signature]_                    **Date/Time:** 3/7/2022    0800
*(Acknowledging Receipt)*
**Signature of Interviewer:** _[signature]_                    **Date/Time:** 3/1/2022    1540
*(Notify the next level of supervision when disciplinary action is imposed)*
**Signature of Witness:** _____                    **Date/Time:** _____

*Disciplinary actions may be appealed. Consult the appropriate Labor Agreement for the proper procedures.

HONSOWETZ 0024