ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*City of North Las Vegas and*
*the North Las Vegas Fire Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual, ANDREW CLAPPER, an individual, NICHOLAS ROBISON, an individual, ANDREW STOCKER, an individual, CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-568-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendants' reply in support of motion for summary judgment in the above-captioned case thirty (31) days, up to and including Monday, October 6, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

162551481.1

The parties seek additional time to file the reply for several reasons, none of which are for an improper purpose or for the purpose of delay. Counsel for Defendants CNLV was in the process of preparing for and attending in a multi-day binding arbitration in the matter entitled, *Veladores v. LVMPD* Case No. 2:17-cv-00062-RFB-MDC. Counsel for CNLV Defendants is and was also preparing for mediation Hollingsworth v. City of North Las Vegas, Case No. 2:21-cv-02230-CDS-NJK.

WHEREFORE, the parties respectfully request that this Court extend the time for the CNLV Defendants to file their reply in support of motion for summary judgment by thirty-one (31) days from the current deadline of September 5, 2025 up to and including October 6, 2025.

IT IS SO STIPULATED AND AGREED.

Dated this 4th day of September, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants
City of North Las Vegas and
the North Las Vegas Fire Department*

Dated this 4th day of September, 2025.

LAGOMARSINO LAW

/s/ Taylor N. Jorgensen
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No.: 6711
TAYLOR N. JORGENSEN, ESQ.
Nevada Bar No.: 16259
3005 West Horizon Ridge Pkwy, Suite 241
Las Vegas, NV 89052

DATED this 4th day of September, 2025.

**CHRISTOPHER CANDITO**

/s/ Christopher Candito
CHRISTOPHER CANDITO
5309 North Campbell Road
Las Vegas, Nevada 89149
*Pro Se*

**IT IS SO ORDERED.**

Dated this 4 day of September, 2025

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

162551481.1

2