LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Defendant Andrew Stocker*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER CANDITO, an individual, ANDREW CLAPPER, an individual, NICHOLAS ROBISON, an individual, ANDREW STOCKER, an individual, CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.:   22-cv-00568-DJA<br><br>**DEFENDANT ANDREW STOCKER'S REQUEST TO BE REMOVED FROM SERVICE LIST AND FROM CM/ECF IN THE INSTANT CASE** |

COMES NOW Defendant ANDREW STOCKER ("Defendant"), by and through undersigned counsel, Adam Levine, Esq., of the Law Office of Daniel Marks, and hereby requests that the Law Office

1

1  of Daniel Marks be removed from the service list, mailing lists, the Court's mailing list and the Court's

2  electronic notices in regard to this instant case.

3  DATED this 26th day of September 2025.

4  LAW OFFICE OF DANIEL MARKS

6  /s/Adam Levine, Esq.
   DANIEL MARKS, ESQ.
   Nevada Bar State No. 002003
7  ADAM LEVINE, ESQ.
   Nevada State Bar No. 004673
8  610 South Ninth Street
   Las Vegas, Nevada 89101
9  *Attorneys for Defendant*
   *Andrew Stocker*

14 **IT IS SO ORDERED**

15 **DATED:** 12:34 pm, October 24, 2025

17 **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I hereby certify that I am an employee of the Law Office of Daniel Marks and that on the 24th day of September 2022, pursuant to NRCP 5(b) and Administrative Order 14-2, I electronically transmitted a true and correct copy of the above and foregoing DEFENDANT ANDREW STOCKER'S REQUEST TO BE REMOVED FROM SERVICE LIST AND FROM CM/ECF IN THE INSTANT CASE by way of Notice of Electronic Filing provided by the court mandated E-file & Serve system, to the e-mail address on file for:

| | |
|---|---|
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No.: 6711<br>TAYLOR N. JORGENSEN, ESQ.<br>Nevada Bar No.: 16259<br>**LAGOMARSINO LAW**<br>3005 West Horizon Ridge Pkwy, Suite 241<br>Las Vegas, NV 89052<br>*Attorneys for Plaintiffs* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>Robert.Freeman@lewisbrisbois.com<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>Matt.Freeman@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>702.893.3383<br>FAX: 702.893.3789<br>*Attorneys for Defendants*<br>*City of North Las Vegas and the North Las Vegas Fire Department* |
| Christopher Candito<br>5309 North Campbell Road<br>Las Vegas, Nevada 89149<br>*Pro Se* | |

/s/Joi E. Harper
An employee of the
LAW OFFICE OF DANIEL MARKS