AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Mariah Maas et al.,

                Plaintiffs,

   v.

Christopher Candito et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00568-GMN-BNW

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

JUDGMENT entered in favor of Defendant, City of North Las Vegas, and against Plaintiffs, Mariah Maas and Martin Slatsky.

03/30/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ RJDG
_____
Deputy Clerk