AO 133    (NVD Rev. 04/23)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| MARIAH MAAS, ET AL | ) | |
| | ) | |
| v. | ) | Case No.: 2:22-cv-568-GMN-BNW |
| | ) | |
| CITY OF NORTH LAS VEGAS, ET AL | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/30/2026___ against ___Plaintiff___ ,
                                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,032.21 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 17,778.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 128.27 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7,214.99 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 36,349.31 |
| TOTAL | $ | 63,503.03 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

DECLARATION:  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service                 ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:    /s/  Robert W. Freeman_____

Name of Attorney:  Robert W. Freeman, Esq._____

For: _____City of North Las Vegas_____     Date:  ___04/10/2026___
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____      _____
    *Clerk of Court*                      *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*City of North Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky, MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor, MARTIN SLATSKY,<br><br>          Plaintiffs,<br><br>    vs.<br><br>CHRISTOPHER CANDITO, an individual, ANDREW CLAPPER, an individual, NICHOLAS ROBISON, an individual, CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | CASE NO. 2:22-cv-568-GMN-BNW<br><br>**CITY OF NORTH LAS VEGAS' BILL OF COSTS – DETAILED ITEMIZATION** |

## <u>ITEMIZATION BY CATEGORY</u>

## SERVICE OF SUBPOENAS

| Date | Vendor | Amount |
|---|---|---|
| 8/23/2023 | Service of Subpoena on Kristy Saccavino | $60.62 |
| 8/23/2023 | Service of Subpoena on Kayla Szabo | $60.62 |
| 8/25/2023 | Skip Trace re Kristy Saccavino | $350.00 |
| 8/25/2023 | Skip Trace re Kayla Szabo | $295.00 |
| 9/18/2023 | Service of Subpoena on Kayla Szabo | $334.15 |
| 10/3/2023 | Skip Trace re Kayla Szabo | $350.00 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

174773245.1

| 10/3/2023 | Skip Trace re Kristy Saccavino | $350.00 |
|---|---|---|
| 10/30/2023 | Service of Subpoena on Henderson Police Department | $106.82 |
| 10/31/2023 | Declaration of Due Diligence re Kristy Saccavino | $125.00 |
| | **TOTAL** | **$2,032.21** |

**FEES FOR TRANSCRIPTS**

| Date | Vendor | Amount |
|---|---|---|
| 2/7/2023 | Deposition of Steven Honsowetz | $1,049.50 |
| 2/9/2023 | Deposition of Andrew Stocker | $1,344.50 |
| 4/4/2023 | Deposition of Irina Hansen | $815.00 |
| 5/19/2023 | Deposition of Micah Reyes | $718.00 |
| 6/26/2023 | Deposition of Mariah Maas | $1,070.50 |
| 6/26/2023 | Deposition of Tamara Slatsky | $953.50 |
| 6/29/2023 | Deposition of Martin Slatsky | $1,317.50 |
| 7/12/2023 | Deposition of Andrew Clapper | $1,327.00 |
| 7/25/2023 | Deposition of Nicholas Robison | $985.50 |
| 11/2/2023 | Transcription of Interviews of Christopher Candito, Kayla Szabo, Kristy Saccavino, Mariah Maas, Martin Slatsky, Tamara Slatsky, Kayla Szabo and 911 Call | $1,670.50 |
| 12/20/2023 | Deposition of Nathan Calvano | $1,191.00 |
| 1/25/2024 | Deposition of Christopher Candito | $1,677.50 |
| 11/5/2024 | Deposition of Kevin Kirkendall | $439.50 |
| 11/5/2024 | Digital Video Copy of Deposition of Kevin Kirkendall | $110.00 |
| 11/7/2024 | Deposition of Michael Curtis | $932.25 |
| 11/7/2024 | Digital Video Copy of Deposition of Michael Curtis | $160.00 |
| 11/14/2024 | Deposition of Justin Campbell | $798.00 |
| 11/14/2024 | Digital Video Copy of Deposition of Justin Campbell | $185.00 |
| 11/15/2024 | Deposition of Joseph Calhoun | $798.50 |
| 11/15/2024 | Digital Video Copy of Deposition of Joseph Calhoun | $235.00 |
| | **TOTAL** | **$17,778.25** |

**FEES FOR PRINTING**

| Date | Vendor | Amount |
|---|---|---|
| 6/7/2024 | No Rush Charge Imaging – Mediation Brief Exhibits | $128.27 |
| | | |
| | **TOTAL** | **$128.27** |

**FEES FOR COSTS OF MAKING COPIES OF MATERIALS
NECESSARILY OBTAINED FOR USE IN THE CASE**

| Date | Vendor | Amount |
|---|---|---|
| 1/29/2023 | ProDox – Henderson Fire Department Billing Records | $57.75 |
| 2/3/2023 | ProDox – Henderson Fire Department Records | $59.40 |
| 2/20/2023 | ProDox – St. Rose Dominican Siena Radiology Records | $97.00 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| 2/28/2023 | ProDox – St. Rose Dominican Siena Records | $137.34 |
|---|---|---|
| 2/28/2023 | ProDox – Vituity Nevada Koury and Partners Records | $87.99 |
| 3/10/2023 | ProDox – Nevada State Bank Records | $77.88 |
| 3/13/2023 | ProDox – St. Rose Dominican Siena Records | $40.00 |
| 3/22/2023 | ProDox – Hakkasan Nightclub Records | $97.00 |
| 4/11/2023 | ProDox – Tom Ford Records | $74.10 |
| 6/4/2023 | ProDox – Sapphire Gentleman's Club Records | $59.70 |
| 6/21/2023 | ProDox – Realty 360 Records | $59.10 |
| 6/21/2023 | ProDox – Vitality Medical and Wellness Center Records | $62.05 |
| 7/13/2023 | ProDox – Spearmint Rhino Records | $62.40 |
| 8/28/2023 | ProDox – Vitality Medical and Wellness Center Records | $20.00 |
| 10/30/2023 | ProDox – Spearmint Rhino Records | $40.00 |
| 10/30/2023 | ProDox – Realty 360 Records | $40.00 |
| 3/29/2024 | Digital copy of materials for expert review | $200.47 |
| 3/25/2024 | Digital download of 9 GB of data to be processed into 200 subfolders necessary for production | $5,629.31 |
| 7/17/2024 | ProDox – Department of Treasury Internal Revenue Service Records | $313.50 |
| | **TOTAL** | **$7,214.99** |

**OTHER COSTS**

| Date | Vendor | Amount |
|---|---|---|
| 7/2023 | Richard Clark, M.D. expert witness fees | $7,000.00 |
| 12/2023 | Richard Clark, M.D. expert witness fees | $2,400.00 |
| 3/2023 | Richard Clark, M.D. expert witness fees | $6,600.00 |
| 3/27/2023 | Michael Curtis, M.D. expert witness fees | $6,500.00 |
| 5/2/2024 | Kirkendall Consulting Group expert witness fees | $3,216.00 |
| 5/9/2024 | Jams Mediation retainer | $1,750.00 |
| 6/28/2024 | Jams Mediation | $1,783.31 |
| 9/30/2024 | Michael Curtis, M.D. expert witness fees | $2,000.00 |
| 10/2024 | Richard Clark, M.D. expert witness fees | $2,100.00 |
| 12/30/2025 | ERGO Medico-Legal Consulting | $3,000.00 |
| | **TOTAL** | **$36,349.31** |

**DECLARATION OF ROBERT W. FREEMAN, ESQ.
IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

I, Robert W. Freeman, Esq., hereby declare:

1.    I am an attorney duly admitted to practice in all of the courts of the State of Nevada and I am a partner of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, representing the CITY OF NORTH LAS VEGAS ("CNLV") in this matter.  I have personal knowledge of the facts stated herein, and I am competent to testify to the facts as stated herein.

2.    I make this declaration in good faith and in support of Defendants' Bill of Costs.

3.    I declare that I have personal knowledge of the above costs and disbursements expended; that the items contained in the above memorandum are true and correct to the best of my knowledge and belief; and that the said disbursements have been necessarily incurred and paid in this action.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 10th day of April , 2026.

DATED this 10th day of April, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*
*City of North Las Vegas*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

174773245.1                    4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April, 2026, I electronically filed the **CITY OF NORTH LAS VEGAS' BILL OF COSTS – DETAILED ITEMIZATION** with the Clerk of the Court through Case Management/Electronic Filing System.

