**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br>AND ALL RELATED CLAIMS. | CASE NO.:    2:22-cv-568-GMN-DJA<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT 20 OF PLAINTIFFS' APPENDIX VOL. II TO PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF NORTH LAS VEGAS' MOTION FOR SUMMARY JUDGEMENT UNDER SEAL** |

Page 1 of 4

LAGOMARSINO LAW

3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052

Telephone (702) 383-2864   Facsimile (702) 383-0065

Plaintiffs, by and through their counsel of record, ANDRE M. LAGOMARSINO, ESQ. and TAYLOR N. JORGENSEN, ESQ. of LAGOMARSINO LAW, hereby move to have Exhibit 20 of Plaintiffs' Appendix Vol. II to their Opposition to Defendant City of North Las Vegas' Motion for Summary Judgment (ECF No. 111), filed under seal. This Motion is made and based upon the following memorandum of points and authorities and all the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

The public has a presumptive right to inspect and copy judicial records and documents. *See Kamakana v. City & Cnty. Of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to seal a judicial record bears the burden of meeting the 'compelling reasons' standard, which requires a showing, supported by specific factual findings, which outweighs the general history of access and the public policies favoring disclosure. *Id.* 1178-79. Additionally, courts have found compelling reasons to seal investigative documents where public access could endanger individuals who cooperated in the investigation or where it could reveal the government's sources or methods of gathering information. *See U.S. v. James,* 664 F.Supp.2d 1018, 1021-2 (W.D. Wash. 2009); *see also Forbes Media LLC v. United States,* 548 F.Supp.3d 872, 880 (N.D. Cal. 2021). Here, there is a compelling reason to seal Exhibit 20 of Plaintiffs' Appendix II to their Opposition to Defendant City of North Las Vegas's Motion for Summary Judgment (ECF No. 111).

Exhibit 20 consists of partially unredacted versions of investigation documents from the Department of Justice – Drug Enforcement Administration ("DEA"). The documents contain extremely sensitive information about a federal investigation into several individuals, including allegations about criminal conduct by said individuals, the sources of that information, and the process used by agents to obtain that information. The DEA provided these documents on the express condition that they remain confidential because of the sensitive nature of their contents. Under *Forbes,* this presents a substantial and compelling reason to seal these documents. Additionally, not all the individuals named or investigated had charges brought against them. As such, the criminal allegations detailed therein remain exactly that – allegations. Making such information public knowledge would represent annoyance and embarrassment to those individuals

and potentially cause significant harm to their reputation and livelihoods. As such, the presumption of public access if outweighed by the fact that the contents of Exhibit 20 are extremely sensitive and confidential DEA materials, and the dissemination of such materials would cause significant annoyance and embarrassment.

Plaintiffs previously moved to seal Exhibit 23 on the basis that it was designated as confidential by Defendant City of North Las Vegas upon production and protected under the agreed upon Protective Order. Upon review, Plaintiffs do not believe there is a compelling reason or good cause to seal Exhibit 23 from public access and do not renew that specific request herein.

Based on the foregoing, Plaintiffs respectfully request that this Court enter an Order allowing Exhibit 20 of Plaintiffs' Appendix Vol. II to their Opposition to Defendant City of North Las Vegas' Motion for Summary Judgment (ECF No. 111) to be filed under seal.

DATED this 13th day of April, 2026.

LAGOMARSINO LAW

_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiffs*

Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, the 13th of April, 2026, **PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT 20 OF PLAINTIFFS' APPENDIX VOL. II TO PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF NORTH LAS VEGAS' MOTION FOR SUMMARY JUDGEMENT UNDER SEAL** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

Robert W. Freeman, Jr., Esq.
E. Matthew Freeman, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH**
matt.freeman@lewisbrisbois.com
robert.freeman@lewisbrisbois.com
kristen.freeman@lewisbrisbois.com
*Attorneys for Defendant*
*City of North Las Vegas*

Christopher Candito
canditochristopher@yahoo.com
*Pro Se*

_____
An Employee of Lagomarsino Law

Page 4 of 4