**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
taylor@lagomarsinolaw.com

**BAKER LAW OFFICES**
LLOYD W. BAKER, ESQ. (#6893)
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
Lloyd@855bakerlaw.com

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
CHRISTIAN M. MORRIS, ESQ. (#11218)
2250 Corporate Circle Suite 390
Henderson, NV 89074
Telephone: (702) 763-6909
Facsimile: (702) 920-7425
Christian@cmtrialattorneys.com
*Attorneys for Plaintiffs Mariah Maas,*
*Cade Slatsky, and Martin Slatsky*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAH MAAS, as Special Administrator for the Estate of Tiffany Slatsky; MARTIN SLATSKY, as parent and legal guardian of CADE SLATSKY, a minor; MARTIN SLATSKY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER CANDITO, an individual; ANDREW CLAPPER, an individual; NICHOLAS ROBISON, an individual; ANDREW STOCKER, an individual; CITY OF NORTH LAS VEGAS, a municipality; DOE DEFENDANTS I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants..<br><br>AND ALL RELATED CLAIMS. | CASE NO.:    2:22-cv-568-GMN<br><br><u>**STIPULATION AND ORDER FOR DISMISSAL OF ALL REMAINING CAUSES OF ACTION**</u> |

*(Left margin, vertical text)* LAGOMARSINO LAW    3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052    Telephone (702) 383-2864    Facsimile (702) 383-0065

Plaintiffs, and each of them, by and through their counsel of record; Defendant CITY OF NORTH LAS VEGAS, by and through its counsel; and Defendant CHRISTOPHER CANDITO (collectively "the Parties"), hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted by Plaintiffs against Defendant CHRISTOPHER CANDITO, which represent the remaining cause of action in the above-captioned case are hereby dismissed with prejudice.

Further, the Parties further stipulate and agree that each shall bear his, her, or its own attorneys' fee and costs, except as otherwise agreed in a separate settlement agreement, if any. Defendant CITY OF NORTH LAS VEGAS specifically agrees to not seek repayment, by Plaintiffs, of costs associated with this litigation and outlined in the Bill of Costs filed on April 10, 2026 (ECF No. 144) in exchange for agreement by each Plaintiff to waive their right to an appeal of the judgment entered against them and for Defendant City of North Las Vegas on March 30, 2026 (ECF No. 143).

…

…

…

…

…

…

…

…

…

…

…

…

…

Page 2 of 3

This dismissal disposes of all remaining claims and all remaining parties in this action.

**IT IS SO STIPULATED AND AGREED.**

DATED this 23rd day of April 2026.          DATED this 23rd day of April 2026.

**LAGOMARSINO LAW**                          **CHRISTOPHER CANDITO**

/s/ Taylor N. Jorgensen                      /s/ Christopher Candito
ANDRE M. LAGOMARSINO, ESQ. (#6711)          CHRISTOPHER CANDITO
CORY M. FORD, ESQ. (#15042)                  Pro Se
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Attorneys for Plaintiffs

DATED this 23rd day of April 2026.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Robert W. Freeman
ROBERT W. FREEMAN, JR., ESQ. (#3062)
MATTHEW E. FREEMAN, ESQ. (#14198)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendants City of North Las
Vegas and North Las Vegas Fire Department

**IT IS SO ORDERED.**      April 23, 2026

By: _____
UNITED STATES DISTRICT COURT JUDGE

Page 3 of 3