ANDRE M. LAGOMARSINO, ESQ. (#6711)
Nevada Bar No. 6711
aml@lagomarsinolaw.com
CORY M. FORD, ESQ. (#15042)
Nevada Bar No. 15042
cory@lagomarsinolaw.com
LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Sydney@lagomarsinolaw.com
denise@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
fileclerk@lagomarsinolaw.com
*Attorneys for Plaintiffs*

LLOYD W. BAKER, ESQ.
Nevada Bar No.: 6893
lloyd@bakerattorneys.net
ANDREW BARTON, ESQ.
Nevada Bar No.: 12692
drew@855bakerlaw.com
BAKER LAW OFFICES
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Diana@855BakerLaw.com
*Attorneys for Plaintiffs*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
NETTLES MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
christian@nettlesmorris.com
*Attorneys for Plaintiffs*

CHRISTOPHER CANDITO
5309 North Campbell Road
Las Vegas, Nevada 89149
canditochristopher@yahoo.com

*/s/ Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

174773245.1                                     5



**American Legal Investigation Services Nevada, Inc**
PI-PS 1452

**P.O. BOX 841441**
**Dallas, TX 75284-1441**

```
55223061      8/23/23      09:27  Lewis Brisbois Bisgaard-Rainbow     Csr: DX*
CONTROL NUMBER
PICKUP                                 DELIVER
LEWIS BRISBOIS BISGAARD & SMITH        Kristy Chanel Gatus Saccavino     Base        68.50
6385 S RAINBOW              600        930 Carnegie Street, Unit 1316    Return
LAS VEGAS        NV  89118             HENDERSON        NV 89052          Wait
See: Kristen                           See: [residence]                 Weight
Req: Kristen Freema                                                      PDF/Ship
Svce: PROCESS-NEXT DAY                             ADVANCE FEE Please    Atmpt/Addr
Acct: 37003                                        advance fee of        Research
Ref: 33407-41                                      $40.8/18/1994XXX-XX-  Misc         7.88-
BOL: 9451386                                       2991DLN:              Fuel Chg
Sign: Bad address                      18:00       Hearing Info: 9/22/2  Adv.Fee
Case#:2:22-cv-568-DJA                                                    Check Chg
CName:NLV adv. Maas                                Pcs:  11
Docs:Subpoena, Letter and Depo Notice                                   Total       60.62
```



**American Legal Investigation Services Nevada, Inc**
PI-PS 1452
P.O. BOX 841441
Dallas, TX 75284-1441

```
55223060      8/23/23      09:24   Lewis Brisbois Bisgaard-Rainbow    Csr: DX*
CONTROL NUMBER
PICKUP                              DELIVER
LEWIS BRISBOIS BISGAARD & SMITH     Kayla Amanda Szabo                Base        68.50
6385 S RAINBOW           600        9110 W. Tropicana Avenue   246    Return
LAS VEGAS       NV  89118           LAS VEGAS        NV 89147          Wait
See: Kristen                                                          Weight
Req: Kristen Freema                                                   PDF/Ship
Svce: PROCESS-NEXT DAY                      ADVANCE FEE Please         Atmpt/Addr
Acct: 37003                                 advance witness fee       Research
Ref: 33407-41                               $40.  SSN:                 Misc        7.88-
BOL: 9454381                                XXX-XX-6226 DOB:           Fuel Chg
Sign: Close out                    11:45    Hearing Info: 9/21/2      Adv.Fee
Case#:2:22-cv-568-DJA                                                 Check Chg
CName:Maas, Mariah v. City of North Las V    Pcs:  11
Docs:Subpoena, Letter and Depo Notice                                Total    .   60.62
```



**P.O. Box 841441**
**Dallas, TX 75284-1441**
**Tax ID: 91-2199437**
**Billing Inquiries: (877) 350-8698**

# INVOICE
### (REPRINT)

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | August 25, 2023 | INV201099-01-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Ordered by:
**Lewis Brisbois Bisgaard & Smith LLP**
**ATTN: Kristen Freeman**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

| Claim No: | File Ref: 33407-41 |
|---|---|
| Plaintiff: Mariah Maas | Subject: Rush skip trace on Kristy Chanel Gastus Saccavino |
| Defendant: Christopher Candito | Date Ordered: 8/24/2023 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Skip Trace - $295** | | | 295.00 |
| **Rush** | 55.00 | 1.00 | 55.00 |

**RECEIVED**
*By Michael.Woodard at 3:52 pm, Sep 08, 2023*

| RUSH Skip $350 | SUB-TOTAL | 350.00 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 350.00 |

Thank you for choosing First Legal Investigations!  For billing inquiries, please call (877) 350-8698.

---

### PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1 Please include invoice number on payment
2 Invoice payment due upon receipt
3 Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | August 25, 2023 | INV201099-01-01 |

| TOTAL DUE: | $ 350.00 |
|---|---|

**Mail Payment to:**
**First Legal Investigations**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Order#:INV201099-01-01/ARINV



P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 91-2199437
Billing Inquiries: (877) 350-8698

# INVOICE
## (REPRINT)

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | August 25, 2023 | INV201100-01-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Ordered by:
**Lewis Brisbois Bisgaard & Smith LLP**
**ATTN: Kristen Freeman**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Claim No:

Plaintiff: Mariah Maas
Defendant: Christopher Candito

File Ref: 33407-41
Subject: Skip trace on Kayla Amanda Szabo
Date Ordered: 8/24/2023

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Skip Trace - $295 | | | 295.00 |
| **RECEIVED** By Michael.Woodard at 3:52 pm, Sep 08, 2023 | | | |
| Reg Skip Trace $295 | | SUB-TOTAL | 295.00 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 295.00 |

Thank you for choosing First Legal Investigations! For billing inquiries, please call (877) 350-8698.

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

1 Please include invoice number on payment
2 Invoice payment due upon receipt
3 Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | August 25, 2023 | INV201100-01-01 |

| TOTAL DUE: | $ 295.00 |
|---|---|

Mail Payment to:
**First Legal Investigations**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Order#:INV201100-01-01/ARINV



# INVOICE
### (REPRINT)

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 91-2199437
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | September 18, 2023 | INP5868-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452

Bill To:
**Robert W. Freeman**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Ordered by:
**Lewis Brisbois Bisgaard & Smith LLP**
**ATTN: Kristen Freeman**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Claim No:

Plaintiff:  Mariah Maas
Defendant:  Christopher Candito

File Ref:  33407-41
Subject:  KAYLA SZABO
Date Ordered:  8/29/2023

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 279.75 |
| Mileage - 0.85 | 64.00 | .85 | 54.40 |

**RECEIVED**
**By Morgan McCauley at 8:55 am, Oct 06, 2023**

| | | |
|---|---|---|
| | SUB-TOTAL | 334.15 |
| Servee: KAYLA SZABO, was NOT served @ 12516 122nd Avenue Ct E Puyallup, WA, 98374-5259 on 9/17/2023 at 10:24 AM | SALES TAX | .00 |
| | TOTAL DUE | $ 334.15 |

Thank you for choosing First Legal Investigations!  For billing inquiries, please call (877) 350-8698.

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

FIRSTLEGAL
INVESTIGATIONS

1  Please include invoice number on payment
2  Invoice payment due upon receipt
3  Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | September 18, 2023 | INP5868-01 |

| TOTAL DUE: | $ 334.15 |
|---|---|

Mail Payment to:
### First Legal Investigations
### P.O. Box 841441
### Dallas, TX 75284-1441

Bill To:
**Robert W. Freeman**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Order#: INP5868-01/ARINV



**INVOICE**

PO Box 745087
Los Angeles, CA 90074-5087
Tax ID: 99-3169047
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 3, 2024 | INV205732-01-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452



**RECEIVED**
By Alyssa.Hinojosa at 4:33 pm, 10/28/24

**Bill To:**
Lewis Brisbois Bisgaard & Smith LLP
6385 S RAINBOW STE 600
LAS VEGAS, NV 89118

**Ordered by:**
Lewis Brisbois Bisgaard & Smith LLP
ATTN: Kristen Freeman
6385 S RAINBOW STE 600
LAS VEGAS, NV 89118

File Ref:                                                       Date Ordered: 10/2/2024

Plaintiff:

Defendant:

Subject: KAYLA AMANDA SZABO

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Skip Trace - $295** | | | 295.00 |
| **Rush** | **55.00** | **1.00** | **55.00** |
| | | SUB-TOTAL | 350.00 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | **$ 350.00** |

Thank you for choosing First Legal Investigations! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 3, 2024 | INV205732-01-01 |

**TOTAL DUE:**          **$ 350.00**

**Mail Payment to:**

**First Legal Investigations
PO Box 745087
Los Angeles, CA 90074-5087**

**Bill To:**
Lewis Brisbois Bisgaard & Smith LLP
6385 S RAINBOW STE 600
LAS VEGAS, NV 89118

Order#:INV205732-01


**FIRSTLEGAL**
INVESTIGATIONS


# INVOICE

PO Box 745087
Los Angeles, CA 90074-5087
Tax ID: 99-3169047
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 3, 2024 | INV205733-01-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**


**RECEIVED**
By Alyssa.Hinojosa at 4:33 pm, 10/28/24

**Ordered by:**
**Lewis Brisbois Bisgaard & Smith LLP**
**ATTN: Kristen Freeman**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

File Ref:                                                          Date Ordered: 10/2/2024

Plaintiff:

Defendant:

Subject:  KRISTY CHANEL GATUS SACCAVINO

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Skip Trace - $295** | | | 295.00 |
| **Rush** | **55.00** | **1.00** | 55.00 |
| | | SUB-TOTAL | 350.00 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | **$ 350.00** |

Thank you for choosing First Legal Investigations!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

**FIRSTLEGAL**
INVESTIGATIONS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 3, 2024 | INV205733-01-01 |

| TOTAL DUE: | **$ 350.00** |
|---|---|

**Mail Payment to:**

**First Legal Investigations**
**PO Box 745087**
**Los Angeles, CA 90074-5087**

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Order#:INV205733-01



**American Legal Investigation Services Nevada, Inc**
PI-PS 1452
**P.O. BOX 841441**
**Dallas, TX 75284-1441**

```
55228255      10/30/23      12:27  Lewis Brisbois Bisgaard-Rainbow     Csr: DX*
CONTROL NUMBER
PICKUP                              DELIVER
LEWIS BRISBOIS BISGAARD & SMITH     Henderson Police Department        Base         75.50
6385 S RAINBOW           600        223 Lead Street                    Return
LAS VEGAS       NV   89118          HENDERSON       NV 89015            Wait    66.82
See: Kristen                        See: Not Availab                   Weight
Req: Kristen Freema                                                    PDF/Ship
Svce: PROCESS-SAME DAY                        ADVANCE FEE Please        Atmpt/Addr
Acct: 37003                                   advance fees $40.00       Research
Ref: 33407-41                                                          Misc          8.68-
BOL: 9843645                                                           Fuel Chg
Sign: Raianne Everhart. La          12:55     Hearing Info: 11/20/      Adv.Fee       40.00
Case#:2:22-cv-568-GMN-DJA                                              Check Chg
CName:Maas, Mariah v. City of North Las V     Pcs:    9
Docs:Subpoena and Depo Notice to Henders                              Total        106.82
```



**FIRSTLEGAL**
INVESTIGATIONS

# INVOICE
### (REPRINT)

P.O. Box 841441
Dallas, TX 75284-1441
Tax ID: 91-2199437
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 31, 2023 | INV201099A-01-01 |

Private Investigator Licenses: CA PI: 24171; AZ PI: 1551710; NV PI-PS: 1452

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

**Ordered by:**
**Lewis Brisbois Bisgaard & Smith LLP**
**ATTN: Kristen Freeman**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

| File Ref: 33407-41 | Date Ordered: 10/30/2023 |
|---|---|

Plaintiff: Mariah Maas
Defendant: Christopher Candito
Subject: Kristy Chanel Gatus Saccavino

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Declaration of Diligence - $125** | | | 125.00 |

| | | | |
|---|---|---|---|
| **Declaration** | | SUB-TOTAL | 125.00 |
| **Declaration** | | SALES TAX | .00 |
| | | TOTAL DUE | **$ 125.00** |

Thank you for choosing First Legal Investigations!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



**FIRSTLEGAL**
INVESTIGATIONS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Legal Investigations

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 96668 | October 31, 2023 | INV201099A-01-01 |

| TOTAL DUE: | **$ 125.00** |
|---|---|

**Mail Payment to:**

**First Legal Investigations**
**P.O. Box 841441**
**Dallas, TX 75284-1441**

**Bill To:**
**Lewis Brisbois Bisgaard & Smith LLP**
**6385 S RAINBOW STE 600**
**LAS VEGAS, NV 89118**

Order#:INV201099A-01

33407-41

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1186561 | 2/14/2023 | 1149255 |

| Job Date | Case No. |
|---|---|
| 2/7/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Steven Honsowetz (Some Parties via Zoom + Videotaped) | 739.50 |
| Exhibits | 135.00 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| **TOTAL DUE  >>>** | **$1,049.50** |

Client Matter No. : **33407-41**
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                    6385 S. Rainbow Blvd.
                    Suite 600
                    Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

*COPY ORDER ON RECORD*
Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

**RECEIVED**
**By Michael.Woodard at 1:56 pm, Mar 14, 2023**

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1186561 |
| Invoice Date | : 2/14/2023 |
| **Total Due** | **: $1,049.50** |

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive**
          **Suite 390**
          **NV License No: 028F**
          **Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1149255 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

33407-41

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1186568 | 2/14/2023 | 1150066 |
| **Job Date** | **Case No.** | |
| 2/9/2023 | 2:22-cv-00568-DJA | |
| **Case Name** | | |
| Mariah Maas vs. Christopher Candito | | |
| **Payment Terms** | | |
| Net 90 | | |

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Andrew Stocker (Some Parties via Zoom + Videotaped) | 1,104.00 |
| Exhibits | 65.50 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| **TOTAL DUE  >>>** | **$1,344.50** |

Client Matter No. : **33407-41**
Location of Job    : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

*COPY ORDER ON RECORD*
Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

---

**Tax ID:** 88-0473546

**RECEIVED**
**By Michael.Woodard at 1:57 pm, Mar 14, 2023**

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.    : 1186568
Invoice Date   : 2/14/2023
**Total Due**    : **$1,344.50**

Remit To: **All American Court Reporters**
**1160 North Town Center Drive**
**Suite 390**
**NV License No: 028F**
**Las Vegas, NV 89144**

Job No.      : 1150066
BU ID        : 3-VEGAS
Case No.     : 2:22-cv-00568-DJA
Case Name    : Mariah Maas vs. Christopher Candito

**RECEIVED**

APR 19 2023

ACCOUNTS PAYABLE - LA

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1188267 | 4/10/2023 | 1151469 |

| Job Date | Case No. |
|---|---|
| 4/4/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Irina Hansen (Some Parties via Zoom) | 658.50 |
| Exhibits | 6.50 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 25.00 |
| **TOTAL DUE   >>>** | **$815.00** |

Client Matter No. : **33407-41**
Location of Job   : Lagomarsino Law
3005 W. Horizon Ridge Pkwy.
Suite 241
Henderson, NV 89052

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

*COPY ORDER ON RECORD*
Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1188267 |
| Invoice Date | : 4/10/2023 |
| **Total Due** | : **$815.00** |

Remit To: **All American Court Reporters**
**1160 North Town Center Drive**
**Suite 390**
**NV License No: 028F**
**Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1151469 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

RECEIVED

By elias ochoa at 10:12 am, Jun 06, 2023

# INVOICE
1 of 1

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1189873 | 6/5/2023 | 1153474 |
| **Job Date** | **Case No.** | |
| 5/19/2023 | 2:22-cv-00568-DJA | |
| **Case Name** | | |
| Mariah Maas vs. Christopher Candito | | |
| **Payment Terms** | | |
| Net 90 | | |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Micah Reyes (Some Parties via Zoom + Videotaped) | 528.00 |
| Exhibits | 40.00 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 25.00 |
| **TOTAL DUE  >>>** | **$718.00** |

Client Matter No. : **33407-41**
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com -

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1189873 |
| Invoice Date | : 6/5/2023 |
| **Total Due** | **: $718.00** |

Remit To: **All American Court Reporters**
**1160 North Town Center Drive**
**Suite 390**
**NV License No: 028F**
**Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1153474 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1190718 | 6/30/2023 | 1154075 |

| Job Date | Case No. |
|---|---|
| 6/26/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Mariah Maas (Some Parties via Zoom)

**RECEIVED**            820.50

Appearance                                                  150.00

E-Transcript Email            **JUL 14 2023**              0.00

Courier                                                       25.00

ACCOUNTS PAYABLE - LA

PDF Bundle Package (TRANSCRIPT)                            50.00

Condensed                                                    25.00

TOTAL DUE  >>>                              **$1,070.50**

Client Matter No. : **33407-41**
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                    6385 S. Rainbow Blvd.
                    Suite 600
                    Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.  All Major credit cards accepted.  **Payments also accepted online at:
www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

---

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.   : 1190718
Invoice Date  : 6/30/2023
**Total Due**    : **$1,070.50**

Remit To:  **All American Court Reporters
            1160 North Town Center Drive
            Suite 390
            NV License No: 028F
            Las Vegas, NV 89144**

Job No.    : 1154075
BU ID      : 3-VEGAS
Case No.   : 2:22-cv-00568-DJA
Case Name  : Mariah Maas vs. Christopher Candito

33407-41

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1190722 | 6/30/2023 | 1154076 |

| Job Date | Case No. |
|---|---|
| 6/26/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Tamara Slatsky (Some Parties via Zoom) | 703.50 |
| Appearance | 150.00 |
| E-Transcript Email | 0.00 |
| Courier | 25.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| Condensed | 25.00 |
| **TOTAL DUE   >>>** | **$953.50** |

**RECEIVED**
By Michael.Woodard at 11:03 am, Jul 13, 2023

Client Matter No. : **33407-41**
Location of Job    : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted. **Payments also accepted online at: www.aacrlv.com**

Files sent to:
nadams@lvnvlaw.com / sderoest@lvnvlaw.com / bpruitt@lvnvlaw.com / Mdillard@lvnvlaw.com / Dsagert@lvnvlaw.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1190722 |
| Invoice Date | : 6/30/2023 |
| **Total Due** | **: $953.50** |

Remit To: **All American Court Reporters**
**1160 North Town Center Drive**
**Suite 390**
**NV License No: 028F**
**Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1154076 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1190806 | 7/6/2023 | 1154368 |

| Job Date | Case No. |
|---|---|
| 6/29/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Martin Slatsky (Some Parties via Zoom) | 1,067.50 |
| Appearance | 150.00 |
| E-Transcript Email | 0.00 |
| Courier | 25.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| Condensed | 25.00 |
| **TOTAL DUE  >>>** | **$1,317.50** |

Client Matter No. : **33407-41**
Location of Job    : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                     6385 S. Rainbow Blvd.
                     Suite 600
                     Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1190806 |
| Invoice Date | : 7/6/2023 |
| **Total Due** | **: $1,317.50** |

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive**
          **Suite 390**
          **NV License No: 028F**
          **Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1154368 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

# INVOICE

1 of 2

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1190958 | 7/14/2023 | 1153476 |

| Job Date | Case No. |
|---|---|
| 7/12/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Andrew Clapper (Some Parties via Zoom + Videotaped) | 942.00 |
| Exhibit | 210.00 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| **TOTAL DUE  >>>** | **$1,327.00** |

Client Matter No. : 33407-41
Location of Job  : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

| **(-) Payments/Credits:** | 0.00 |
|---|---|

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1190958 |
| Invoice Date | : 7/14/2023 |
| **Total Due** | : **$1,327.00** |

**RECEIVED**
**By Angela.Tsarukyan at 8:50 am, Aug 01, 2023**

Remit To: **All American Court Reporters**
**1160 North Town Center Drive**
**Suite 390**
**NV License No: 028F**
**Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1153476 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive
Suite 390
NV License No: 028F
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1191717 | 8/7/2023 | 1154391 |

| Job Date | Case No. |
|---|---|
| 7/25/2023 | 2:22-cv-00568-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Nicholas Robison (Some Parties via Zoom + Videotaped) | 730.50 |
| Exhibit | 80.00 |
| Condensed | 50.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |

**RECEIVED**
*By Michael.Woodard at 1:18 pm, Aug 10, 2023*

TOTAL DUE  >>>            **$985.50**

Client Matter No. : **33407-41**
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                    6385 S. Rainbow Blvd.
                    Suite 600
                    Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.  **Payments also accepted online at: www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

---

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.    : 1191717
Invoice Date   : 8/7/2023
**Total Due**   : **$985.50**

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive**
          **Suite 390**
          **NV License No: 028F**
          **Las Vegas, NV 89144**

Job No.     : 1154391
BU ID       : 3-VEGAS
Case No.    : 2:22-cv-00568-DJA
Case Name   : Mariah Maas vs. Christopher Candito

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1194493 | 11/15/2023 | 1159351 |

| Job Date | Case No. | |
|---|---|---|
| 11/2/2023 | 2:22-cv-568-GMN-DJA | |

| Case Name | |
|---|---|
| Mariah Maas vs. Christopher Candito | |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

8 - Audio Files: Christopher Candito (2/23/20), Kayla Szabo (2/23/20) , Kristy Saccavino (5/21/21),
Mariah Mass (2/25/20) , Martin Slatsky (2/25/20), Tammara Slatsky (2/25/20), Kayla Szabo (3/3/20) & 911 Call

| | |
|---|---|
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Mariah Maas | 150.00 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Martin Slatsky | 246.50 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Kayla Szabo (3/3/20) | 365.50 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Christopher Candito | 150.00 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Kayla Szabo (2/23/20) | 229.50 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Tammara Slatsky | 150.00 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - 911 Call | 150.00 |
| PDF EMAIL (FULL-SIZE TRANSCRIPT) - Kristy Saccavino | 204.00 |
| Courier | 25.00 |

**TOTAL DUE  >>>**  **$1,670.50**

Client Matter No. :!33407-41
Location of Job   :!Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                    6385 S. Rainbow Blvd.
                    Suite 600
                    Las Vegas, NV 89118

Thank you for using All American Court Reporters.  **Payments also accepted online at: www.aacrlv.com**
Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.   : 1194493
Invoice Date  : 11/15/2023
**Total Due**   : **$1,670.50**

Remit To:  **All American Court Reporters**
            **1160 North Town Center Drive, Suite 390**
            **NV License No: 028F**
            **702.240.4393**
            **Las Vegas, NV 89144**

Job No.     : 1159351
BU ID       : 3-VEGAS
Case No.    : 2:22-cv-568-GMN-DJA
Case Name   : Mariah Maas vs. Christopher Candito

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1195870 | 1/8/2024 | 1159413 |

| Job Date | Case No. |
|---|---|
| 12/20/2023 | 2:22-cv-00568-GMN-DJA |

| Case Name | |
|---|---|
| Mariah Maas vs. Christopher Candito | |

| Payment Terms | |
|---|---|
| Net 90 | |

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

**RECEIVED**
By elias.ochoa at 11:03 am, 1/11/24

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Nathan Calvano (Badge #1339) (Some Parties via Zoom) | 755.50 |
| Appearance | 150.00 |
| Condensed Transcript | 50.00 |
| E-Transcript Email | 0.00 |
| Courier | 25.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 160.50 |
| **TOTAL DUE >>>** | **$1,191.00** |

Client Matter No. : 33407-41
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.
All Major credit cards accepted.**Payments also accepted online at: www.aacrlv.com**

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.    : 1195870
Invoice Date  : 1/8/2024
**Total Due**    : **$1,191.00**

Remit To: **All American Court Reporters**
**1160 North Town Center Drive, Suite 390**
**NV License No: 028F**
**702.240.4393**
**Las Vegas, NV 89144**

Job No.      : 1159413
BU ID        : 3-VEGAS
Case No.     : 2:22-cv-00568-GMN-DJA
Case Name    : Mariah Maas vs. Christopher Candito

33407-41

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1196793 | 2/7/2024 | 1160341 |
| Job Date | Case No. | |
| 1/25/2024 | 2:22-cv-00568-GMN-DJA | |
| Case Name | | |
| Mariah Maas vs. Christopher Candito | | |
| Payment Terms | | |
| Net 90 | | |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Christopher Candito (Some Parties via Zoom + Videotaped) | 1,374.50 |
| Exhibits | 153.00 |
| Condensed | 25.00 |
| Courier | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| **TOTAL DUE  >>>** | **$1,677.50** |

Client Matter No. : 33407-41
Location of Job   : Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
                    6385 S. Rainbow Blvd.
                    Suite 600
                    Las Vegas, NV 89118

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.

\*\*Payments also accepted online at: www.aacrlv.com\*\*

Files sent to: Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.    : 1196793
Invoice Date   : 2/7/2024
**Total Due**    : **$1,677.50**

RECEIVED
By Morgan McCauley at 3:13 pm, 2/13/24

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive, Suite 390**
          **NV License No: 028F**
          **702.240.4393**
          **Las Vegas, NV 89144**

Job No.     : 1160341
BU ID       : 3-VEGAS
Case No.    : 2:22-cv-00568-GMN-DJA
Case Name   : Mariah Maas vs. Christopher Candito

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1205511 | 11/13/2024 | 1170401 |

| Job Date | Case No. |
|---|---|
| 11/5/2024 | 2:22-cv-00568-GMN-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Kevin B. Kirkendall, MBA, CPA-CGMA, CFE (w/ Video) | 241.50 |
| Exhibits | 48.00 |
| Condensed | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| Courier | 25.00 |
| **TOTAL DUE  >>>** | **$439.50** |

Client Matter No. : 33407-41
Location of Job   : Lagomarsino Law
                     3005 W. Horizon Ridge Pkwy.
                     Suite 241
                     Henderson, NV 89052

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
 Thank you for using All American Court Reporters.    Pay By ACH or  **Payments also accepted online at: www.aacrlv.com**

Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | | |
|---|---|---|
| Invoice No. | : | 1205511 |
| Invoice Date | : | 11/13/2024 |
| **Total Due** | : | **$439.50** |

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive, Suite 390**
          **NV License No: 028F**
          **702.240.4393**
          **Las Vegas, NV 89144**

| | | |
|---|---|---|
| Job No. | : | 1170401 |
| BU ID | : | 3-VEGAS |
| Case No. | : | 2:22-cv-00568-GMN-DJA |
| Case Name | : | Mariah Maas vs. Christopher Candito |



# INVOICE

| Date | Invoice No. |
|------|-------------|
| 11/19/24 | 21634 |

**Bill To:**

Lewis Brisbois Bisgaard & Smith, LLP
Attn: Robert W. Freeman, Jr., Esq.
6385 Rainbow Boulevard,
Suite 600,
Las Vegas, Nevada 89118

| P.O. NUMBER | TERMS | TAX ID # |
|-------------|-------|----------|
| Maas v. Candito | Net 30 | 35-2192288 |

| Date | Item | Qty. | Description | Rate | Amount |
|------|------|------|-------------|------|--------|
| 11/5/24 | Deposition | 1 | Digital video copy of the deposition of Kevin Bruce Kirkendall, MBA, CPA-CGMA, CFE taken on November 5, 2024.  (Non-hiring party fee. $100 per media hour). One-hour minimum. | 100.00 | 100.00 |
| 11/19/24 | Digital Delivery | 1 | Data transfer fee. Video file(s) uploaded to online server for remote client access. | 10.00 | 10.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | **$110.00** |
| **Balance Due** | **$110.00** |

A 3.5% credit card processing fee will be charged on all invoices paid with credit card
Call us with your next case: Trial Presentation, Video Depositions, Demonstrative Exhibits, Multimedia, PowerPoint and more!
729 South Seventh Street, Las Vegas, Nevada 89101  |  702.655.5858  |  www.lasvegaslegalvideo.com

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1205750 | 11/19/2024 | 1170402 |
| **Job Date** | **Case No.** | |
| 11/7/2024 | 2:22-cv-00568-GMN-DJA | |
| **Case Name** | | |
| Mariah Maas vs. Christopher Candito | | |
| **Payment Terms** | | |
| Net 90 | | |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---:|
| Michael D. Curtis, M.D. (Parties via Zoom + w/ Videotaped) | 764.75 |
| Exhibit | 17.50 |
| Condensed | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| Courier | 25.00 |
| **TOTAL DUE  >>>** | **$932.25** |

Client Matter No. : 33407-41
Location of Job   : VIA ZOOM

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
  Thank you for using All American Court Reporters.   Pay By ACH or **Payments also accepted online at: www.aacrlv.com**

Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

---

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| Invoice No. | : 1205750 |
| Invoice Date | : 11/19/2024 |
| **Total Due** | : **$932.25** |

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive, Suite 390**
          **NV License No: 028F**
          **702.240.4393**
          **Las Vegas, NV 89144**

| | |
|---|---|
| Job No. | : 1170402 |
| BU ID | : 3-VEGAS |
| Case No. | : 2:22-cv-00568-GMN-DJA |
| Case Name | : Mariah Maas vs. Christopher Candito |



# INVOICE

| Date | Invoice No. |
|---|---|
| 11/21/24 | 21638 |

**Bill To:**

Lewis Brisbois Bisgaard & Smith, LLP
Attn: Robert W. Freeman, Jr., Esq.
6385 Rainbow Boulevard,
Suite 600,
Las Vegas, Nevada 89118

| P.O. NUMBER | TERMS | TAX ID # |
|---|---|---|
| Maas v. Candito | Net 30 | 35-2192288 |

| Date | Item | Qty. | Description | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/24 | Deposition | 1.5 | Digital video copy of the deposition of Michael Curtis, M.D. taken on November 7, 2024. (Non-hiring party fee. $100 per media hour). | 100.00 | 150.00 |
| 11/21/24 | Digital Delivery | 1 | Data transfer fee. Video file(s) uploaded to online server for remote client access. | 10.00 | 10.00 |

Thank you for your business.

| Total | $160.00 |
|---|---|
| Balance Due | $160.00 |

A 3.5% credit card processing fee will be charged on all invoices paid with credit card
Call us with your next case: Trial Presentation, Video Depositions, Demonstrative Exhibits, Multimedia, PowerPoint and more!
729 South Seventh Street, Las Vegas, Nevada 89101  |  702.655.5858  |  www.lasvegaslegalvideo.com

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1206004 | 11/25/2024 | 1170403 |

| Job Date | Case No. |
|---|---|
| 11/14/2024 | 2:22-cv-00568-GMN-DJA |

| Case Name |
|---|
| Mariah Maas vs. Christopher Candito |

| Payment Terms |
|---|
| Net 90 |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Amount |
|---|---|
| Justin Campbell ~ 30(b)(6) of The City of North Las Vegas Fire Department (w/ Video) | 456.50 |
| Exhibit | 141.50 |
| Condensed | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 100.00 |
| Courier | 25.00 |
| **TOTAL DUE  >>>** | **$798.00** |

Client Matter No. : 33407-41
Location of Job  : Lagomarsino Law
3005 W. Horizon Ridge Pkwy.
Suite 241
Henderson, NV 89052

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.   Pay By ACH or  **Payments also accepted online at: www.aacrlv.com**

Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.   : 1206004
Invoice Date  : 11/25/2024
**Total Due**    : **$798.00**

Remit To: **All American Court Reporters**
          **1160 North Town Center Drive, Suite 390**
          **NV License No: 028F**
          **702.240.4393**
          **Las Vegas, NV 89144**

Job No.    : 1170403
BU ID      : 3-VEGAS
Case No.   : 2:22-cv-00568-GMN-DJA
Case Name  : Mariah Maas vs. Christopher Candito

# INVOICE

| Date | Invoice No. |
|------|-------------|
| 12/03/24 | 21662 |

**Bill To:**

Lewis Brisbois Bisgaard & Smith, LLP
Attn: Robert W. Freeman, Jr., Esq.
6385 Rainbow Boulevard,
Suite 600,
Las Vegas, Nevada 89118

| P.O. NUMBER | TERMS | TAX ID # |
|-------------|-------|----------|
| Maas v. Candito | Net 30 | 35-2192288 |

| Date | Item | Qty. | Description | Rate | Amount |
|------|------|------|-------------|------|--------|
| 11/14/24 | Deposition | 1.75 | Digital video copy of the deposition of Justin Campbell taken on November 14, 2024. (Non-hiring party fee. $100 per media hour). | 100.00 | 175.00 |
| 12/3/24 | Digital Delivery | 1 | Data transfer fee. Video file(s) uploaded to online server for remote client access. | 10.00 | 10.00 |

Thank you for your business.

| Total | $185.00 |
|-------|---------|
| **Balance Due** | **$185.00** |

A 3.5% credit card processing fee will be charged on all invoices paid with credit card
Call us with your next case: Trial Presentation, Video Depositions, Demonstrative Exhibits, Multimedia, PowerPoint and more!
729 South Seventh Street, Las Vegas, Nevada 89101 | 702.655.5858 | www.lasvegaslegalvideo.com

# INVOICE

1 of 1

All American Court Reporters
1160 North Town Center Drive, Suite 390
NV License No: 028F
702.240.4393
Las Vegas, NV 89144

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1206006 | 11/25/2024 | 1170404 |
| **Job Date** | **Case No.** | |
| 11/15/2024 | 2:22-cv-00568-GMN-DJA | |
| **Case Name** | | |
| Mariah Maas vs. Christopher Candito | | |
| **Payment Terms** | | |
| Net 90 | | |

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Joseph Calhoun ~ 30(b)(6) of The City of North Las Vegas Fire Department (w/ Video) | 605.00 |
| Exhibit | 43.50 |
| Condensed | 25.00 |
| E-Transcript Email | 0.00 |
| PDF Bundle Package (TRANSCRIPT) | 50.00 |
| PDF EMAIL (EXHIBITS) | 50.00 |
| Courier | 25.00 |
| **TOTAL DUE  >>>** | **$798.50** |

Client Matter No. : 33407-41
Location of Job   : Lagomarsino Law
                    3005 W. Horizon Ridge Pkwy.
                    Suite 241
                    Henderson, NV 89052

Please note: disputes, credit or refunds will not be honored or issued after 30 days.
Thank you for using All American Court Reporters.    Pay By ACH or  **Payments also accepted online at: www.aacrlv.com**

Robert.Freeman@lewisbrisbois.com / Kristen.Freeman@lewisbrisbois.com

**Tax ID:** 88-0473546

*Please detach bottom portion and return with payment.*

Robert W. Freeman, Jr.
Lewis Brisbois Bisgaard & Smith LLP - Las Vegas
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118

Invoice No.    : 1206006
Invoice Date   : 11/25/2024
**Total Due**      : **$798.50**

Remit To: **All American Court Reporters**
            **1160 North Town Center Drive, Suite 390**
            **NV License No: 028F**
            **702.240.4393**
            **Las Vegas, NV 89144**

Job No.      : 1170404
BU ID        : 3-VEGAS
Case No.     : 2:22-cv-00568-GMN-DJA
Case Name    : Mariah Maas vs. Christopher Candito

# INVOICE



| Date | Invoice No. |
|------|-------------|
| 12/03/24 | 21663 |

**Bill To:**

Lewis Brisbois Bisgaard & Smith, LLP
Attn: Robert W. Freeman, Jr., Esq.
6385 Rainbow Boulevard,
Suite 600,
Las Vegas, Nevada 89118

| P.O. NUMBER | TERMS | TAX ID # |
|-------------|-------|----------|
| Maas v. Candito | Net 30 | 35-2192288 |

| Date | Item | Qty. | Description | Rate | Amount |
|------|------|------|-------------|------|--------|
| 11/15/24 | Deposition | 2.25 | Digital video copy of the deposition of Joseph Calhoun taken on November 15, 2024. (Non-hiring party fee. $100 per media hour). | 100.00 | 225.00 |
| 12/3/24 | Digital Delivery | 1 | Data transfer fee. Video file(s) uploaded to online server for remote client access. | 10.00 | 10.00 |

Thank you for your business.

| **Total** | **$235.00** |
|-----------|-------------|
| **Balance Due** | **$235.00** |

A 3.5% credit card processing fee will be charged on all invoices paid with credit card
Call us with your next case: Trial Presentation, Video Depositions, Demonstrative Exhibits, Multimedia, PowerPoint and more!
729 South Seventh Street, Las Vegas, Nevada 89101 | 702.655.5858 | www.lasvegaslegalvideo.com

No Rush Charge Imaging, LLC
2250 S Rancho Dr Ste 135
Las Vegas, NV  89102 US
7023691437
Billinglv@nrcdiscovery.com
http://www.nrcdiscovery.com



**BILL TO**
Lewis, Brisbois, Bisgaard & Smith
LLP
6385 South Rainbow Blvd
Suite 600
Las Vegas, NV  89118

**INVOICE NRC02409664**

**DATE** 06/07/2024    **TERMS** Net 30

**DUE DATE** 07/07/2024

| P.O. NUMBER | SALES REP |
|---|---|
| 33407-41 | BE |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/07/2024 | Job Information<br>Client: Lewis, Brisbois, Bisgaard & Smith LLP<br>Case: 33407-41 - NLV adv. Maas<br>Contact: Kristen Freeman<br><br>Description:<br>Assemble exhibit binder with tabs x1 | 1 | 0.00 | 0.00T |
| | ID-1025<br>Exhibit Binder Preparation - Black and White w/assembly | 599 | 0.16 | 95.84 |
| | ID-1044<br>Tabs - Mylar Pre-made tabs | 14 | 0.49 | 6.86T |
| | ID-1053<br>Binder Assembly | 1 | 25.00 | 25.00 |

Tax ID: 83-0801694

ACH Payments
Bank Name: Citibank
Routing #: 322271724
Account #: 207447798

| | |
|---|---|
| SUBTOTAL | 127.70 |
| TAX | 0.57 |
| TOTAL | 128.27 |

Thank you for your Loyalty!  We look forward to helping you
and your team on the next project.

Received by:_____

**TOTAL DUE**                **$128.27**

Payments for any services will be due on 30th day of invoicing. A service charge of 1.5% per month (18 per year) will be made on past due balances, plus all attorney fees, legal court cost as may be incurred to enforce collection are the responsibilities of the client.



**ProDox**

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161

Invoice Number: 210071                01/29/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'          Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-011**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **01/26/2023** |
| **Records Obtained From :** | **Henderson Fire Department Billing** |
| **Original Dr. :** | **Henderson Fire Department Billing** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 5 | 0.15 | 0.00 | 0.75 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$57.75** |
| Sales Tax: | **$0.00** |
| Total Due: | **$57.75** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161

Invoice Number: 210660

02/03/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'

Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-002**

| | |
|---:|:---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **01/31/2023** |
| **Records Obtained From :** | **Henderson Fire Department** |
| **Original Dr. :** | **Henderson Fire Department** |

| Service Name | Qty | Rate | Tax | Sub Total |
|:---|---:|---:|---:|---:|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 16 | 0.15 | 0.00 | 2.40 |

Make checks payable to: ProDox
48-1286419

| | |
|:---|---:|
| Invoice Total: | **$59.40** |
| Sales Tax: | **$0.00** |
| Total Due: | **$59.40** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

P0161    Invoice Number: 211921    02/20/2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-010**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **02/14/2023** |
| **Records Obtained From :** | **St Rose Dominican Siena Radiology** |
| **Original Dr. :** | **St Rose Dominican Siena Radiology** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Affidavit of No Films | 1 | 20.00 | 0.00 | 20.00 |
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Notary Fee | 1 | 20.00 | 0.00 | 20.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$97.00** |
| Sales Tax: | **$0.00** |
| Total Due: | **$97.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**

# ProDox

P0161    Invoice Number: 212649    02/28/2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-001**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **02/24/2023** |
| **Records Obtained From :** | **St Rose Dominican Siena** |
| **Original Dr. :** | **St Rose Dominican Siena** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Facility/Retrieval Fee | 1 | 59.40 | 0.00 | 59.40 |
| Fee Advance | 1 | 5.94 | 0.00 | 5.94 |
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 100 | 0.15 | 0.00 | 15.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$137.34** |
| Sales Tax: | **$0.00** |
| Total Due: | **$137.34** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161

Invoice Number: 212466                          02/28/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'                    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-003**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **02/22/2023** |
| **Records Obtained From :** | **Vituity NV Koury Partners PLLC** |
| **Original Dr. :** | **Vituity Nevada Koury and Partners-** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Facility/Retrieval Fee | 1 | 18.40 | 0.00 | 18.40 |
| Fee Advance | 1 | 1.84 | 0.00 | 1.84 |
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Out of Area | 1 | 10.00 | 0.00 | 10.00 |
| Pages (Downloaded) | 5 | 0.15 | 0.00 | 0.75 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$87.99** |
| Sales Tax: | **$0.00** |
| Total Due: | **$87.99** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161    Invoice Number: 213351    03/10/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-005**

| | |
|---:|:---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **03/03/2023** |
| **Records Obtained From :** | **Nevada State Bank c/o CSC** |
| **Original Dr. :** | **Nevada State Bank c/o CSC** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Out of Area | 1 | 10.00 | 0.00 | 10.00 |
| Pages (Downloaded) | 72 | 0.15 | 0.00 | 10.80 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---:|
| Invoice Total: | **$77.80** |
| Sales Tax: | **$0.00** |
| Total Due: | **$77.80** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



## ProDox

P0161    Invoice Number: 213503    03/13/2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

### ProDox Order No: 545790-001

| | |
|---:|:---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **03/07/2023** |
| **Records Obtained From :** | **St Rose Dominican Siena** |
| **Original Dr. :** | **St Rose Dominican Siena** |

| Service Name | Qty | Rate | Tax | Sub Total |
|:---|:---:|:---:|:---:|---:|
| COR by Custodian | 1 | 20.00 | 0.00 | 20.00 |
| Notary Fee | 1 | 20.00 | 0.00 | 20.00 |

Make checks payable to: ProDox
48-1286419

| | |
|:---|---:|
| Invoice Total: | **$40.00** |
| Sales Tax: | **$0.00** |
| Total Due: | **$40.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



P0161

Invoice Number: 214394 03/22/2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'

Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-009**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **03/16/2023** |
| **Records Obtained From :** | **Hakkasan Nightclub** |
| **Original Dr. :** | **Hakkasan Nightclub** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Affidavit of No Records | 1 | 20.00 | 0.00 | 20.00 |
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Notary Fee | 1 | 20.00 | 0.00 | 20.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$97.00** |
| Sales Tax: | **$0.00** |
| Total Due: | **$97.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



# ProDox

P0161    Invoice Number: 216060    04/11/2023

**RECEIVED**
**By rhasty at 8:00 am, Apr 21, 2023**

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-008**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **04/05/2023** |
| **Records Obtained From :** | **Tom Ford** |
| **Original Dr. :** | **Tom Ford** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 114 | 0.15 | 0.00 | 17.10 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$74.10** |
| Sales Tax: | **$0.00** |
| Total Due: | **$74.10** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**

**ProDox**

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161

**RECEIVED**
**By rhasty at 9:03 am, Aug 16, 2023**

Invoice Number: 220199     .     06/04/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'     Send Records by CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

### ProDox Order No: 545790-013

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **06/01/2023** |
| **Records Obtained From :** | **SHAC LLC dba Sapphire Gentlemans Club** |
| **Original Dr. :** | **SHAC LLC dba Sapphire Gentlemans Club** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 18 | 0.15 | 0.00 | 2.70 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$59.70** |
| Sales Tax: | **$0.00** |
| Total Due: | **$59.70** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

RECEIVED
By rhasty at 10:10 am, Oct 06, 2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161    Invoice Number: 221457    06/21/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-007**

| | |
|---:|:---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **06/19/2023** |
| **Records Obtained From :** | **Realty 360** |
| **Original Dr. :** | **Realty 360** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 14 | 0.15 | 0.00 | 2.10 |

Make checks payable to: ProDox
48-1286419

| | |
|---:|---:|
| Invoice Total: | **$59.10** |
| Sales Tax: | **$0.00** |
| Total Due: | **$59.10** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



ProDox

RECEIVED
By rhasty at 3:36 pm, Oct 06, 2023

P0161

Invoice Number: 221465                 06/21/2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'        Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

## ProDox Order No: 545790-004

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **06/17/2023** |
| **Records Obtained From :** | **Vitality Medical and Wellness Center** |
| **Original Dr. :** | **Vitality Medical and Wellness Center** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Facility/Retrieval Fee | 1 | 3.50 | 0.00 | 3.50 |
| Fee Advance | 1 | 0.35 | 0.00 | 0.35 |
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 8 | 0.15 | 0.00 | 1.20 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$62.05** |
| Sales Tax: | **$0.00** |
| Total Due: | **$62.05** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



**ProDox**

| RECEIVED |
|---|
| By rhasty at 5:15 pm, Oct 15, 2023 |

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

P0161    Invoice Number: 223345    07/13/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'    Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

**ProDox Order No: 545790-012**

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **07/11/2023** |
| **Records Obtained From :** | **Spearmint Rhino** |
| **Original Dr. :** | **Spearmint Rhino** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Nevada: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Pages (Downloaded) | 36 | 0.15 | 0.00 | 5.40 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$62.40** |
| Sales Tax: | **$0.00** |
| Total Due: | **$62.40** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



P0161    Invoice Number: 226995                08/28/2023

**RECEIVED**
By rhasty at 3:22 pm, Oct 26, 2023

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'        Send Records by  CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

### ProDox Order No: 545790-004

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **08/23/2023** |
| **Records Obtained From :** | **Vitality Medical and Wellness Center** |
| **Original Dr. :** | **Vitality Medical and Wellness Center** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| COR by Custodian | 1 | 20.00 | 0.00 | 20.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$20.00** |
| Sales Tax: | **$0.00** |
| Total Due: | **$20.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**



Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098
Ph: 800-579-9752 ext. 3482


By rhasty at 3:31 pm, 12/19/23

P0161

Invoice Number: 231826                    10/30/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

---

'Mobile Copying and Subpoena Serving Made Easy'          Send Records by  CD Copy, Ground Mail

---

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

## ProDox Order No: 545790-012

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **10/26/2023** |
| **Records Obtained From :** | **Spearmint Rhino** |
| **Original Dr. :** | **Spearmint Rhino** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| COR by Custodian | 1 | 20.00 | 0.00 | 20.00 |
| Notary Fee | 1 | 20.00 | 0.00 | 20.00 |

| | | |
|---|---|---|
| Make checks payable to: ProDox | Invoice Total: | **$40.00** |
| 48-1286419 | Sales Tax: | **$0.00** |
| | Total Due: | **$40.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**





P0161

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098
Ph: 800-579-9752 ext. 3482

Invoice Number: 231825                    10/30/2023

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

---

'Mobile Copying and Subpoena Serving Made Easy'        Send Records by CD Copy, Ground Mail

---

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

### ProDox Order No: 545790-007

| | |
|---:|:---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02/28/1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | **10/26/2023** |
| **Records Obtained From :** | **Realty 360** |
| **Original Dr. :** | **Realty 360** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| COR by Custodian | 1 | 20.00 | 0.00 | 20.00 |
| Notary Fee | 1 | 20.00 | 0.00 | 20.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$40.00** |
| Sales Tax: | **$0.00** |
| Total Due: | **$40.00** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**

33407-41

No Rush Charge Imaging, LLC
2250 S Rancho Dr Ste 135
Las Vegas, NV  89102 US
7023691437
Billinglv@nrcdiscovery.com
http://www.nrcdiscovery.com



**BILL TO**
Lewis, Brisbois, Bisgaard & Smith
LLP
6385 South Rainbow Blvd
Suite 600
Las Vegas, NV  89118

**INVOICE NRC02409295**

**DATE** 02/28/2024    **TERMS** Net 30

**DUE DATE** 03/29/2024

| P.O. NUMBER | SALES REP |
|---|---|
| 33407-41 | BE |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/28/2024 | Job Information<br>Client: Lewis, Brisbois, Bisgaard & Smith LLP<br>Case: 33407-41 - NLV adv. Maas - Materials to Dr. Clark<br>Contact: Kristen Freeman<br><br>Description:<br>Download documents and transfer data to encrypt hard drive | 1 | 0.00 | 0.00T |
| | ID-1021<br>Tech Time - Media Transfer of data | 1 | 65.00 | 65.00 |
| | ID-1017<br>Media - External Hard Drive | 1 | 125.00 | 125.00T |

Tax ID: 83-0801694

ACH Payments
Bank Name: Citibank
Routing #: 322271724
Account #: 207447798

Thank you for your Loyalty!  We look forward to helping you
and your team on the next project.

| | |
|---|---|
| SUBTOTAL | 190.00 |
| TAX | 10.47 |
| TOTAL | 200.47 |

Received by:_____

**TOTAL DUE**                        **$200.47**

Payments for any services will be due on 30th day of invoicing. A service charge of 1.5% per month (18 per year) will be made on past due balances, plus all attorney fees, legal court cost as may be incurred to enforce collection are the responsibilities of the client.

No Rush Charge Imaging, LLC
2250 S Rancho Dr Ste 135
Las Vegas, NV  89102 US
7023691437
Billinglv@nrcdiscovery.com
http://www.nrcdiscovery.com



**BILL TO**
Lewis, Brisbois, Bisgaard & Smith
LLP
6385 South Rainbow Blvd
Suite 600
Las Vegas, NV  89118

**INVOICE NRC02409332**

**DATE** 03/25/2024    **TERMS** Net 30

**DUE DATE** 04/24/2024

**P.O. NUMBER**
33407-41

**SALES REP**
BE

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/11/2024 | Job Information<br>Client: Lewis, Brisbois, Bisgaard & Smith LLP<br>Case: 33407-41 - NLV v. Maas<br>Contact: Kristen Freeman<br><br>Description:<br><br>9GB of processed email files containing 250,000+ images.  The data will be processed and combined accordingly to match the subfolders containing the .PST folder (estimated 200 subfolders). Documents will be ingested to processing tool and assigned DocID values and combined per folder once exported.  We will name the final files to its corresponding (.PST) folder. | 1 | 0.00 | 0.00T |
| | ID-1068<br>eDiscovery Services:Electronic Data Processing - Email & native File Conversion | 9 | 375.00 | 3,375.00 |
| | ID-1047<br>Tech time - Senior Analyst Tech | 15 | 125.00 | 1,875.00 |
| | ID-1017<br>Media - External Hard Drive | 2 | 175.00 | 350.00T |

Tax ID: 83-0801694

ACH Payments
Bank Name: Citibank
Routing #: 322271724
Account #: 207447798

| | |
|---|---|
| SUBTOTAL | 5,600.00 |
| TAX | 29.31 |
| TOTAL | 5,629.31 |

Thank you for your Loyalty!  We look forward to helping you
and your team on the next project.

Payments for any services will be due on 30th day of invoicing. A service charge of 1.5% per month (18 per year) will be made on past due balances, plus all attorney fees, legal court cost as may be incurred to enforce collection are the responsibilities of the client.

Received by:_____

| TOTAL DUE | $5,629.31 |
|-----------|-----------|

Payments for any services will be due on 30th day of invoicing. A service charge of 1.5% per month (18 per year) will be made on past due balances, plus all attorney fees, legal court cost as may be incurred to enforce collection are the responsibilities of the client.



## ProDox

Professional Document Retrieval

P0161

**Invoice Number: 252321**                07/17/2024

Prodox, LLC
P.O. Box 7098
Phoenix, AZ 85011-7098
Ph: 800-579-9752 ext. 3482

Lewis, Brisbois, Bisgaard & Smith (CA)

Los Angeles
CA 90086
Ph: 702-893-3383
Fax:

'Mobile Copying and Subpoena Serving Made Easy'          Send Records by CD Copy, Ground Mail

*ProDox was requested to obtain records for your company. We have subsequently sent this invoice for payment. Please remit payment from this invoice.*

### ProDox Order No: 545790-006

| | |
|---|---|
| **Patient Name :** | **Tiffany Slatsky** |
| **Date of Birth :** | **02-28-1994** |
| **SSN # :** | **xxx-xx-5148** |
| **File # :** | **33407-41** |
| **Claim # :** | |
| **Requester :** | **Fabian Mendoza** |
| **Bill To Contact :** | **Accounts Payable** |
| **Date Copied :** | |
| **Records Obtained From :** | **Department of the Treasury Internal Revenue Service** |
| **Original Dr. :** | **Department of Treasury Internal Revenue Service** |

| Service Name | Qty | Rate | Tax | Sub Total |
|---|---|---|---|---|
| 10% Fee Advance | 1 | 21.50 | 0.00 | 21.50 |
| Administration/Fuel Surcharge | 1 | 2.00 | 0.00 | 2.00 |
| Arizona: Auth Order | 1 | 55.00 | 0.00 | 55.00 |
| Facility/Retrieval Fee | 1 | 215.00 | 0.00 | 215.00 |
| Out of Area | 1 | 10.00 | 0.00 | 10.00 |
| Re-Serve | 1 | 10.00 | 0.00 | 10.00 |

Make checks payable to: ProDox
48-1286419

| | |
|---|---|
| Invoice Total: | **$313.50** |
| Sales Tax: | **$0.00** |
| Total Due: | **$313.50** |

**Thank You, And We Sincerely Appreciate Your Business !!**
**Please pay from this invoice AND return a copy of it with your check.**

Invoice for services performed by Richard F. Clark, M.D.

July 2023

Matter of CNLV adv. Maas
33407-41

File Opening fee 7/16/23      $7000


**$7000**

Please make check payable to:

Richard F. Clark
1847 Altamira Place
San Diego, CA 92103

Invoice for services performed by Richard F. Clark, M.D.

December 2023

Matter of CNLV adv. Maas
33407-41

Record review (Supp to 21.6 disclosure, videos and photos) 12/21   4.0 hr

Total 4.0 hr @$600/hr

**$2400**

Please make check payable to:

Richard F. Clark
1847 Altamira Place
San Diego, CA 92103

Invoice for services performed by Richard F. Clark, M.D.

March 2024

Matter of CNLV adv. Maas
33407-41

Record review (complaint) 3/9          1.0 hr
Deposition review (Calvano, Candito) 3/9    4.0 hr
Report generation 3/19-22,25        5.5 hr
Report review (expert designations) 3/31    0.5 hr

Total 11.0 hr @$600/hr

**$6600**

Please make check payable to:

Richard F. Clark
1847 Altamira Place
San Diego, CA 92103

## Michael D. Curtis, MD, LLC
## 1414 Chippewa Trail
## Mosinee, WI 54455

# INVOICE

DATE: **March 27, 2024**

INVOICE NUMBER: **20240327-1.1**

TO:
**Lewis Brisbois Bisgaard & Smith LLP**
**2300 West Sahara Avenue Suite 900, Box 28.**
*Las Vegas*, NV 89102.

SERVICES PERFORMED:

**In the matter of Maas v CNLV, et al.**
**Document Review and Report Preparation**
**Expert Witness Report by Michael D. Curtis, MD**
**Submitted on March 25, 2024**

PLEASE PAY THIS AMOUNT:

$6500.

NOTES:
**Please remit the above amount to:**
**Institute for the Prevention of In-Custody Deaths, Inc.**
**209 S Stephanie St Suite b-249**
**Henderson, NV 89012**

 **KIRKENDALL**
CONSULTING GROUP
Forensic Economics/Accounting

Kirkendall Consulting Group,
LLC
702-313-1560

1522 W. Warm Springs
Road
Henderson, Nevada
89014

Total Amount Due
$3,216.00

Billed To
Lewis Brisbois Bisgaard & Smith
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118

Matter
Maas, Mariah, et al. v. North
Las Vegas Fire Department,
et al.

Invoice Number
6354

Date of Issue
05/02/2024

Due Date
05/02/2024

## Time

| Date | Description | Hourly Rate | Qty | Line Total |
|------|-------------|-------------|-----|------------|
| 04/30/2024 | Review of additional documents and preparation of supplemental report | $480.00 | 3.3 | $1,584.00 |
| 05/01/2024 | Review of additional documents and preparation of supplemental report | $480.00 | 1.9 | $912.00 |
| 05/02/2024 | Completion of supplemental report | $480.00 | 1.5 | $720.00 |
| | | Time Entries Total: | 6.7 | $3,216.00 |
| | | Total | | $3,216.00 |
| | | Amount Due | | $3,216.00 |

# RETAINER



**Invoice Date**
5/9/2024

**Invoice Number**
7160634

Bill To:

Mr. Robert Freeman Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
US

| **Reference #:** | **1260007468 - Rep# 3** |
|---|---|
| Billing Inquiries: | Mason, Glenn T |
| Email: | gmason@jamsadr.com |
| Telephone: | 949-224-4654 |
| Employer ID: | 68-0542699 |

RE: **Maas, Mariah (Administrator of) Estate of Slatsky, Tiffany, et al. vs. City of North Las Vegas, et al.**

Representing: **City of North Las Vegas**

Neutral(s):   **Hon. Peggy Leen, (Ret.)**

Hearing Type: **MEDIATION**                     DR

| Date / Time | Description | Your Share |
|---|---|---|
| 5/9/24 | **Hon. Peggy A. Leen (Ret.)** Retainer for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Please review the Neutral's fee schedule regarding case management fee and cancellation policies. Supplemental retainers will be assessed as needed. Any unused portion of this retainer will be refunded at the conclusion of the case. | $ 1,750.00 |

|  |  |
|---|---|
| **Total Billed:** | $ 1,750.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 1,750.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
6/28/2024

**Invoice Number**
7234314

Bill To:  Mr. Robert Freeman Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
US

| | |
|---|---|
| **Reference #:** | **1260007468 - Rep# 3** |
| Billing Inquiries: | **Mason, Glenn T** |
| Email: | **gmason@jamsadr.com** |
| Telephone: | **949-224-4654** |
| Employer ID: | **68-0542699** |

RE: **Maas, Mariah (Administrator of) Estate of Slatsky, Tiffany, et al. vs. City of North Las Vegas, et al.**

Representing: **City of North Las Vegas**

Neutral(s):   **Hon. Peggy Leen, (Ret.)**

Hearing Type: **MEDIATION**                DR

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/10/24 | **Hon. Peggy A. Leen (Ret.)** Reviewed parties' mediation statements and voluminous supporting exhibits consisting of pleadings, court order, deposition transcripts, case documents, expert reports and investigation reports. | 6.30 | $625.00 | $3,937.50 | 7 | $562.50 |
| 6/11/24 | **Hon. Peggy A. Leen (Ret.)** Separate pre mediation calls with counsel for all parties. | 1.80 | $625.00 | $1,125.00 | 7 | $160.72 |
| 6/12/24 9:00 AM | **Hon. Peggy A. Leen (Ret.)** Session Time | 8.00 | $625.00 | $5,000.00 | 7 | $714.29 |
| 6/28/24 | Case Management Fee | | | | | $70.80 |
| 6/28/24 | Initial Non-Refundable Fee | | | | | $275.00 |
| | | | | Fees | | $1,783.31 |

| | |
|---|---|
| **Fees** | $1,783.31 |
| **Invoice Total** | $1,783.31 |

*Account Balance at 7/2/2024 $33.31*

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

33 407-41

**Michael D. Curtis, MD, LLC**
**1414 Chippewa Trail**
**Mosinee, WI 54455**

**INVOICE**

DATE: September 30, 2024, 2024
INVOICE NUMBER: 20240930-1.0

TO:
Lewis Brisbois Bisgaard & Smith LLP
2300 West Sahara Avenue Suite 900, Box 28.
*Las Vegas,* NV 89102.

SERVICES PERFORMED:

In the matter of Maas v CNLV, et al.
Document Review and Report Preparation
Expert Witness Report by Michael D. Curtis, MD
"Rebuttals"
Submitted on September 30, 2024

PLEASE PAY THIS AMOUNT:

$2000 for 8hours of work at $250/hour.

NOTES:
Please remit the above amount to:
Institute for the Prevention of In-Custody Deaths, Inc.
209 S Stephanie St Suite b-249
Henderson, NV 89012

Invoice for services performed by Richard F. Clark, M.D.

September/October 2024

Matter of CNLV adv. Maas
33407-41

Record re-review (expert reports, records, complaint) 9/15-17          4.0 hr
Rebuttal report generation 9/17,30              5.0 hr
My deposition preparation, record re-review 10/22-24        5.5 hr
Phone consultation with Mr. Freeman 10/24

Total 14.5 hr @$600/hr

$8700 – $6600 already paid

**$2100**

Please make check payable to:

Richard F. Clark
1847 Altamira Place
San Diego, CA 92103

**ERGO Medico-Legal Consulting, LLC**
**1414 Chippewa Trail**
**Mosinee, WI 54455**

# INVOICE

DATE: 2025-12-30
INVOICE NUMBER: **20251230.1**

TO:
**Lewis Brisbois Bisgaard & Smith LLP**
**2300 West Sahara Avenue Suite 900, Box 28.**
Las Vegas, **NV 89102.**

PLEASE NOTE:
This invoice (20251230.1) is UPDATED per the request of Ms. Kristen Freeman on 1/26/26.
She had previously requested the previous update 12/30/2025 to replace Invoice
20250212-1.0, which wasn't paid due to miscommunication between us. This updated invoice
also reflects the change in the name of my limited liability corporation from Michael D. Curtis,
MD, LLC to ERGO Medico-Legal Consulting, LLC.

SERVICES PERFORMED:

1. **In the Matter of Maas v CNLV, et al.**
   **Document Review and Report Preparation and Revisions**
   **Expert Witness Report by Michael D. Curtis, MD "Rebuttals"**
   **Initially Submitted on September 30, 2024 but not paid pending revisions.**
   $2500 for 10 hours of work at $250/hour.

2. **In the Matter of Maas v CNLV, et al.**
   **Review and approval of the transcript from my deposition on 11/07/2024**
   **Submitted on 01/03/2025**
   **$500 for 2 hours of work at $250/hour**

PLEASE PAY THIS AMOUNT:

**$3000**

Please make the check payable to:
ERGO Medico-Legal Consulting, LLC